# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Richard C. Wooddell, Jr.

Plaintiff

vs.

Sheriff Jeff Standard
Lt. Douglay Feary
Advanced Correctional Healthcare

Defendant(s)

Case No. 14-1474
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

(RW) ☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☒ Unknown _____

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

(PAGE 3 OF 13)

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Richard Charles Wooddell JR.

Prison Identification Number: Booking # 36359

Current address: Fulton County Jail
268 W. Washington Lewistown, Illinois 61542

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Jeff Standard

Current Job Title: Sheriff

Current Work Address 268 W. Washington Lewistown, Illinois 61542

Defendant #2:

Full Name: (R.W.) Doug LAYFARY

Current Job Title: Leutenant superintendant of Jail

Current Work Address 268 W. Washington Lewistown, Illinois 61542

Defendant #3:

Full Name: Advance Correctional Healthcare

Current Job Title: physicians

2 (Page 4 of 13)

Current Job Title: _physicians_

Current Work Address _Fulton County Jail_
_268 W. Washington Lewistown, Illinois 61542_

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?         Yes ☐         No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒         No ☐

3

(Page 5 of 13)

C. If your answer to B is yes, how many? __1__ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number __Not sure? Filed in 2010__

2. Basic claim made __I was Assaulted by 2 inmates in front of the video camera__

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) __dismissed because I was transferred to Denver County Colorado Jail and I forwarded my change of Address But the Jail Failed to submit my Legal mail and when I Got to Prison I Forwarded another change of Address And the Court said I was too late and dismissed my claim.__

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

    Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

(page 4 of 13)

## V. STATEMENT OF CLAIM

Place(s) of the occurrence <u>Fulton County Jail Lewistown, Illinois</u>

Date(s) of the occurrence <u>On or About the Dates of 6-11-2014, 7-03-2014, 7-01-2014, 11-13-2014</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

#1) On the above dates, those being 6-11-2014, 7-01-2014, 7-03-2014, and 11-13-2014 I complained of all of my medical problems when I went to see the Nurses on these Dates and the medical complaints are as follows: High Blood pressure, Arthritus in my back, doctor told me in 2011 that I have possible scoliosis, depression, anxiety, and insomnia. The Nurse, who's name I do not Know, because the Sheriff and Superintendant, Jeff Standard (Sheriff), and Lt. Doug Layfary (Superintendant of Jail) refuse to provide me with the Nurses names and the Doctors full name, but the Nurses only checked my Blood Pressure and weighed me on all of these dates and said she and He would forward my concerns to Doctor Butler. On 11-20-2014 #2) I submitted a Grievance on 11-20-2014 titled "Denial of Medical treatment" which was forwarded to the Superintendant of the Jail (R.W.) Lt. Doug Layfary. Well (R.W.) he did not respond in the 5 working day period as outlined in the the rules.

5

(Page 7 of 13)

Release forms giving The Fulton County Jail and Advanced Correctional Healthcare permission to retrieve my medical records from these correctional prison facilities and review these medical records so they could treat me. These Correctional Facilities that I signed release forms for Advanced (R.W.) Correctional Healthcare and Fulton County Jail to receive my records from are as follows: #1) LAWRENCE Correctional Center in SUMNER, Illinois where I was diagnosed with Arthritus in my back and was taking medication and being treated for my mental Health problems #2) Dixon Correctional Center Special Treatment (R.W.) Center where I was being treated for my mental Health Problems located in Dixon, Illinois, and #3) Territurial Correctional facility in Colorado #4) and Fulton County Jail Lewistown, Illinois where I have been treated by way of cortizone (cortisone?) injections for my back and Amytriptolene (Amitriptolene?) pills (R.W.) for anxiety and depression during past incarcerations. Since my current incarceration(s) dating back to June 06, 2014 up to the present December 08, 2014 Fulton County Jail refuses to address my medical issues of Arthritus, Anxiety and depression even though the Fulton County Jail and Advanced Correctional Healthcare has received records from all of the Correctional Facilities mentioned in this complaint. My back hurts so bad that it's hard for me to get out of bed and when I am sitting I often times have problems getting up to stand because the pain is so intense to sit or stand, my anxiety is so bad that it feels like I can't breathe or catch my breath, it feels like I am going to die and I have explained all of this to the nurse several times and they still refuse to give me any medication and the anxiety and depression is so intense I often

RELIEF REQUESTED (State what relief you want from the court.)

⤴ End up with severe migraine Headaches

7

(Page 9 of 13)

(Page 1 of 2) (Rec 11-21-14)

# Grievance Fulton County

Inmate Name: Richard C. Wooddell Jr.
Date: 11-20-2014 (R.W.) ~~████~~ ~~████~~

Nature of Grievance: Denial of medical treatment

Cell: H-Block                                Time Written: 8:17 p.m.

Detailed Incident: Since June of 2014 I have been to see the Nurse here at Fulton County Jail for sick call approximately 6 times and have been charged $10.00 each time only to have the Nurse to tell me that she was waiting on my medical records. I complained of the arthritus in my back and complained that I needed my medication for my anxiety, depression, and insomnia and High blood pressure but never got treated and never got to see the Doctor Butler. The Dates that I can remember between June 2014 and August 2014 are July 01st, 2014, July 03rd, 2014 and June 11, 2014, just to name a few. I was never examined by the nurse or doctor to see if my claims were true and I didn't even receive so much as even an aspirin. The only thing I received was my blood pressure being taken and my weight taken. So on November 13th, 2014 I go to nurses sick call and see the man nurse and complain of my (over→)

(Page 10 of 13)

(PAGE 2 of 2)

Arthritus which the Fulton County Jail now has records of, my high Blood pressure, my depression, my Anxiety & my insomnia, all of which the Fulton County Jail has records of, and all the Nurse did was take my blood pressure and weigh me and told me he would forward my concerns to Doctor Butler. Well that was 8 days ago and I haven't seen a prescription for none of my illnesses and Doctor Butler has never examined me. Doctor Butler has never examined me.

Releif Requested: I want All of the charges I've been charged for seeing the Nurse between June 2014 and November 2014 to be deducted from my debt Balance which I've been charged $10.00 each visit. I Also want to Go see my family doctor in Canton, Dr. Martin (Canton, Illinois) so I can be treated and receive the medications that I need. I Also want a special mattress that the Fulton County Jail has for people with Back problems and those are the thick Light Blue colored ones that are Lightweight.

**JEFF STANDARD**
Sheriff



**FULTON COUNTY SHERIFF'S OFFICE**
268 W Washington Ave
PO Box 269
Lewistown IL 61542
309/547-2277

TO: INMATE RICHARD WOODELL

FROM: LT. LAFARY                                    11-28-14

RE: GRIEVANCE OF 11-21-14

CC: SHERIFF

IN RESPONSE TO YOUR GRIEVANCE CITING DENIAL OF MEDICAL TREATMENT.

YOUR GRIEVANCE STATES THAT YOU HAVE NOT BEEN GIVEN PROPER MEDICAL TREATMENT OR PROPER MEDICATION FOR YOUR REPORTED AILMENTS SINCE JUNE OF 2014.   THIS WOULD NOT INCLUDE AUGUST 25 THRU NOVEMBER 6 WHEN YOU WERE RELEASED FROM THIS FACILITY AND FAILED TO RETURN RESULTING IN AN ESCAPE CHARGE AGAINST YOU.

IN REVIEWING YOUR RECORDS I SEE THAT YOU WERE SEEN BY THE NURSE OR DOCTOR 4 TIMES AND RECEIVED TREATMENT.   NOT BEING A DOCTOR MYSELF, I AM UNABLE TO DETERMINE WHAT IS "PROPER" BY MEDICAL STANDARDS.

WHAT I CAN DETERMINE BY YOUR MEDICAL RECORDS IS THAT YOUR **ARE** BEING TREATED FOR THE MEDICAL COMPLAINTS THAT YOU MAKE AND ARE NOT BEING DENIED MEDICAL CARE.   YOU JUST DISAGREE WITH YOUR TREATMENT.   YOU SHOULD ATTEMPT TO SPEAK WITH THE MEDICAL STAFF ABOUT CONCERNS AND DISCUSS TREATMENT OPTIONS WITH THEM.

YOUR GRIEVANCE IS UNFOUNDED FOR THE ABOVE REASONS.

Lt. Doug Lafary #02                    (Page 11 of 13)

**JEFF STANDARD**
Sheriff



**FULTON COUNTY SHERIFF'S OFFICE**
268 W Washington Ave
PO Box 269
Lewistown IL  61542
309/547-2277

TO:  Inmate Richard Woodell

FROM: Sheriff Standard

DATE: December 7, 2014

RE: Grievance Appeal

CC: Lt. Lafary; Advanced Correctional Healthcare

I have reviewed your grievance regarding denial of medical treatment. As Lt. Lafary advised in his reply to your grievance, you are receiving medical treatment from our contract physician when you request it.

You appear to be dissatisfied with the recommended treatment the licensed physician is prescribing. That treatment may or may not include medication. As I am not a doctor and there is no one on staff that is a licensed physician, this facility relies on the recommendations of our contract physician. This facility will not override a licensed physician's recommendation.

I would suggest you have your regular doctor release your current medical records to our physician so the two licensed physicians can compare best treatment practices.

Grievance appeal is denied.

(page 12 of 13)

Wooddell

## RELIEF REQUESTED

(State what relief you want from the court.)

I would like to be compensated in the Amount of $500,000.00 dollars for pain and suffering, for a loss of enjoyment of Life, Negligence, and mental anguish. I would also like an immediate transfer to another County jail due to retaliation from the sheriffs and the officers of the jail.

JURY DEMAND      Yes [X]      No [ ]

Signed this __8th__ day of __December__, 20__14__.

_Richard C. Wooddell Jr._
(Signature of Plaintiff)

| Name of Plaintiff: Richard Charles Wooddell Jr. | Inmate Identification Number: Booking # 36359 |
|---|---|
| Address: 268 W. Washington Lewistown, Illinois 61542 | Telephone Number: (309) 547-2277 |

(Page 13 of 13)

8

Richard Waddell
102 N. 114th Ave
Canton, IL 61520

United States District Court
Office Of the Clerk Room 309
Federal Building
100 N.E. Monroe
Peoria, IL 61602

FIRST CLASS



U.S. POSTAGE PAID
CANTON, IL
61520
DEC 15 '14
AMOUNT
$1.82
0006776-05

