E-FILED
Wednesday, 16 December, 2015 04:02:22 PM
Richard Wooddell
Clerk, U.S. District Court, ILCD

10/28/2015

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

RICHARD C. WOODDELL, JR.,        )
                                 )
              Plaintiff,         )
                                 )
     -vs-                        ) No. 14 CV 1474
                                 )
JEFF STANDARD, SHERIFF,          )
                                 )
              Defendant.         )

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

The deposition of RICHARD C. WOODDELL,

JR., a party herein, called for examination

pursuant to notice and the Federal Rules of Civil

Procedure as they pertain to the taking of

depositions before Becky J. Gantt, RPR, CSR, on

Wednesday, October 28, 2015, at 2600 N. Brinton

Avenue, Dixon, Illinois, commencing at the hour

of 10:18 a.m.

Richard Wooddell
10/28/2015

Page 2

APPEARANCES:

CHRISTINA E. CULLOM, ESQUIRE
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Avenue
Peoria, Illinois 61602
(309) 674-1133
ccullom@quinnjohnston.com
on behalf of the Defendant.


I N D E X

WITNESS                                    PAGE

    CHRISTINA E. CULLOM

    Examination by Ms. Cullom............  5


EXHIBITS                              IDENTIFIED

Exhibit Number 1........................  34
    6-27-14 Sick Call Request Form

Exhibit Number 2........................  38
    6-27-14 Medical Progress Note

Exhibit Number 3........................  41
    Lawrenceville Authorization

Exhibit Number 4........................  44
    Territorial Authorization

Exhibit Number 5........................  44
    6-28-14 Sick Call Request Form

Exhibit Number 6........................  46
    7-1-14 Medical Progress Note

Exhibit Number 7........................  49
    7-3-14 Medical Progress Note

Exhibit Number 8........................  50
    7-12-14 Sick Call Request Form

Richard Wooddell
10/28/2015

Page 3

EXHIBITS                                IDENTIFIED

Exhibit Number 9......................... 51
     7-13-14 Sick Call Request Form

Exhibit Number 10........................ 52
     7-15-14 Medical Progress Note

Exhibit Number 11........................ 54
     8-11-14 Sick Call Request Form

Exhibit Number 12........................ 55
     8-15-14 Medical Progress Note

Exhibit Number 13........................ 55
     11-11-14 Sick Call Request Form

Exhibit Number 14........................ 58
     11-13-14 Medical Progress Note

Exhibit Number 15........................ 60
     12-23-14 Medical Progress Note

Exhibit Number 16........................ 61
     1-2-13 Sick Call Request Form

Exhibit Number 17........................ 63
     1-6-15 Medical Progress Note

Exhibit Number 18........................ 67
     12-7-14 Memo

Exhibit Number 19........................ 68
     11-20-14 Grievance

Exhibit Number 20........................ 72
     Complaint

Exhibit Number 21........................ 89
     Graham Medical Group Fax Cover Letter

Exhibit Number 22........................ 90
     72-hour Sleep Log

Exhibit Number 23........................ 92
     7-1-14 Fax

Richard Wooddell
10/28/2015

Page 4

EXHIBITS                                    IDENTIFIED

Exhibit Number 24......................... 93
     Medication Administration Record

Exhibit Number 25......................... 96
     Medication Administration Record

Exhibit Number 26......................... 97
     Protocol Medication Verification Form

Exhibit Number 27......................... 98
     6-27-14 Urine Lab Test

Exhibit Number 28......................... 98
     72-Hour Activity Log

          (Exhibits were attached to transcript.)

Page 5

1    (Witness sworn.)
2    RICHARD C. WOODDELL, JR.,
3    having been first duly sworn on oath,
4    was examined and testified as follows:
5
6    MS. CULLOM:  Okay.  This is the
7  discovery deposition of Richard Wooddell.  Is
8  that how you say it, Wooddell?
9    THE WITNESS:  Yeah.
10    MS. CULLOM:  Okay.  Taken pursuant
11  to notice and in accordance with the Federal
12  Rules of Civil Procedure.  And we are here today
13  on October 28th at the Dixon Correctional Center.
14
15    EXAMINATION
16  BY MS. CULLOM:
17    Q    Mr. Wooddell, have you ever taken a
18  deposition before or given one?
19    **A    No.**
20    Q    Okay.  Essentially it's a question and
21  answer session.  You filed this lawsuit, and we
22  have engaged in what is called discovery.  That
23  would be the Rule 26 Disclosures and the Request
24  to Admit that you answered for us.

Page 6

1    Another form of discovery is to do a
2  discovery deposition.  Essentially we just ask
3  you questions.  We're trying to find out what you
4  know, what you don't know, and maybe fill in any
5  holes that were left from the Rule 26 Disclosures
6  and the Request to Admit so that we can have all
7  of the information possible.
8    Okay.  Do you have any questions?
9    **A    Which lawsuit is this?  Because I've got**
10  **two on him.**
11    Q    This is the lawsuit for Sheriff Standard
12  regarding indifference to medical care, 2014.
13    **A    Okay.**
14    Q    What is your other one?
15    **A    My other one is one where they failed**
16  **to -- I was trying to get moved out of cellblock**
17  **because I was being bullied by two other inmates**
18  **that was taking my commissary away from me.  And**
19  **I was assaulted by two of those inmates, and he**
20  **still refused to move me out of the cellblock.**
21    Q    That was towards the end of 2014?
22    **A    Yeah.**
23    Q    Okay.  Yeah.  So this is your claim
24  regarding medical indifference.  So we may talk

Page 7

1  about your other lawsuit.  We'll probably touch
2  on some of the issues raised but not everything
3  in it.  We'll try to stay kind of focused in this
4  deposition.
5    So the rules are that essentially I can
6  ask you questions about anything.  You've got to
7  answer the question to the best of your ability.
8  Obviously, there's a court reporter taking down
9  everything you say.  So there will be later on a
10  transcript of this deposition.
11    Because she is taking down everything we
12  say and can't take down our hand gestures or our
13  ambiguous sounds, we have to make sure that all
14  of your answers are verbal.  So yes, no, rather
15  than uh-huhs or huh-uhs, because nobody knows
16  what uh-huhs mean when they're reading a
17  deposition transcript.  Okay?
18    **A    Got you.**
19    Q    Okay.  Furthermore, if you answer a
20  question, it's going to be assumed that you
21  understood the question.  So if you do not
22  understand a question, you have to let me know.
23  Okay?  I'll rephrase it.  It's totally fine.  I
24  want you to think of this as more of a

Page 8

1  conversation than an interrogation.  Okay?
2    **A    Sure.**
3    Q    Okay.  I think that covers it.  If you
4  have any questions during, let me know.  If you
5  need a break, let me know and we'll accommodate
6  that.
7    **A    Okay.**
8    Q    So let's just get started.  Can
9  you please for the record state your full name
10  and spell your last name?
11    **A    Richard Charles Wooddell, Jr.  My last**
12  **name is spelled W-o-o-d-d-e-l-l.**
13    Q    Okay.  And what is your date of birth?
14    **A    ████/1974.**
15    Q    We have the same birth date.
16    **A    Really?**
17    Q    Yes, we do.
18    And what are the last four digits of your
19  social security number?
20    **A    8690.**
21    Q    Okay.  And currently you're an inmate
22  here at the Dixon Correctional Center.  Prior to
23  being at the Dixon Correctional Center, where
24  were you living?

Richard Wooddell
10/28/2015

Page 9

1    A   I was living in the Fulton County Jail in
2  Lewistown, Illinois.
3    Q   Let me rephrase that.  The last time that
4  you were out --
5    A   Had a residence --
6    Q   -- and had a residence outside --
7    A   -- in the community?
8    Q   Yeah.  In the community, where did you
9  live?
10    A   Canton, Illinois.
11    Q   Okay.  Are you from Canton?
12    A   Yes.
13    Q   Okay.  And when you were out in the
14  community, what was your occupation?
15    A   Basically anything I could find for work,
16  basically labor work.  I would sometimes find
17  work doing construction.
18    Q   Okay.  So would it be seasonal work?
19    A   Seasonal.
20    Q   Okay.  And can you tell me your highest
21  level of education?
22    A   Yeah.  Well, I'm like nine credits away
23  from an associate's degree.  I've got some
24  college.

Page 10

1    Q   Okay.  Did you get a high school diploma
2  or GED?
3    A   GED.
4    Q   Okay.  And when did you get your GED?
5    A   I got it in 1992.
6    Q   Okay.  And do you have any like
7  specialized training like in cars or anything
8  like that, any sort of technical training?
9    A   Not really, no.  Just general manual
10  labor.
11    Q   Okay.  Would it be fair to say you don't
12  have any medical training then?
13    A   No.
14    Q   Okay.  So it's correct that you do not
15  have any medical training?
16    A   No.
17    Q   You do have medical training?
18    A   No, I don't.
19    Q   Okay.  I'm just trying to clarify the
20  answer, because the question is is it true that
21  you do not have training?  So if you do not have
22  medical training, the answer would be yes; and if
23  you do have training, the answer would be no.  So
24  do you have any medical training?  It isn't a

Page 11

1  trick question.  I'm saying do you have any
2  medical training?
3    A   No, I don't.
4    Q   I'll try to ask less complicated
5  questions with no negatives in it.  Okay?  Can
6  you tell me are you married?
7    A   Yeah, unfortunately.
8    Q   How long have you been unfortunately
9  married?
10    A   Since March 2014.
11    Q   Okay.  At the time that you were in the
12  Fulton County Jail in November of 2014, you were
13  not married at that time?
14    A   Yeah, I was.
15    Q   Okay.  You were married in -- oh, I'm
16  sorry.  You got married in March of 2014.  Had
17  you ever been married before that?
18    A   Yeah.  One other time.
19    Q   Okay.  When did you, when did that
20  marriage end?
21    A   I believe it was April 5th, 2013.
22    Q   Okay.  Do you have any children?
23    A   Yes.
24    Q   How many children?

Page 12

1    A   Two.
2    Q   And their ages?
3    A   21 and -- well, one of my kids are
4  adopted out, but I still consider it my kid.  So
5  she was born in like 2000 -- she's like ten years
6  old.
7    Q   Okay.  The 21-year-old, what is that
8  child's name?
9    A   Shelby.
10    Q   Male or female?
11    A   Female.
12    Q   Okay.  And her last name?
13    A   Simonds, S-i-m-o-n-d-s.
14    Q   And what does she do?
15    A   She does nothing because she has a --
16  what do you want to call that -- a defibrillator
17  or a pacemaker on her heart.  So she is limited
18  to what she can do.
19    Q   Okay.  Is she on Social Security
20  Disability then?
21    A   No.
22    Q   No.  She's just unemployed?
23    A   They -- I guess they don't believe in
24  giving you disability in Texas.

Page 13

1    Q   She lives in Texas?
2    A   Uh-huh.
3    Q   Okay.  So you currently reside in Dixon.
4   And when did you get transferred here?
5    A   July 14th, 2015.
6    Q   Okay.  And prior to being in Dixon
7   Correctional Center, where were you?
8    A   I was in the Graham Correctional Center.
9    Q   Okay.  And when did you get transferred
10   to Graham?
11    A   May of 2015.  I'm not sure of the exact
12   day.  I think right around May 15th.
13    Q   Okay.  And prior to being in Graham,
14   where were you?
15    A   The Fulton County Jail in Lewistown,
16   Illinois.
17    Q   Between the Fulton County Jail and Graham
18   Correctional Center, you didn't have to go to
19   Stateville?
20    A   No.  Because Graham Correctional Center
21   was the receiving prison for my part -- our part
22   of Illinois.  Anything Peoria, Illinois, and
23   above go to Stateville.  Anything below Peoria
24   goes to Graham.

Page 14

1    Q   I see.  So you were in the Fulton County
2   Jail and that would be from 5 -- let's see --
3   from November 2014 to May 15, 2015?
4    A   Yeah.  That would be correct.  But I
5   also -- I was also there from --
6    Q   June to August?
7    A   Yeah.  I had a brief -- I went on a
8   furlough and did not come back.  And that's why I
9   had an absence of about three months, and then my
10   incarceration resumed from November to May.
11    Q   Okay.  And then when you had that
12   furlough, were you then -- and were picked up,
13   were you then charged with escape?
14    A   Yes.
15    Q   So the charges that you're in Dixon for,
16   what are they?
17    A   Escape and burglary.
18    Q   And were those the same charges that you
19   were in Graham for?
20    A   Yes.
21    Q   Okay.  And when you were at the Fulton
22   County Jail, what were your charges?
23    A   Escape and burglary.
24    Q   Okay.  And then prior to November 2014

Page 15

1   when you were at the Fulton County Jail, was your
2   only pending charge the burglary charge?
3    A   Yes.
4    Q   Okay.  But you had not been convicted of
5   the burglary charge at that point?
6    A   No.
7    Q   Okay.  Other than the escape and the
8   burglary, can you tell me what other felonies
9   you've been convicted of?
10    A   Oh, theft, forgery, robbery.
11    Q   Are all of those within the state of
12   Illinois?
13    A   Yeah.
14    Q   Have you ever been convicted of a felony
15   outside of the state of Illinois?
16    A   Yes.
17    Q   Which states?
18    A   Colorado.
19    Q   And what was that felony?
20    A   Escape and motor vehicle theft.
21    Q   Okay.  Other than the -- so your theft
22   was a felony?
23    A   Yeah.
24    Q   Okay.  So your theft, forgery, robbery,

Page 16

1   burglary, escape.  Any other felonies in
2   Illinois?
3    A   I'm sure I got more but I just can't -- I
4   can't name them.  I don't know.  Kind of a
5   lengthy history.
6    Q   Right.  Well, we can make it kind of
7   easy.  We can -- can you tell me what counties in
8   Illinois you've been convicted in?
9    A   Sure.  Peoria, Sangamon.  I just got 90
10   days for a theft charge in Sangamon that ran
11   concurrent with this sentence that I'm on now, a
12   misdemeanor charge.
13    Q   That was a misdemeanor charge?
14    A   Yep.
15    Q   Okay.  Fulton?
16    A   Fulton, Peoria, and, yeah, Sangamon.
17    Q   Okay.  Fulton, Peoria, and Sangamon
18   Counties?
19    A   Yep.
20    Q   Do you have any other counties where
21   you've been convicted of misdemeanors?
22    A   Tazewell.
23    Q   Anything else?
24    A   That's it.

Richard Wooddell
10/28/2015

Page 17

1    Q    Okay.
2    A    So I'm taking it that this criminal
3  history of mine is to tear down my credibility?
4    Q    Criminal histories generally are used for
5  impeachment purposes, yes.
6    A    Pretty smart, ain't I?
7    Q    Okay.  I'm going to talk about your
8  complaint.
9    A    But I do have like four witnesses that
10  will be -- what do you call that?
11    Q    Disclosing?
12    A    Four witnesses that I will be sending --
13    Q    Subpoenas to?
14    A    Yeah.
15    Q    Okay.
16    A    To come testify on my behalf.
17    Q    Okay.  Well, we'll just go through my
18  questions first.
19    A    Okay.
20    Q    So you filed your complaint on December
21  16th, 2014?
22    A    Uh-huh.
23    Q    Okay.  And you brought this claim as it
24  applies to Sheriff Standard for deliberate

Page 18

1  indifference to a serious medical need, correct?
2    A    Yep.  With all due respect, though, your
3  client is a crook.
4    Q    Okay.  Well, this is just a period where
5  I ask you questions and you answer.  So we have
6  this problem with your Request to Admit.
7  Question, answer, nothing else.  Okay?
8    A    Sure.
9    Q    Okay.  And your claim arises out of the
10  period in which you were an inmate in the Fulton
11  County Jail between June 2014 and December of
12  2014, correct?
13    A    Yeah.  I don't have to sit here and
14  answer these questions, do I?
15    Q    You do have to actually.
16    A    Oh, I do?
17    Q    Yeah.
18    A    How come I have to sit here and answer
19  these questions?
20    Q    Because this is a deposition that's
21  governed by the discovery rules.  If you do not
22  sit through these questions, then I will go to
23  the Court, and the Court will ask you and force
24  you to sit through this deposition.

Page 19

1    A    Okay.  Because I just don't like
2  attitude.  You know what I'm saying?
3    Q    I'm just asking you questions.  I'm only
4  asking that you answer the questions.  Okay?
5         When you were an inmate in the Fulton
6  County Jail, is it fair to say that your medical
7  conditions that you've alleged were high blood
8  pressure, correct?
9    A    It was a lot more than high blood
10  pressure.
11    Q    I'll go through them.  We'll go through
12  them one at a time, okay?
13    A    Yeah.
14    Q    Okay.  Arthritis in your back?
15    A    Uh-huh.
16    Q    Yes or no for the court reporter?
17    A    Yes.
18    Q    You also believed that you had possible
19  scoliosis, correct?
20    A    Yes.
21    Q    You believed that you suffered from
22  depression, correct?
23    A    Yes.
24    Q    You believed that you suffered from

Page 20

1  anxiety, correct?
2    A    Yes.
3    Q    And you believed that you suffered from
4  insomnia, correct?
5    A    Yes.
6    Q    Were there any other medical conditions
7  that you suffered from when you were an inmate in
8  the Fulton County Jail between June 2014 and
9  December 2014?
10    A    No.
11    Q    Okay.  Your high blood pressure, who
12  diagnosed you with high blood pressure?
13    A    Oh, the -- well, the Fulton County Jail
14  when I was there a couple years before.  They got
15  medical records of me having high blood pressure.
16  And the Fulton County Jail was giving me blood
17  pressure medication.  Territorial Correctional
18  Center in Colorado where I was imprisoned at was
19  giving me medication for high blood pressure as
20  well.
21    Q    Okay.  And your claim of arthritis, who
22  diagnosed you with arthritis?
23    A    The Lawrenceville Correctional Center.
24  But they -- what they did was they worded it in a

Page 21

1 different way as in there is deterioration in the
2 lower lumbar region of my back.
3    Q   Okay.  So they didn't explicitly diagnose
4 you with arthritis.  They diagnosed you with
5 deterioration in the lower lumbar of your back?
6    A   The doctor told me -- the doctor flat out
7 told me it was arthritis.
8    Q   Okay.
9    A   But he didn't document it as that.
10    Q   Okay.  And when did that occur?
11    A   I'm guessing 2010, 2011, somewhere in
12 there.
13    Q   Okay.  And that was diagnosed by the
14 physician within the correctional center?
15    A   Yep.
16    Q   Okay.  And your claim of possible
17 scoliosis, who diagnosed you with possible
18 scoliosis?
19    A   The doctor at Territorial Correctional
20 Center in Canon City, Colorado.
21    Q   Okay.  And when was that?
22    A   2012.
23    Q   Okay.  The depression that you believed
24 you suffered from in late 2014, who diagnosed you

Page 22

1 with depression?
2    A   Oh, well this was the third time I've
3 been to the Dixon Special Treatment Center.  This
4 is a facility for mentally ill patients that I'm
5 in right now.  These guys have -- these guys
6 here, this place here has labeled me as being
7 mentally depressed, suffering from PTSD?
8    Q   Okay.  I'm talking about in June of 2014
9 when you believe that you suffered from
10 depression, who had diagnosed you prior to that
11 with depression?
12    A   Fulton County Jail on a previous stay and
13 also Denver County Jail in Denver, Colorado, and
14 Territorial Correctional Center in Colorado.
15    Q   And that would have been in 2012?
16    A   2011 to 2012.
17    Q   Okay.  The anxiety that you claimed you
18 suffered from in June of 2014, who diagnosed you
19 with anxiety?
20    A   The same people.
21    Q   Fulton County Jail on a previous stay,
22 Denver, Colorado, Denver County Jail, and
23 Territorial Correctional Center?
24    A   Yes.

Page 23

1    Q   Do you know when the Fulton County Jail
2 diagnosed you with anxiety?
3    A   Oh, I would say 20 -- around 2006-2007.
4 And they was giving me medication for it.
5    Q   Okay.  The insomnia that you claimed you
6 suffered from in June of 2014, when were you
7 diagnosed with insomnia?
8    A   Nobody diagnosed me with insomnia.  I had
9 just had insomnia.  It doesn't take a doctor to
10 say you've got insomnia.  If you can't sleep, you
11 can't sleep.
12    Q   So the answer to my question is no one
13 diagnosed you with insomnia, correct?
14    A   The doctor -- the doctor at the jail said
15 I may be suffering from insomnia.
16    Q   Which jail?
17    A   Fulton County Jail.
18    Q   Did they ever make a clinical diagnosis
19 that you suffered from insomnia?
20    A   Back in 2007.
21    Q   Okay.  And that would be noted in your
22 medical records?
23    A   Sure.
24    Q   Okay.  And it is your belief that when

Page 24

1 you became an inmate in the Fulton County Jail in
2 June of 2014 that the doctors and nurses were
3 aware of the medical -- all of these medical
4 conditions that you've identified, high blood
5 pressure, arthritis, possible scoliosis,
6 depression, anxiety, and insomnia?
7    A   Yep.  And they failed to act and treat me
8 for any of them.
9    Q   Again, question, answer.  I don't need
10 anything more than that.  Okay?
11        And when you became an inmate again in
12 November of 2014 --
13    A   You are a pretty rude lady, man.  You
14 didn't have to say all of that.
15    Q   I'm just asking you questions, and I just
16 want the answer.  If you do not cooperate, I will
17 involve the judge.
18    A   Involve the judge.  I don't give a shit.
19    Q   Answer the question.
20    A   I am answering the questions.
21    Q   When you were an inmate again in November
22 of 2014, it is your belief that the doctors and
23 nurses at the Fulton County Jail were aware of
24 your claimed medical conditions of high blood

Page 25

1  pressure, arthritis, possible scoliosis,
2  depression, anxiety, and insomnia?
3    **A   Yeah.**
4    Q   Okay.  Thank you.  And it is your claim
5  that when you were an inmate between June 2014
6  and December of 2014 the doctors and nurses at
7  the Fulton County Jail, though aware of your
8  medical conditions, did not provide you with the
9  medical care that you desired?
10   **A   That's right.**
11   Q   Okay.  Can we agree that Sheriff Standard
12 does not provide medical treatment within the
13 Fulton County Jail?
14   **A   No.  We can't agree on that.**
15   Q   Does Sheriff Standard pass out drugs?
16   **A   No.  But he is in charge.**
17   Q   Okay.  Does Sheriff Standard do medical
18 evaluations?
19   **A   He is in charge of the people that do.**
20   Q   Does Sheriff Standard provide medical
21 evaluations?
22   **A   That's not going to hold no weight, man.**
23   Q   Please answer the question.
24   **A   You know --**

Page 26

1    Q   Does Sheriff Standard make medical
2  evaluations?
3    **A   No.**
4    Q   Okay.  Does Sheriff Standard diagnose
5  patients with medical conditions?
6    **A   No.**
7    Q   Okay.  Does Sheriff Standard then provide
8  the medications consistent with your diagnosis?
9    **A   Nope.**
10   Q   Thank you.
11   **A   He is in charge of the people that do.**
12 **And if they don't do their job, then it's his**
13 **responsibility.**
14   Q   Thank you, Mr. Wooddell.  I didn't ask a
15 question.
16   **A   Yeah, you did.**
17   Q   Is it fair to say that your claim as you
18 have narrated within your complaint is that
19 Sheriff Standard did not provide you with the
20 names of the individuals who were providing you
21 with medical treatment when you asked?
22   **A   Uh-huh.**
23   Q   Okay.  The failure to provide you with
24 the names of the medical providers did not affect

Page 27

1  your ability to get medication, correct?
2    **A   Say that again.**
3    Q   The failure to provide you with the names
4  of the medical providers at the Fulton County
5  Jail did not affect your ability to get
6  medication, correct?
7    **A   No, that's not correct.**
8    Q   The failure to obtain the name of the
9  nurse providing you with medications affected
10 your ability to get medication?
11   **A   Yeah.**
12   Q   How so?
13   **A   Because if you can't talk to whoever is**
14 **trying to give medication, then how you going to**
15 **get medication?  How are you supposed to get the**
16 **right medication?**
17   Q   So it's your belief that not knowing the
18 names of the medical providers limited your
19 ability to seek medical treatment?
20   **A   Yeah.**
21   Q   Okay.
22   **A   And it limited my ability to file my**
23 **lawsuit.**
24   Q   Well, that's not an issue here.

Page 28

1    **A   Oh, it is the issue.**
2    Q   How many times prior to June 2014 had you
3  been an inmate in the Fulton County Jail?
4    **A   Numerous.**
5    Q   More than ten?
6    **A   Sure.**
7    Q   More than 20?
8    **A   No.**
9    Q   15?
10   **A   I don't know.**
11   Q   Okay.  More than 10 but under 20?
12   **A   Yeah.**
13   Q   Okay.  And when you are brought in to the
14 Fulton County Jail, do they do a medical intake?
15   **A   Sometimes no.  They're supposed to do one**
16 **within two weeks after you arrive there, and you**
17 **might not get one for three months.  Some people**
18 **never get them at all.**
19   Q   As an inmate in the Fulton County Jail,
20 have you been provided with a medical intake
21 before?
22   **A   Yeah.**
23   Q   Okay.  And in June of 2014 after you
24 became an inmate, did you receive a medical

Richard Wooddell
10/28/2015

Page 29

1  intake?
2      **A   Are we talking a specific day here?**
3      Q    No.  I'm asking you if you ever got your
4  initial medical evaluation after you became an
5  inmate?
6      **A   Yeah.**
7      Q    And when you are brought in to the Fulton
8  County Jail, are you provided with the rules for
9  the jail?
10     **A   Yeah.**
11     Q    And are you provided with the procedure
12  on how to file grievances?
13     **A   Yeah.  If that's what you want to call**
14  **it.**
15     Q    So you are provided with a procedure on
16  how to file grievances, correct?
17     **A   Yeah.**
18     Q    Okay.  And are you provided with the
19  procedure for how to fill out a medical request
20  form and seek medical treatment?
21     **A   No.  They just hand you a medical form**
22  **and leave it up to you to know how to fill it**
23  **out.**
24     Q    Okay.  So when you are brought in to the

Page 30

1  Fulton County Jail, they hand you the medical
2  form, correct?
3      **A   No.  You have to ask -- you have to ask**
4  **for a medical form.**
5      Q    Okay.  When you were an inmate in June of
6  2014, were you aware of the process of
7  providing -- asking for a medical request form
8  and filling it out?
9      **A   Yep.  Which I did many times.**
10     Q    What is your understanding of the
11  procedure for seeking medical treatment within
12  the Fulton County Jail?
13     **A   Fill out an inmate request form for**
14  **medical treatment and wait for them to call you.**
15     Q    Okay.  If you don't have a form in your
16  cell, who do you get it from?
17     **A   You have to ask one of the guards.**
18     Q    Okay.  And once you have filled it out,
19  who do you provide it to?
20     **A   You have to give it to one of the -- one**
21  **of the officers.**
22     Q    Okay.  And it's your understanding that
23  process would lead you to see a medical provider?
24     **A   Yes.**

Page 31

1      Q    Okay.  What is your understanding of the
2  process for med pass, so when they pass out the
3  medication?
4      **A   Can you repeat that again?**
5      Q    Yeah.  What is your understanding of the
6  procedure for medical passes, when they pass out
7  the medications?
8      **A   They just come around and call your name**
9  **and say they got your meds.**
10     Q    Okay.  The individual that comes around
11  for med pass, is it a nurse or is it a CO?
12     **A   It's a CO.**
13     Q    Is it ever a nurse?
14     **A   No.**
15     Q    If you have a medical condition that you
16  believe needs to be addressed, can you tell the
17  CO during med pass?
18     **A   Yeah.  They'll just tell you to fill out**
19  **a medical request slip.**
20     Q    Okay.
21     **A   And they tell you nothing can be done**
22  **until you fill out the medical request slip.**
23     Q    When you were an inmate in the Fulton
24  County Jail between June of 2014 and August of

Page 32

1  2014, do you remember what cell you were in, what
2  cellblock?
3      **A   June to August?  Yeah.  I was in H block.**
4  **Wait, wait, wait, wait.  In June to August I**
5  **believe that was J block, J block.**
6      Q    Okay.  And November of 2014 to December
7  of 2014, which cellblock were you in?
8      **A   H block.**
9      Q    Okay.  For J block where you were at
10  between June and August of 2014, are there
11  correctional officers located within the block,
12  or do they sit outside the block in a control
13  room?
14     **A   They sit in a control room somewhere in**
15  **the jail.  They don't sit around the block or**
16  **whatever.  They don't patrol as much as they**
17  **should.**
18     Q    Okay.
19     **A   They are supposed to patrol like every 15**
20  **minutes or something.  Sometimes they don't come**
21  **around for an hour and they double click their**
22  **guns to show that they've come around like twice**
23  **or whatever.**
24     Q    Okay.  So it's your testimony that the

Page 33

1  COs in J block do not sit in the main block, they
2  sit in a control room and will occasionally do a
3  walk-through?
4      **A   Yeah.**
5      Q   Okay.  And is it the same in H block?
6      **A   Yep.**
7      Q   And I assume there are cameras within J
8  and H block then?
9      **A   Oh, yeah.  I'm going to subpoena them too**
10 **definitely.**
11     Q   So at all times within J and H block you
12 are under surveillance by the correctional
13 officers?
14     **A   Yep.**
15     Q   Okay.
16     **A   They'll watch people get beat up over the**
17 **camera and won't do nothing about it.**
18     Q   That's not the issue in this lawsuit.
19     **A   I know.  It's just the type of stuff that**
20 **goes on in that jail.  That's why I'm so angry.**
21     Q   Do you recall answering our Request for
22 Admission of Facts?
23     **A   Yeah.**
24     Q   Okay.  You were an inmate in the Fulton

Page 34

1  County Jail from June 6, 2014, to August 25th,
2  2014, correct?
3      **A   Yep.**
4      Q   And you were an inmate in the Fulton
5  County Jail from November 12th, 2014, to May 15,
6  2015, correct?
7      **A   Yep.**
8      Q   And on June 27th, 2014, you filled out a
9  Sick Call Request Form indicating that you needed
10 medication for severe anxiety and depression and
11 requesting to see a doctor or nurse, correct?
12 I'm showing you what has been marked as Exhibit
13 1.
14     **A   Okay.  So can you reiterate your question**
15 **again?**
16     Q   Yeah.  On June 27th, 2014, you filled out
17 a Sick Call Request Form to the Fulton County
18 Jail asking for medication for your severe
19 anxiety and depression and asking to see a doctor
20 or a nurse?
21     **A   Yes.**
22     Q   Okay.  You also indicate within that Sick
23 Call Request Form that you medicate with
24 marijuana and alcohol prior to being within the

Page 35

1  Fulton County Jail?
2      **A   Yes.**
3      Q   Therefore, at the time that you were
4  admitted to the Fulton County Jail, you did not
5  have a current prescription for anxiety or
6  depression, correct?
7      **A   Correct.**
8      Q   Okay.  And is it your handwriting?
9      **A   Yes, it is.**
10     Q   Okay.  And is this a true and accurate
11 copy of the Sick Call Request Form that you
12 filled out and submitted?
13     **A   Yes.**
14     Q   Okay.  And at the bottom of Exhibit 1 --
15     **A   Well, I would like to add something**
16 **though.  You said that prior to being**
17 **incarcerated that I never took any medication for**
18 **my anxiety and depression and that you said that**
19 **I used marijuana and alcohol.  Well, I could not**
20 **afford treatment services or medication, and so I**
21 **medicated with marijuana and alcohol.**
22     Q   Correct.  That's what I was getting at
23 was at the time prior to being admitted to the
24 Fulton County Jail, you were not taking a current

Page 36

1  prescription for depression or anxiety, but
2  rather you were medicating with alcohol and
3  marijuana?
4      **A   Because I couldn't afford it, and**
5  **marijuana and alcohol was cheaper.**
6      Q   Correct.  You did not have a current
7  prescription prior to coming to the Fulton County
8  Jail?
9      **A   Nope.**
10     Q   Okay.  And at the bottom of this document
11 under results of request it states waiting for
12 records, 7/1/14, and what appears to be a
13 signature, correct?
14     **A   Yes.**
15     Q   And that notation was not there when you
16 submitted your Sick Call Request Form, correct?
17     **A   I don't understand what you're saying.**
18     Q   The notation under results of request,
19 that wasn't present when you filled out this form
20 and signed your name, correct, and handed it to
21 the CO?
22     **A   No, it was not.**
23     Q   Okay.
24     **A   I believe they added that at my sick**

Richard Wooddell
10/28/2015

Page 37

1  call. I didn't see them add it. But usually
2  after they see you during a sick call -- see, I
3  signed my signature -- when I hand in this paper,
4  I have to sign this signature or I can't hand in
5  the paper. I don't sign the signature in front
6  of them. And after they get done seeing me, you
7  know, for my doctor's visit -- after they get
8  done seeing me, then they write their little
9  notes right below after the initial --
10      Q    Visit?
11      A    Yeah.
12      Q    Okay. And this would indicate that this
13  notation was probably made on 7/1/14, correct,
14  waiting for records?
15      A    It had -- I guess it had to have been
16  because the date of this was -- well, sometimes
17  it takes a week or so. Sometimes it takes a
18  while to get in to sick call. They don't just
19  call you in right away. And I filled this out on
20  June 27th.
21      Q    Okay. So sometime after June 27th this
22  notation was made?
23      A    Yes.
24      Q    We can agree on that?

Page 38

1      A    Yes.
2      Q    Okay. On June 27th at 9:25 a.m., you
3  were seen by a nurse practitioner who documented
4  your complaint of high blood pressure, scoliosis,
5  arthritis, chest pain, heart palpitation,
6  urination frequently with urgency, correct? I'm
7  showing you what has been marked as Exhibit 2.
8      A    Yeah. Blood pressure a little bit high
9  there, 137. Yeah.
10      Q    Okay. So --
11      A    I was not given any treatment that day.
12      Q    Okay. On June 27th, 2014, you made those
13  complaints, correct?
14      A    Yep.
15      Q    And your vitals were taken, correct?
16      A    Yeah.
17      Q    Okay. And it documented your blood
18  pressure, correct?
19      A    Yeah.
20      Q    Your pulse, correct?
21      A    Yep.
22      Q    Your respiration?
23      A    Yep.
24      Q    Your temperature?

Page 39

1      A    Uh-huh.
2      Q    You were weighed?
3      A    Uh-huh.
4      Q    Your lungs, chest, and heart were
5  examined or evaluated?
6      A    Uh-huh.
7      Q    Okay.
8      A    But my argument with that is that doesn't
9  constitute treatment. That's just an
10  examination.
11      Q    Okay.
12      A    So I received no medical treatment.
13      Q    Okay. My question is that you -- you saw
14  a nurse for a new visit on June 27th, 2014,
15  correct, consistent with Exhibit 2?
16      A    Uh-huh.
17      Q    Yes?
18      A    Yes.
19      Q    Okay. And on it under plan it indicates
20  check BP next Tuesday and Friday, exercise sheet,
21  correct? That's what it says?
22      A    Yeah.
23      Q    Okay. And under follow-up it says as
24  needed, correct?

Page 40

1      A    Yeah.
2      Q    You can look at this. I have a copy,
3  sorry.
4      A    Yeah.
5      Q    Okay.
6      A    But a person that has arthritis in their
7  lower back can't exercise.
8      Q    Okay.
9      A    And exercise is not a medical treatment.
10      Q    Okay. As indicated in Exhibit 2 on June
11  27th, 2014, when you were seen by the nurse, the
12  treatment plan included a plan to recheck your
13  blood pressure the following week, correct?
14      A    Correct.
15      Q    A request of medical records related to
16  your complaints, correct?
17      A    Say that again, please.
18      Q    Plan to check your medical records and
19  request them?
20      A    I don't see where it says that on there.
21      Q    It indicates ROI signed, correct?
22      A    What does ROI mean?
23      Q    Well, I'll get to that in one second. It
24  says ROI signed, correct?

Sivertsen Reporting Service
(309)690-3330

Wooddell v. Standard
14 CV 1474

Richard Wooddell
10/28/2015

Page 41

1    **A   Uh-huh.**
2    Q    And I'm handing you what's been marked as
3  Exhibit 3, which is an Authorization for Release
4  of Information?
5    **A   To the Lawrenceville Correctional Center.**
6    Q    Okay.  And you were also provided with
7  information about exercises on June 27th, 2014,
8  correct?  Whether or not you believe you could do
9  them or not, you were provided with the
10  information?
11   **A   They never gave me no exercise sheets.**
12 **They just said exercise.**
13   Q    Okay.  So you were provided with
14  information and told to exercise?
15   **A   I wasn't provided with that information.**
16 **I was just told to exercise.**
17   Q    Okay.  After June 27th, 2014, was your
18  blood pressure checked?  I can show you medical
19  records if you want to look at them.
20   **A   Well, what they say they did and what**
21 **they did is two different things, you know.**
22   Q    Do you have an independent recollection
23  of whether or not your blood pressure was checked
24  after June 27th, 2014?

Page 42

1    **A   Yeah.  I think they checked it like once,**
2  **once or twice.**
3    Q    Okay.
4    **A   See, they got two little machines they**
5  **check it with.  They got one that's an electronic**
6  **machine, and then they got a pump-up machine.**
7  **And what I was noticing is when they would use**
8  **the electronic machine I would have high blood**
9  **pressure, so they stopped using the electronic**
10 **machine and so they started using the hand pump.**
11   **And, you know, I actually know -- I**
12 **actually know how to take somebody's blood**
13 **pressure and I could see, you know, what they're**
14 **doing with the pump and what the blood pressure**
15 **thing is.  And they was lying about what my blood**
16 **pressure was.**
17   Q    Okay.
18   **A   And they would hand manually pump.**
19   Q    Okay.  So it's your allegation that
20  though they were checking your blood pressure,
21  they were checking it incorrectly?
22   **A   Yes.**
23   Q    Okay.  After June 27th, 2014, did they
24  request your medical records?

Page 43

1    **A   They say they did.**
2    Q    Okay.  Did you sign an Authorization for
3  Release of Information?
4    **A   For a couple of places, yeah.**
5    Q    Okay.  And --
6    **A   I signed -- actually, I signed like**
7  **three.  I signed one for the Lawrenceville**
8  **Correctional Center.  I signed one for**
9  **Territorial Correctional Center, and I signed one**
10 **for Dixon Special Treatment Center, which was**
11 **here, which magically them records didn't come,**
12 **which these records here would have showed all of**
13 **my mental disabilities and everything that I have**
14 **wrong with me.**
15   Q    Okay.  On June 27th, 2014, did you sign
16  an Authorization for Release of Medical
17  Information requesting your medical records
18  related to your diagnosis of arthritis from
19  Lawrenceville Correctional Center, showing you
20  what has been marked as Exhibit 3?
21   **A   Yes, I did.**
22   Q    Okay.  And that is a true and accurate
23  copy of the release that you signed on the 27th?
24   **A   Uh-huh.**

Page 44

1    Q    Yes or no?
2    **A   Yes.**
3    Q    Okay.
4    **A   I also wanted to add you know what I said**
5  **about when the doctor said I had deterioration in**
6  **the lower lumbar of my back, that's just a fancy**
7  **way of saying I got deteriorating arthritis.**
8    Q    Okay.  On June 27th, 2014, you signed a
9  request -- an Authorization for Release of
10  Information requesting medical records related to
11  your diagnosis of scoliosis from Territorial
12  Correctional Center, correct?
13   **A   Yes.**
14   Q    Okay.  Is this a true and accurate copy
15  of the authorization for release that you
16  submitted?
17   **A   Yes, it is.**
18   Q    Okay.  And the Fulton County Jail -- I'm
19  sorry.  Strike that.
20   On June 28th, 2014, you filled out a
21  Fulton County Jail Sick Call Request Form,
22  correct?  Showing you what's been marked as
23  Exhibit 5.
24   **A   Yep.**

Richard Wooddell
10/28/2015

Page 45

1    Q   Okay.  And in it -- in this until the
2  bottom where it says inmate signature, is that
3  all of your handwriting?
4    A   Yeah.
5    Q   Okay.  And on June 28th, 2014, you
6  requested to see a dentist, correct?
7    A   Yeah.
8    Q   Okay.  And you stated that your need for
9  treatment was because you had fillings that had
10  fallen out of your teeth and that the toothpaste
11  was junk and that your gums were bleeding?
12    A   Uh-huh.
13    Q   Correct?
14    A   Yes.
15    Q   And the June 28th, 2014, Sick Call
16  Request Form, is that a true and accurate copy of
17  the Sick Call Request Form that you submitted?
18    A   Yes, it is.
19    Q   Okay.  And at the bottom of Exhibit 5 it
20  indicates under results of request, seen in sick
21  call July 1st, 2014, correct?
22    A   July 1st.
23    Q   Seen in sick call July 1st, 2014?
24    A   Yeah.

Page 46

1    Q   Okay.  And you were, in fact, seen on
2  July 1st, 2014.  I'm showing you what's been
3  marked as Exhibit 6, correct?
4    A   Uh-huh, yes.
5    Q   And you saw a nurse for a follow-up
6  appointment, correct?
7    A   I don't believe I seen a nurse for a
8  follow-up appointment.
9    Q   Was your visit on July 1st, 2014, not
10  with a nurse?
11    A   Yeah, it was.
12    Q   Okay.  And it was a follow-up appointment
13  from a previous appointment that you had had?
14    A   I don't believe so.
15    Q   Okay.  In the subjective complaint box it
16  states blood pressure, BP, check times two per
17  Dr. Butler, an arrow, complains of tooth pain and
18  lost fillings, correct?
19    A   Uh-huh.
20    Q   And it appears that your vitals were
21  taken, correct?  Your blood pressure was taken?
22    A   Uh-huh.
23    Q   Okay.  And under other there is an
24  indication that several cavities in upper and

Page 47

1  lower, right and left mouth, correct?
2    A   Yes.
3    Q   Okay.  And under assessment it stated
4  possible elevated BP, possible dental work to be
5  done, correct?
6    A   Yes.
7    Q   Okay.  So the nurse practitioner
8  documented your complaint of high blood pressure,
9  tooth pain, and lost fillings, correct?
10    A   Yes.
11    Q   Okay.  And under the plan it was
12  documented BP times two, dentist fix worst two,
13  dental soft diet until appointment Monday, July
14  21st at 1500 p.m., correct?
15    A   Yes.
16    Q   Okay.  So the treatment plan included a
17  plan to check your blood pressure, have the
18  dentist fix your worst teeth, put you on a soft
19  diet until your appointment, correct?
20    A   Uh-huh.
21    Q   Okay.
22    A   Yeah.  See, what I want to add, okay, is
23  that, yeah, I was seen by these medical
24  professionals but was not given any treatment

Page 48

1  whatsoever.  No treatment.  I received no medical
2  treatment.  I received no medication.  The only
3  medical treatment that I received was when they
4  sent me to the dentist to get one tooth fixed.
5    Q   Okay.  After your complaint of tooth pain
6  on July 1st, 2014, you were, in fact, treated by
7  a dentist, correct?
8    A   Yeah.
9    Q   Okay.  And you were, in fact, put on a
10  soft diet, correct?
11    A   Yep.
12    Q   Okay.  And your blood pressure had been
13  checked on July 1st, 2014, correct?
14    A   I don't recall.
15    Q   Okay.  Do you dispute that on your
16  medical progress note it documents your BP 126
17  over 88 and the notation that you had a possible
18  elevated BP?
19    A   That's kind of contradictory.  It's 126
20  over whatever you said it was.
21    Q   88.
22    A   Over 88.  And possible elevated BP, which
23  is blood pressure, then that would mean my blood
24  pressure was high.

Richard Wooddell
10/28/2015

Page 49

1    Q    Okay.  So in your opinion your blood
2  pressure was taken on July 1st, 2014?
3    A    Yeah.
4    Q    Okay.  I'm handing you what's been marked
5  as Exhibit 7.  On July 3rd, 2014, you were again
6  seen by a medical provider within the Fulton
7  County Jail who documented your complaint of
8  elevated blood pressure, correct?
9    A    I have something to say here.
10    Q    Can you answer my question and then --
11    A    Okay.
12    Q    Were you seen on July 3rd, 2014, by a
13  medical provider?  Yes or no?
14    A    I don't remember.
15    Q    Okay.  Does the document in front of you
16  indicate that you were seen on July 3rd, 2014,
17  and reported elevated blood pressure?
18    A    Yeah.
19    Q    Okay.  And does the document in front of
20  you, Exhibit 7, indicate that your blood pressure
21  was taken on July 3rd, 2014, and that it was 122
22  over 84?
23    A    Yes.
24    Q    Okay.

Page 50

1    A    But the document also says -- I keep
2  seeing these documents where it says I was seen
3  by Dr. Butler.  Never one time was I ever seen by
4  Dr. Butler.  It was always a nurse practitioner.
5    MS. CULLOM:  Can we go off the
6  record for a second?
7    (Whereupon discussion held off record.)
8    MS. CULLOM:  We can go on the record
9  now.
10  BY MS. CULLOM:
11    Q    On July 3rd, 2014, you were seen by a
12  nurse practitioner, documented your report of
13  elevated blood pressure, and took your blood
14  pressure, correct?
15    A    Uh-huh.
16    Q    Yes or no?
17    A    Yes.
18    Q    Okay.  And I'm handing you what has been
19  marked as Exhibit 8.  On July 12th, 2014, you
20  filled out a Sick Call Request Form indicating
21  complaints of concussion symptoms and requesting
22  a visit with a physician or nurse practitioner,
23  correct?
24    A    Yes.

Page 51

1    Q    Okay.  And is this Sick Call Request Form
2  from July 12th, 2014, a true and accurate copy of
3  the Sick Call Request Form submitted by you on
4  that date?
5    A    Yes, it is.
6    Q    Okay.  And underneath your signature
7  under results of request it indicates seen in
8  sick call 7/15/14, correct?
9    A    Yep.  But I wasn't ever seen.
10    Q    But that's what it says, correct?
11    A    Yep.
12    Q    Okay.  I'm handing you what has been
13  marked as Exhibit 9.  On July 13th, 2014, you
14  filled out a Sick Call Request Form indicating
15  complaints of arthritis, scoliosis, high blood
16  pressure, and insomnia and requesting a visit
17  with the physician and nurse practitioner,
18  correct?
19    A    Uh-huh.
20    Q    Okay.  And is this July 13th, 2014, Sick
21  Call Request Form a true and accurate copy of the
22  request form that you submitted on that date?
23    A    Yes, it is.
24    Q    Okay.  And underneath your signature it

Page 52

1  indicates under results of request seen in sick
2  call, 7/15/14, correct?
3    A    Uh-huh, yes.
4    Q    That would be the same notation that was
5  on the previous Sick Call Request Form from July
6  12th, 2014, correct?
7    A    Yes.
8    Q    Okay.
9    A    See, all of these -- all of these
10  symptoms that I've complained about they've given
11  me medication for in the past in previous stays
12  in the Fulton County Jail.  And I'm going to
13  prove that when we go to court.
14    Q    Okay.
15    A    So I don't know how this joker thinks
16  he's going to win.
17    Q    Okay.  I'm handing you what's been marked
18  as Exhibit 10.  On July 15th, 2014, you were seen
19  by a nurse practitioner who documented your
20  complaint of insomnia, history of Benadryl for
21  sleep, doesn't know what strength, correct?
22    A    Uh-huh, yes.
23    Q    And underneath at the -- towards the
24  bottom where it indicates no other complaints by

Richard Wooddell
10/28/2015

Page 53

1  patient, there's a notation that says several --
2  see attached request forms, correct?
3  **A   And it also says I had dark circles under**
4  **my eyes, sunken in appearance, my eye.**
5  Q   We'll get to the other notations.  Don't
6  worry.  But my question is it also indicates
7  several -- see attached request forms, correct?
8  **A   Yes, it does.**
9  Q   So they were documenting your previous
10 requests from July 12th and July 13th as well as
11 your complaints on July 15th when you were seen
12 by the nurse, correct?
13 **A   Yes.**
14 Q   Okay.  And on July 15th, 2014, your
15 vitals were taken, correct?
16 **A   Yes.**
17 Q   They took your blood pressure, correct?
18 **A   Yeah.**
19 Q   Okay.  And under plan it says 72-hour
20 sleep log given to CO, correct?
21 **A   I ain't got a copy of that.  Oh, yeah.**
22 Q   Okay.  And under patient education it
23 states, limit caffeine intake, exercise in day
24 not at night, correct?

Page 54

1  **A   Uh-huh, yes.**
2  Q   Okay.
3  **A   And they never kept a sleep log.**
4  Q   Okay.  Well, we'll get to that.  Okay.
5  I'm just talking about what happened on July
6  15th, 2014.
7  **A   Uh-huh.**
8  Q   And I'm handing you what has been marked
9  Exhibit 11.  On August 11th, 2014, you filled out
10 a Sick Call Request Form indicating that you were
11 allergic to onions and requesting a visit with a
12 physician or nurse practitioner, correct?
13 **A   Yeah.**
14 Q   Okay.  And you indicate that your onion
15 allergy is in your previous medical records,
16 correct?
17 **A   Yeah.**
18 Q   Okay.  And is the August 11th, 2014, Sick
19 Call Request Form a true and accurate copy of the
20 Sick Call Request Form submitted by you?
21 **A   Yes, it is.**
22 Q   And underneath your signature it
23 indicates ROI signed for records, 72-hour
24 activity log, 8/15/14, correct?

Page 55

1  **A   Yes.**
2  Q   Okay.  I'm handing you what has been
3  marked Exhibit 12.  On August 15th, 2014, you
4  were seen by a nurse practitioner who again
5  documented your report of an onion allergy and
6  continued pain from arthritis, correct?
7  **A   Yes.**
8  Q   Okay.  And it indicates under plan ROI
9  sent for records, correct?
10 **A   Yes.**
11 Q   Okay.  It also indicates ROI resent to
12 Lawrenceville Correctional Center to verify
13 arthritis, correct?
14 **A   Yes.**
15 Q   Okay.  And it also indicates 72-hour
16 activity log, correct?
17 **A   Yeah.  Their favorite line.**
18 Q   Okay.  So the treatment plan after August
19 15th, 2014, was to request your records to verify
20 your complaints and to do a 72-hour activity log,
21 correct?
22 **A   Yes.**
23 Q   Okay.  On November 11th, 2014 -- I'm
24 handing you what has been marked as Exhibit 13.

Page 56

1  On November 11th, 2014, you filled out a Sick
2  Call Request Form complaining of depression,
3  anxiety, arthritis, and insomnia and requesting a
4  visit with a physician or nurse practitioner,
5  correct?
6  **A   Yes.**
7  Q   And is the November 11th, 2014, Sick Call
8  Request Form a true and accurate copy of the Sick
9  Call Request Form that you submitted?
10 **A   Yes, it is.**
11 Q   Okay.  And underneath your signature
12 where it says results of request, it states
13 continue to monitor, correct?
14 **A   Yes.  And I would like to say I would**
15 **like the contents of what this -- of what this**
16 **sick call form says in it.  It says I was taking**
17 **Amitriptyline for depression, anxiety, and sleep**
18 **but been waiting six months for medical records**
19 **that haven't came yet.**
20 **Supposedly, they sent off for them.  And**
21 **instead of -- and because they're waiting for my**
22 **medical records, they're refusing to treat me.**
23 **They are refusing to look me over and treat me**
24 **for my symptoms.  They're waiting on medical**

Richard Wooddell
10/28/2015

Page 57

1  records.
2          Why can't they just look me over and
3  decide I got this and just treat me when Fulton
4  County Jail already had medical records of my
5  past where they had me on Amitriptyline that they
6  put me on theirselves to treat me for the
7  depression and anxiety?
8      Q   So let me clarify what you're saying.
9  You're saying that in your opinion you believe
10 that you should have been diagnosed and provided
11 with the medications you were seeking rather than
12 having to wait for the medical records to be sent
13 to Fulton County?
14     A   Fulton County Jail already had medical
15 records of me having these -- having these
16 symptoms from past incarcerations.  They don't
17 throw their records away.
18     Q   Okay.  They were indicating that -- you
19 indicated when you were saying waiting for six
20 months for medical records, those were the
21 medical records from your previous incarcerations
22 at other facilities, correct?
23     A   Yeah.  Waiting for them to send for my
24 medical records, yeah, from the other places.

Page 58

1  But they already had medical records -- all of
2  these problems that are in here, they already had
3  medical records of from their jail.
4      Q   Okay.  And you believe that --
5      A   And they blatantly refused me treatment.
6      Q   And you believe that after evaluating
7  you, they should have been providing you with the
8  medications that you were asking for?
9      A   I believe after them looking up my old
10 medical records of being in jail and evaluating
11 me of what's been going on while I was in jail
12 that, yeah, they should have been treating me for
13 my illnesses and they refused to.
14     Q   Okay.  I am handing you what's been
15 marked as Exhibit 14.  On November 13th, 2014,
16 you were seen by a nurse who documented your
17 complaint of anxiety and depression and
18 arthritis, correct?
19     A   Uh-huh.
20     Q   Okay.  And the treatment plan included a
21 plan to log your activities for 72 hours and
22 provide you with relaxation education, correct?
23 Whether you believe it was done or not, that's
24 what the plan was?

Page 59

1      A   I'm saying that that's not treating
2  somebody.  That is not medical treatment.
3      Q   Okay.  That was the plan?
4      A   It's a joke is what that is.
5      Q   Okay.  Aside from your opinion --
6      A   Yeah.
7      Q   -- that was the plan?
8      A   That was the plan, yeah.
9      Q   I'm going to rephrase that just so the
10 record is clear.  On November 13, 2014, after
11 seeing you, the plan for your further treatment
12 was to do a 72-hour activity log and provide you
13 with relaxation education, correct?
14     A   Yes.
15     Q   Okay.
16         THE WITNESS:  Is this going to take
17 a while longer, because I've really got to use
18 the rest room.
19         MS. CULLOM:  We can take a break.
20                   11:29 a.m.
21         (Brief Recess Taken)
22                   11:33 a.m.
23 BY MS. CULLOM:
24     Q   Okay.  I'm handing you what has been

Page 60

1  marked as Exhibit 15.  On December 23rd, 2014,
2  you were seen by a medical provider in response
3  to your complaints of suicidal thoughts, correct?
4      A   I actually tried to commit suicide on
5  December 22nd.
6      Q   Okay.
7      A   I hung myself.
8      Q   Okay.  And the notes indicate that you
9  were complaining of suicidal thoughts, states you
10 are tired of living and everyone picking on him,
11 that there's nothing to live for on the outside.
12 You stated that if he was put on the block again,
13 he will cut his throat with a razor.  He stated
14 that he wanted to be on a hunger strike and that
15 people can only live three days without food so I
16 will die.
17     A   30 days.
18     Q   30 days, sorry.  Did you state that to
19 the medical provider?
20     A   I sure did.
21     Q   Okay.
22     A   But I want it to be noted, and I don't
23 know why -- there should be something before this
24 of my suicide attempt and why it's not in here.

Richard Wooddell
10/28/2015

Page 61

1 **Because that happened on December 22nd.**
2  Q  We'll get to that record.
3  **A  Is it in there?**
4  Q  Yeah.  I have it.  We'll talk about it in
5 a second.  Okay?
6  **A  Okay.**
7  Q  And on the 23rd, it appears as if your
8 vitals were taken as well, correct?  130 over 70,
9 97.5.
10  **A  Yeah.**
11  Q  Okay.  And the plan as of December 23rd,
12 2014, was to put you on Zyprexa, correct?
13  **A  Yep.**
14  Q  Okay.
15  **A  They finally put me on medication after I**
16 **tried to kill myself.**
17  Q  I'm handing you what's been marked as
18 Exhibit 16.  On -- I'm sorry.  Can I see that for
19 a second?
20  **A  Sure.**
21  Q  Yeah, sorry.  On January 2nd, 2015, you
22 filled out a Sick Call Request Form that stated,
23 "I'm on suicide watch.  I tried to hang myself
24 because there were inmates in H block bullying

Page 62

1 me.  And since I've been in here there have been
2 inmates yelling from G block saying I better not
3 come over there because I'll get my head split
4 because I'm a snitch."  Correct?
5  **A  Yes.**
6  Q  And you also -- you requested a visit
7 with a physician or nurse practitioner, correct?
8  **A  Do you want to finish reading the rest of**
9 **that though?  And inmates in E block saying I**
10 **better not bring my racist ass over there.**
11  Q  Okay.  I'll finish and then I'll ask a
12 question and you can answer.
13       In addition to those statements, you also
14 included in your Sick Call Request Form that
15 inmates in E block saying I better not bring my
16 racist ass over there or they will split my head.
17 I want to come off of suicide watch but don't
18 want anyone hurting me.  Correct?
19  **A  Yes.**
20  Q  And you also requested to see a doctor or
21 a nurse, correct?
22  **A  Yes.**
23  Q  Okay.  And is this January 2nd, 2015,
24 Sick Call Request Form a true and accurate copy

Page 63

1 of the request form that you submitted?
2  **A  Yes, it is.**
3  Q  Okay.  And at the bottom of the Sick Call
4 Request Form under results of request it
5 indicated suicide watch times 1 week, correct?
6  **A  Uh-huh.**
7  Q  Okay.
8  **A  Yes.**
9  Q  I'm handing you what's been marked as
10 Exhibit 17.  On January 6th, 2015, you were seen
11 by a nurse practitioner, correct?
12  **A  I've got a problem with this.  I want to**
13 **know why the suicide attempt and everything is**
14 **being avoided, why that's being skipped over.**
15  Q  It's not.
16  **A  It is.**
17  Q  I will get to it.
18  **A  Because that happened -- okay.  Well, why**
19 **are we going so forward, you know what I'm**
20 **saying, when that happened on June (sic) 22nd,**
21 **now we're already on January 6th?**
22  Q  Mr. Wooddell, I get to dictate the
23 questions that I ask and the order in which I ask
24 questions.  I'm telling you that we will discuss

Page 64

1 your suicide attempt and your grievances
2 regarding it and the documentation?
3  **A  And I can't ask questions?**
4  Q  No.  This is your deposition.
5  **A  Oh, my deposition.**
6  Q  And who would you ask questions of?  Me?
7  **A  When do I get to deposition anybody?**
8  Q  You would have to ask the Court to do
9 that.
10       On January 6th, 2015, you were seen by a
11 medical provider, the nurse specifically,
12 correct?
13  **A  Uh-huh.**
14  Q  Okay.  And you requested off suicide
15 watch, correct?
16  **A  Yep.**
17  Q  And you indicated to her that you did not
18 want to harm self and that when asked why you
19 stated because I have been in the cell alone and
20 don't like it.  He stated that he -- you had
21 worked out family situations and is okay to go to
22 any cell, correct?
23  **A  No.  That's not correct.  Not okay to go**
24 **to any cell.**

Richard Wooddell
10/28/2015

Page 65

1    Q    Okay.  Did you indicate to the nurse on
2  January 6th, 2015, that you did not want to harm
3  yourself?
4    A    Yep.
5    Q    And did you indicate to the nurse on
6  January 6, 2015, that you had been in a cell
7  alone and didn't like it?
8    A    Yep.
9    Q    Okay.  And did you indicate to the nurse
10 that you had worked out your family situations?
11   A    Yep.
12   Q    Okay.  And you dispute that you wanted to
13 go to any cell?
14   A    Yep.
15   Q    Okay.  Are you saying that because you
16 didn't want to go to the cells with the
17 individuals who were threatening you?
18   A    Yes.
19   Q    Okay.  But you were okay with going to
20 cells where those individuals were not?
21   A    Yeah.
22   Q    You wanted to be off suicide watch,
23 correct?
24   A    Yeah.

Page 66

1    Q    Okay.  And you had indicated to the --
2  the nurse on January 6th that you no longer had
3  any intent to harm yourself or others, correct?
4    A    Correct.
5    Q    Okay.  And in response to the complaints
6  documented within your January 6th, 2015,
7  evaluation, the plan was continued suicide watch
8  for one week, correct?
9    A    Yeah.
10   Q    Okay.  And was suicide watch continued?
11   A    Yeah.
12   Q    Okay.
13   A    I think it was about 17 days, which I
14 feel was quite a bit excessive.
15   Q    Okay.  But that decision would not have
16 been up to you, correct?
17   A    Correct.
18   Q    That would have been up to the medical
19 providers and the sheriff and the COs, correct?
20   A    They did that for punishment purposes.
21   Q    Okay.  But that decision would not have
22 been up to you, correct?
23   A    Correct.
24   Q    Okay.  I'm handing you what has been

Page 67

1  marked as Exhibit 18.  On December 7th, 2014, you
2  received a letter from Sheriff Standard CCing
3  Lieutenant Lafary and Advanced Correctional
4  Healthcare regarding your grievance appeal,
5  correct?
6    A    Yeah.
7    Q    Okay.  My first question is did you
8  receive the letter --
9    A    Yeah.
10   Q    -- that is marked as Exhibit 18 from
11 Sheriff Standard?
12   A    Sure.
13   Q    Well, I need more.  Yes or no?
14   A    Yes.
15   Q    Okay.  And in that letter to you marked
16 December 7, 2014, Sheriff Standard informed you
17 that he relies on the recommendation of the
18 medical providers within the Fulton County Jail
19 and would not override the physician's
20 recommendation as to medical treatment, correct?
21   A    Yeah.
22   Q    Okay.
23   A    And he also says here, "I would suggest
24 you have your regular doctor release your current

Page 68

1  medical records to our physician so the two
2  licensed physicians can compare the best
3  treatment practices."
4        I had a medical card at the time and I
5  refused -- and I requested to go to see a
6  different outside doctor, my doctor, and I was
7  refused to see my outside doctor to get real
8  medical treatment.
9    Q    That was the subject of your grievance,
10 correct?
11   A    Uh-huh.
12   Q    We'll talk about that in a second.
13       I'm handing you what has been marked as
14 Exhibit 19.  On November 20th, 2014, did you make
15 a grievance to Fulton County regarding a denial
16 of medical treatment?
17   A    I sure did, yes.
18   Q    Okay.  And in that grievance you stated
19 that you had made medical complaints and that you
20 were never examined by the nurse or doctor to see
21 if your claims were true and that you did not
22 receive medications, correct?
23   A    Yes.
24   Q    You stated that you received -- the only

Richard Wooddell
10/28/2015

Page 69

1  thing you received was your blood pressure being
2  taken and your weight taken, correct?
3      A   Yes.
4      Q   And you also complained that Dr. Butler
5  had never examined you, correct?
6      A   Correct.
7      Q   Okay.  And in your relief requested you
8  stated that you wanted all of the charges for
9  seeing the nurse deducted from your balance and
10  that you wanted to see your family doctor in
11  Canton, correct?
12      A   Yes.
13      Q   And that you wanted a special mattress
14  for people with back problems, correct?
15      A   Yes.
16      Q   Okay.  And in response to your -- sorry.
17  Is Exhibit 19 a true and accurate copy of the
18  grievance that you submitted to the Fulton County
19  Jail on November 20th, 2014?
20      A   Yes, it is.
21      Q   Okay.  And in response to your grievance
22  of 11/20/2014, did you receive a letter from
23  Lieutenant Lafary?
24      A   I don't recall.

Page 70

1      Q   Okay.  I'm showing you the document that
2  has been -- that you included in your complaint,
3  page 11 of 13, a letter dated November 28th,
4  2014.
5      A   This guy kills me.
6      Q   Okay.  My question is did you receive
7  that letter?
8      A   Yeah.
9      Q   Okay.  Is it a true and accurate copy of
10  the letter that you received from Lieutenant
11  Lafary?
12      A   Yep.
13      Q   Okay.  And in it Lieutenant Lafary
14  indicated to you that you were seen by a nurse or
15  doctor four times and received treatment from the
16  doctor, correct?
17      A   Yeah.  I received my blood pressure taken
18  and my weight taken, yeah, if you want to call
19  that medical treatment.
20      Q   Okay.  And Lieutenant Lafary -- sorry,
21  strike that.
22          Can we agree that when Lieutenant Lafary
23  said you just disagree with your treatment, that
24  was a fair statement?  You do disagree with the

Page 71

1  treatment that you were receiving?
2      A   I disagree because I wasn't receiving any
3  treatment.
4      Q   Okay.  And Lieutenant Lafary indicated
5  that you should speak with the medical staff
6  about concerns and discuss treatment options with
7  them, correct?
8      A   Yes.
9      Q   And that he found your grievance
10  unfounded, correct?
11      A   Yes.
12      Q   Okay.  And then you appealed that
13  grievance, correct?
14      A   Yes.
15      Q   And you received the December 7th, 2014,
16  letter from Sheriff Standard that we've
17  previously identified?
18      A   See, they didn't allow me to bring any
19  documents up here.  But, you know, I could prove,
20  okay, to where I've gotten grievance responses
21  from these guys, you know what I'm saying.
22          And then all of a sudden out of nowhere
23  comes another grievance response to that response
24  which shows that they contradicted themself that

Page 72

1  they're actually lying where they gave two
2  different responses.
3      Q   Mr. Wooddell, as I explained to you at
4  the beginning of this deposition, this is a --
5      A   So it's hard for me to answer some of
6  this.
7      Q   Sorry.  This is a question and answer
8  session where I ask the questions and you provide
9  the answers and I will provide you with documents
10  that may assist you in answering your questions.
11  If you do not understand a question or cannot
12  answer the question truthfully, then please feel
13  free to state so for the record.
14      A   I can't accurately -- I can't
15  accurately -- I cannot accurately answer some of
16  these questions because some of the documents are
17  phony.
18      Q   Okay.  Let's go back.  I'm showing you
19  what's been marked as Exhibit 20.  This is your
20  complaint.
21      A   Okay.
22      Q   Okay.  And when you filed your complaint,
23  you attached certain documents at the end of it,
24  correct?

Richard Wooddell
10/28/2015

Page 73

1    A   Let's see.  Yes, I did.
2    Q   Okay.  And the document where you notated
3  page 11 of 13 at the bottom in your complaint --
4    A   Uh-huh, yes.
5    Q   -- is a letter from Lieutenant Lafary to
6  you regarding your grievance of 11/21/14 for
7  denial of medical treatment, correct?
8    A   Yes.
9    Q   And you received this letter from
10 Lieutenant Lafary, correct?
11   A   Yes.
12   Q   And it's a true and accurate copy of the
13 letter you received from him, correct?
14   A   Yeah.
15   Q   Okay.  And you also included in your
16 complaint a document identified at the bottom,
17 page 12 of 13, correct?
18   A   Yes.
19   Q   And it is a letter from Sheriff Standard
20 to you dated December 7th, 2014, re: grievance
21 appeal, regarding your denial of medical
22 treatment grievance, correct?
23   A   Yes.
24   Q   And this is a true and accurate copy of a

Page 74

1  letter that you received, correct?
2    A   Yes.
3    Q   Okay.  And in it Sheriff Standard denied
4  your appeal, correct?
5    A   Yes.
6    Q   And he indicated that you have your
7  regular doctor release records to the Fulton
8  County Jail physician so that they could compare
9  treatment practices, correct?
10   A   Yes.
11   Q   And he indicated that he relies on the
12 recommendations of the Advanced Correctional
13 Healthcare physician, correct?
14   A   Yes.
15   Q   And that he would not override a
16 physician's recommendation, correct?
17   A   Yes.
18   Q   Okay.
19   A   But he can give permission for me to see
20 an outside doctor, which he did not do.
21   Q   Okay.
22   A   Off the record.  Them people that he
23 had working --
24   Q   We're not going off the record.

Page 75

1    A   Okay.  Well, we ain't got to go off the
2  record then.  Them people that he had hired to
3  come in and do the medical stuff, you know what
4  I'm saying, were just coming in there and getting
5  paychecks, wasn't doing nothing for nobody, you
6  know.
7        I don't care if I win or lose this.  I'm
8  just going to let him know he's not going to do
9  this to me.  I'm not going to let him sit down
10 and do this to me.  It doesn't matter to me.  I'm
11 confident the man is going to pay me at the end
12 of this no matter how good you are as a lawyer.
13   Q   When you attached those documents to your
14 complaint, were you attaching them because they
15 supported the allegations within your complaint?
16   A   Yep.
17   Q   Okay.  Do you have any other grievances
18 that you submitted regarding a denial of medical
19 treatment to the Fulton County Jail?
20   A   Yeah.  I don't have them with me though.
21   Q   Okay.  On what other dates did you make a
22 grievance to the Fulton County Jail regarding
23 denial of medical treatment?
24   A   I can't say at this time, because I -- I

Page 76

1  don't have them documents in front of me.
2    Q   Okay.  When you did your Rule 26 Initial
3  Disclosures, you did not disclose any grievances
4  that were in your possession, correct?
5    A   I don't remember.
6    Q   Okay.  You did not disclose any documents
7  at all when you filed your Rule 26 Disclosures,
8  correct?
9    A   I honestly don't remember.
10   Q   Okay.  And have you disclosed any
11 documents to the defendant in this case?
12   A   I don't remember.
13   Q   Okay.  You did receive documents from us,
14 correct?
15   A   Yeah.
16   Q   Okay.  Big stack?
17   A   Yeah.
18   Q   Okay.  And included within those
19 documents would have been your history of
20 grievances, correct?
21   A   I think I -- I think I sent some
22 documents back.  As a matter of fact, I had to
23 fill out a bunch of stuff to send back to you
24 guys.

Richard Wooddell
10/28/2015

Page 77

1    Q    Those would have been your answers to
2  discovery.  But actual documents outside of your
3  handwritten discovery request, do you recall
4  sending any documents?
5    A    I don't remember.
6    Q    Okay.  But you do recall receiving your
7  grievance history with the Fulton County Jail
8  from defendant, correct?
9    A    Yes.
10   Q    Okay.  And in reviewing it, did you view
11 any other grievances or appeals regarding a
12 denial of medical treatment?
13   A    I don't remember.
14   Q    Okay.  Would you be surprised if you had
15 never filed a medical -- sorry, a grievance for
16 denial of medical care prior to your November
17 20th, 2014, grievance?
18   A    Would I be surprised if I never filed a
19 grievance?
20   Q    I'll rephrase that.  Can we agree that
21 prior to your November 20th, 2014, grievance
22 regarding denial of medical care, you had not
23 filed a grievance for denial of medical care?
24   A    No.  I had filed grievances.

Page 78

1    Q    For denial of medical care?
2    A    Uh-huh.
3    Q    At the Fulton County Jail?
4    A    Yeah.
5    Q    On what dates did you submit a grievance
6  for denial of medical care?
7    A    Between June -- between June and August
8  26th.  Sometimes those things kind of
9  mysteriously disappear in that jail.
10   Q    Do you have copies of those grievances?
11   A    I don't know.  I may have.
12   Q    Well, I would ask that pursuant to the
13 Rules of Civil Procedure that you disclose those
14 immediately and supplement your previous
15 discovery responses.
16   A    Okay.
17   Q    What was the outcome of that grievance
18 that you made between June and August regarding
19 denial of medical care?
20   A    I believe I never got a response.
21   Q    Who did you submit that grievance to?
22   A    Lieutenant Lafary.
23   Q    You handed it to him personally?
24   A    No.  We had to give it to the officers --

Page 79

1    Q    Do you know which CO?
2    A    -- put it in the mail.  Yeah.  I believe
3  it was Kathleen Rauen, R-a-u-e-n.
4    Q    Do you recall whether or not that
5  grievance was made in June?
6    A    I don't believe it was made in June.  I
7  believe it was made in August.
8    Q    And between November 2014 and December
9  2014 did you make any other grievance regarding
10 denial of medical care other than that November
11 20th grievance?
12   A    I believe I made two or three of them.  I
13 wasn't getting responses to grievances.
14 Grievances were disappearing.  I was getting late
15 responses to grievances when they had a timetable
16 to answer it in.
17   Q    Is your testimony that you made two or
18 three other grievances claiming a denial of
19 medical care between November 14th and December
20 2014?
21   A    Yeah.
22   Q    Okay.  And what was the nature of those
23 grievances?
24   A    Not being seen by a doctor and not

Page 80

1  being -- not given any medical treatment for my
2  anxiety and my depression which eventually led me
3  to try to commit suicide.
4    Q    Okay.  Anything else contained within
5  those grievances?
6    A    Also grievances about being -- I've filed
7  more grievances about being bullied and wanted
8  out of the cellblock.
9    Q    How about medical treatment?
10   A    Nope.
11   Q    Okay.  And who did you submit those two
12 to three other grievances to?
13   A    Let me see.  I'm pretty sure I gave one
14 to -- oh, what's his name?  I can't recall the
15 names now.  I can't remember all of the names of
16 these people at the moment.
17   Q    And what was the outcome of the first
18 grievance that you did between November and
19 December of 2014?
20   A    Do we have that grievance?
21   Q    No.  It doesn't exist.
22   A    Okay.  Well, then there wasn't no outcome
23 then --
24   Q    And what was the outcome --

Richard Wooddell
10/28/2015

Page 81

1    A   -- because I never got an answer.
2    Q   -- of the second grievance that you did
3 between November of 2014 and December of 2014?
4    A   I never got an answer.
5    Q   And the third grievance that you made
6 between November and December of 2014 regarding
7 denial of medical care, what was the outcome?
8    A   I got an outcome of one of the
9 grievances, but I can't say for sure what it was.
10 It should be in here somewhere, shouldn't it?
11    Q   In your opinion if you made a grievance,
12 it would be within the documents that the
13 defendants had provided to you?
14    A   Not all of my grievances.
15    Q   What would have happened to the other
16 grievances?
17    A   They threw them away.
18    Q   Okay.  Did you ever see anybody throw
19 away your grievances?
20    A   No.  But I never seen them again and
21 never got a response from them, so something had
22 to be done with them.
23    Q   Fair to say you don't know what happened
24 to your grievance?

Page 82

1    A   Yeah.
2    Q   And the two or three other grievances
3 that you filed between November and December of
4 2014, were those before or after your November
5 20th grievance?
6    A   I'm not sure.  I have no documents in
7 front of me.  They wouldn't let me bring my
8 paperwork up here with me.  I even got a piece of
9 paper in my pocket that says it.
10    Q   Mr. Wooddell, if you have documents that
11 you have not provided to the defendant, you're in
12 violation of the discovery rules.  You have to
13 provide those to us when you have them and not
14 just keep them in your cell.
15    A   I'm pretty sure I've provided all of the
16 documents though.
17    Q   Okay.  So is your testimony today that if
18 you -- of the documents provided between the
19 parties in discovery as of October 28th, 2014, if
20 a grievance does not exist within that
21 document -- those documents between November 2014
22 and December of 2014, it doesn't exist?
23    A   Well, you know, there's a lot of times I
24 tried to get my grievances copied but they

Page 83

1 wouldn't copy my grievances for me.
2    Q   Who wouldn't copy your grievances for
3 you?
4    A   The officers wouldn't copy them for me.
5    Q   Okay.
6    A   And so as a result, I turn in a grievance
7 and then the grievance just disappears and I have
8 no copy of it.  I have no proof that I submitted
9 the grievance.
10    Q   So it's your testimony today that you
11 submitted four grievances that have somehow
12 disappeared and were never responded to and have
13 not been provided by either party in discovery
14 today?
15    A   Yep.
16    Q   There's no documentation to support that
17 the grievance was made, correct?
18    A   Correct.
19    Q   There's no documentation to support that
20 the sheriff ever received your grievance,
21 correct?
22    A   Correct.
23    Q   You don't know what happened to those
24 grievances?

Page 84

1    A   Correct.
2    Q   Okay.  You would just be speculating as
3 to what happened with those grievances that you
4 allege existed?
5    A   Speculating the obvious.
6    Q   Okay.  Do you recall an incident on
7 December 22nd, 2014, at approximately 2235 p.m.
8 when you were prior to lockdown found standing in
9 the day room and refusing to go to your cell?
10    A   That's right.
11    Q   Okay.  Sergeant McCormick began speaking
12 to you about why you would not lock down, and
13 during the conversation you pointed to RO (sic)
14 Vurget, V-u-r-g-e-t, and said, "I'm tired of that
15 bitch.  He calls me that every time he comes
16 around."
17    A   Yes.
18    Q   Did you state that?
19    A   Yes, I did.
20    Q   Okay.  And Inmate Johnson and Inmate
21 Tucker were then instructed to move out of their
22 cells to open it up for you, correct?
23    A   They ain't got the full report there.
24 The full report is I wouldn't lock up because I

Page 85

1  wanted moved out of that cellblock because I was
2  tired of being bullied, tired of being ganged up
3  on and beat up on, you know what I'm saying.
4      And CO Vurget, you know what I'm saying,
5  the Officer Vurget every time he comes around he
6  wants to talk to me and call me names.  And so
7  I -- and I said -- what did it say in there?
8      Q   I'm tired of that bitch.  He calls me
9  that every time he comes around.
10     A   Yeah.  And I said that to CO Vurget, I
11  sure did.
12     Q   Okay.  My question was were the other
13  inmates instructed to move out of their cells so
14  that you could be locked down by yourself?
15     A   Yep.
16     Q   Okay.  And then they locked down the
17  cells, correct?
18     A   Yep.
19     Q   Okay.
20     A   And then when they left --
21     Q   I'm sorry.  Let me keep asking questions.
22  I'm sure we'll get to whatever you're about to
23  say.
24      And that occurred at approximately 2235

Page 86

1  p.m., correct?
2      A   Uh-huh.
3      Q   At approximately 2355 you attempted to
4  hang yourself, correct?
5      A   Yep.
6      Q   And you were found by Officer Kelley who
7  observed you attempting to hang yourself with a
8  rope; is that correct?
9      A   Yep.
10     Q   Okay.  They opened the cell, unrolled the
11  cell door.  And upon arrival -- and upon getting
12  to you, you had already stepped down from the
13  toilet, correct?
14     A   No.  He had to cut the rope.  That's not
15  correct.
16     Q   So it's your testimony that when officers
17  found you, you were hanging from your neck and
18  they had to cut the rope?
19     A   Yep.
20     Q   Okay.  Despite the fact that the report
21  by Trevor Kelley indicates that you had already
22  stepped down from the toilet but had kept the
23  make-shift rope around your neck, you dispute
24  that story?

Page 87

1      A   Yes, I do.
2      Q   It's your testimony that Jail Officer
3  Trevor Kelley lied in his report?
4      A   Yeah.
5      Q   And then as a result of that incident in
6  the late hours of December 22, 2014, you were
7  placed in a suicide gown and then placed on
8  suicide watch, which we previously discussed,
9  correct?
10     A   Yes.
11     Q   Okay.
12     A   Now, can I say something --
13     Q   Sure.
14     A   -- that's been left out?  See, what was
15  left out is after they made them two guys move
16  out of their cell and made me move into their
17  cell, I was getting threats from all of the guys
18  in the cellblock.  All of the guys in the
19  cellblock how they're going to beat my ass when I
20  come up -- when we get let out the next day.  And
21  so -- and the officers was hearing this, wasn't
22  saying nothing about it.
23     Q   Okay.  And as a result of the taunting
24  from the other inmates, you attempted to commit

Page 88

1  suicide?
2      A   Yep.  That and from me being depressed
3  and my anxiety and not having my medication.
4  And, you know, I was -- I was having voices, you
5  know, telling me to hurt myself.
6      Q   Okay.  In addition to your depression and
7  anxiety and feelings of being taunted by the
8  other inmates, your testimony today is that you
9  also were hearing voices?
10     A   Yes.
11     Q   Okay.
12     A   It's in my medical records here.
13     Q   How long had you been hearing voices?
14     A   I've been hearing voices since 1997.
15     Q   How often were you hearing voices while
16  you were an inmate in the Fulton County Jail
17  between June 2014 and December 2014?
18     A   Every now and then.
19     Q   And what were the voices telling you?
20     A   They were telling me to kill myself.
21     Q   Can we agree that nowhere in the
22  documents that we have previously discussed
23  today, Exhibits 1 through 20, is there a notation
24  that you were hearing voices?

Richard Wooddell
10/28/2015

Page 89

1    A   They never documented it, but I told
2  them.
3    Q   So we can agree that nowhere in those
4  records was it noted that you reported that you
5  were hearing voices?
6    A   No.
7    Q   Okay.  I'm handing you what has been
8  marked as Exhibit 21.  On August 19, 2014, the
9  Fulton County Jail received a fax from Graham
10  Medical Group stating no records of onion allergy
11  found in chart signed by Kim, correct?
12    A   That's a load of bull, because every time
13  I go to the hospital, they ask me what I'm
14  allergic to and I always tell them.  And on top
15  of that, Fulton County Jail --
16    Q   The question is whether or not the Fulton
17  County Jail received a fax on that date which
18  indicated that no record of onion allergy found?
19    A   Yes.
20    Q   Okay.  Thank you.
21    A   But in past medical records they have me
22  on a no onion diet, that I have allergies to
23  onions from the Fulton County Jail.
24    Q   Okay.

Page 90

1    A   So I'll prove that too.
2    Q   Sure.
3    A   The only thing I got to prove here is
4  that they denied me medical attention for my
5  mental disabilities.
6    Q   Mr. Wooddell, I'm actually not interested
7  in any of the things you have to say unless it's
8  in response to my questions.
9    A   And in turn -- and in turn -- and in turn
10  it caused me to hang myself.
11    Q   I'm handing you what's been marked as
12  Exhibit 22.
13    A   You all ain't got no case.
14    Q   I'm handing you what's been marked as
15  Exhibit 22.  Can we agree that this is a document
16  where it states inmate name, Richard Wooddell,
17  correct?
18    A   Yeah.
19    Q   And it says 72-hour sleep log, correct?
20    A   Yep.
21    Q   And it indicates that it was a log
22  between July 16, 2014, and July 17, 2014?
23    A   Yep.
24    Q   And in it there are notations regarding

Page 91

1  whether or not you were asleep or awake, correct?
2    A   Yep.
3    Q   So between July 16th and July 17th, your
4  sleep was being logged, correct?
5    A   So they say.
6    Q   You would have no reason to know that
7  they weren't logging your sleep because COs are
8  not in the cells in the cellblocks, correct?
9    A   Say that again.
10    Q   You would have no reason to know whether
11  or not they were actually logging your sleep
12  because they're not in the cells, correct?
13    A   They don't do walkarounds like they
14  should.
15    Q   But you are under surveillance 24 hours a
16  day as we previously agreed, correct?
17    A   Not 24 hours a day, no.  There will be
18  hours that they don't walk around.  And from the
19  outside of the cellblock, whatever, you know,
20  they can't -- they can't look in and see if my
21  eyes -- see that well to see if my eyes are
22  opened or closed.
23    Q   So you dispute what they can and cannot
24  see from their point in the -- in the control

Page 92

1  room?
2    A   Yeah.
3    Q   Okay.  Have you ever been inside the
4  control room?
5    A   The control room is approximately -- the
6  cellblock is approximately 40 feet long.
7    Q   Have you ever been inside the control
8  room?
9    A   No.
10    Q   Okay.  I'm showing you -- handing you
11  what's been marked as Exhibit 23.
12    A   Have you ever been inside the control
13  room?
14    Q   It's not my deposition, sir.
15        On July 1st, 2014, the Fulton County
16  Sheriff's Office sent a request for medical
17  records to a destination telephone number
18  13033072227 at 8:33, correct?
19    A   So what is this?
20    Q   I'm showing you what's been marked as
21  Exhibit 23.  It appears to be a fax cover sheet
22  with the return receipt.  Do you dispute that?
23    A   Receipt from what?
24    Q   A fax.

Page 93

1     A     A fax from who?
2     Q     Look at the document, sir.  I'm asking
3  you a question about what it is.
4     A     I'm looking at the document, ma'am.
5     Q     Okay.  You don't understand what the
6  document is, fair?
7     A     Okay.  I don't understand, ma'am.
8     Q     So it's your testimony today that you do
9  not know what Exhibit 23 is?
10    A     No.
11    Q     Okay.  I'm showing you what has been
12  marked as Exhibit 24.
13    A     I'm just telling you you're wasting your
14  time.
15    Q     Sir, I don't care.
16    A     I don't care either.  I could do this all
17  day.
18    Q     On August 15th to August 18 --
19    A     I'm not answering no more of your
20  questions.  You're a smart ass.  I ain't got
21  nothing to say to you.
22    Q     This is a discovery deposition, sir.
23    A     I know what it is.
24    Q     I have asked you and provided you with

Page 94

1  notice of your discovery deposition.
2     A     You keep disrespecting me with your tone
3  of voice.
4     Q     I'm asking you questions.
5     A     And I don't like it.
6     Q     I'm asking you questions.
7     A     I know what you're asking me.
8     Q     And you have to answer them.
9     A     I ain't got to answer shit.  What are you
10  going to do?  Throw me in jail?
11    Q     I will contact the judge if you are not
12  going to cooperate with your discovery
13  deposition.
14    A     Uh-huh.
15    Q     I only have a few more questions, so
16  let's just finish this.  Okay?
17    A     Let's do it.
18    Q     Okay.
19    A     Quit being a smart ass and let's do it.
20    Q     I'm just asking you questions.  You're
21  being very difficult.
22    A     You are being snotty is what you are
23  being.  You're not letting me say what I need to
24  say.  You're fitting in your little comments to

Page 95

1  help your case, whatever.
2     Q     Mr. Wooddell, when you want to ask people
3  questions and testify, you can get on the stand
4  and testify or you can schedule someone's
5  discovery deposition.  Until that time, this is a
6  period where I ask you questions and you answer.
7  That is it.  So please answer the questions.
8           I'm showing you what has been marked as
9  Exhibit 24.  Do you recognize that document?
10    A     No.
11    Q     Can we agree that it is a 72-hour
12  activity log dated August 15 to August 18th?
13    A     I don't know what it is.
14    Q     Okay.
15    A     I don't understand.
16    Q     Mr. Wooddell, can we agree that under
17  medications it says 72-hour activity log?
18    A     It looks like it says 72-degree activity
19  log.
20    Q     That's fair.  And under effective dates
21  it states 8/15, discontinue 8/18, correct?
22    A     Sure.
23    Q     And at the bottom of the page it says
24  your name, your date of birth, correct?

Page 96

1     A     And it also says allergies, onions too.
2  Imagine that.
3     Q     My question was at the bottom of the page
4  it says your name and date of birth, correct?
5     A     Yeah, yeah.
6     Q     Okay.  I'm showing you what's been marked
7  as Exhibit 25.  Your name is at the bottom of
8  this document, correct?
9     A     Yes, ma'am.
10    Q     And that is your date of birth?
11    A     Yes.
12    Q     And would this appear to document your
13  soft diet that you were prescribed until you saw
14  a dentist on 7/1?
15    A     Yes.
16    Q     Can we agree that it also indicates for
17  7/15 through 7/18 a 72-hour sleep log, see log
18  sheet?
19    A     Yes.
20    Q     Okay.  Can we also agree that July 21st
21  to the 24th you were prescribed Ibuprofen, 800
22  milligrams?
23    A     Yes.
24    Q     Okay.  I'm handing you what's been marked

Richard Wooddell
10/28/2015

Page 97

1  as Exhibit 26.  Can we agree that that is a
2  Protocol Medication Verification Form dated
3  7/21/14?
4      A   Yes.
5      Q   And that you were prescribed Ibuprofen
6  for three days, 800 milligrams, correct?
7      A   Yes.
8      Q   And that the physician signed off at the
9  bottom of the document, correct?
10     A   Yeah.
11     Q   Okay.  It also documents that you were
12  seen by a dentist, and the dentist made a
13  prescribed medication as well, correct?
14     A   The only person that -- no.  I disagree
15  because the only person that made a documented --
16  the only person that prescribed me medication was
17  the dentist.  This doctor didn't prescribe me
18  shit.  The dentist prescribed me the Ibuprofen
19  for pulling my tooth out.  Dr. Butler didn't have
20  nothing to do with that.
21     Q   Okay.  Can we agree that this document
22  indicates that on July 21st, 2014, your dentist
23  filled a prescription -- asked for a prescription
24  for Ibuprofen, 200 milligrams to take three

Page 98

1  tablets every six hours?
2      A   Yes.
3      Q   Correct?
4      A   Uh-huh.
5      Q   And that Protocol Medication Verification
6  Form signed by Dr. Butler indicates that you were
7  actually provided Ibuprofen, 800 milligrams,
8  three times a day?
9      A   Uh-huh.
10     Q   Or for three days, correct?
11     A   Yeah.
12     Q   Okay.  I'm handing you what's been marked
13  as Exhibit 27.  Can you agree that this is a June
14  27th, 2014, lab study documenting a test of a
15  urine dipstick and the results of that test for
16  you?
17     A   That's what the document says, I guess.
18     Q   Okay.  Do you dispute that you had that
19  test performed on June 27th, 2014?
20     A   No.
21     Q   Okay.  I'm handing you what's been marked
22  as Exhibit 28.  It's two pages.  Can we agree
23  that this document states at the top 72-hour
24  activity log?

Page 99

1      A   Yeah.  It's a bullshit log, yeah.
2      Q   Can we agree that that's what it says?
3      A   Yeah.
4      Q   And then it purports to document your
5  activity from November 13th, 2014, to November
6  15th, 2014?
7      A   Yes.
8      Q   And can we agree that on December 22nd in
9  the late hours of that day, you attempted to hang
10  yourself in your cell?
11     A   On December 22nd?
12     Q   Yes.
13     A   Yes.
14     Q   Okay.  While you were being treated by
15  the medical providers at Fulton County Jail, was
16  Sheriff Standard ever present?
17     A   Nope.
18     Q   During the course of your stay between
19  June 2014 and December 2014, did you ever have
20  personal contact with Sheriff Standard?
21     A   Yes.
22     Q   Under what circumstances and when?
23     A   Him walking around doing his walkarounds.
24  I can't say what date for sure.

Page 100

1      Q   Okay.  And during -- when you observed
2  Sheriff Standard doing his walkarounds, did you
3  ever approach him and discuss your medical
4  conditions?
5      A   I sure did.
6      Q   On how many occasions?
7      A   Once I think.
8      Q   And what did you say to him?
9      A   I asked him if I could get a -- if I
10  can -- if I can go to an outside doctor because I
11  got a medical card and it won't cost the jail
12  anything if I can go see my doctor.  Because his
13  doctor -- their doctor isn't doing anything for
14  me.  I'm not receiving any medical treatment.
15     Q   Okay.  So it's your testimony that on
16  that unknown date you told Sheriff Standard that
17  you wanted to go to an outside doctor because you
18  believed that you weren't being -- receiving
19  medical treatment from the jail doctor?
20     A   Yep.
21     Q   Okay.  What did Sheriff Standard say in
22  response to that statement by you?
23     A   He refused to say -- he said that that's
24  not an option, that the doctor -- that the doctor

Richard Wooddell
10/28/2015

---

Page 101

1   at the jail was sufficient enough.
2       Q   Did he direct you to make a Sick Call
3   Request Form?
4       A   I don't recall.
5       Q   Was anything else said during that
6   discussion with Sheriff Standard?
7       A   Yeah.  I believe I -- I believe I told
8   him that I wasn't receiving medical treatment,
9   that getting my blood pressure taken and my
10  weight taken was not medical treatment and
11  denying me medical treatment is against the law.
12      Q   Okay.  I believe you just stated that.
13  You told him you weren't receiving the medical
14  treatment from the medical provider that you
15  believed was necessary?
16      A   Uh-huh.
17      Q   Did you inform him of anything else
18  during that conversation?
19      A   Yeah.  I informed him it was against the
20  law to refuse me medical treatment.
21      Q   Did you inform him of anything else?
22      A   I informed him that I would probably be
23  contacting a lawyer.
24      Q   So you told him that you would be filing

---

Page 102

1   a lawsuit.
2       A   I didn't tell him, no, that I would be
3   filing a lawsuit.
4       Q   Okay.  You just told him that you would
5   seek legal advice?
6       A   Yep.
7       Q   And what did Sheriff Standard say?
8       A   He said that's your option.
9       Q   Was this before or after you filed your
10  November 20th, 2014, grievance?
11      A   I don't remember.  Probably after
12  because, you know, you've got -- you've got to go
13  through the motions of filing a grievance before
14  you can file a lawsuit.  You've got to exhaust
15  all of your -- all of your administrative
16  remedies.
17      Q   So it's your testimony today that you
18  filed your November 20th, 2014, grievance to the
19  sheriff which was subsequently denied after an
20  appeal, and then you saw Sheriff Standard during
21  walk-throughs and again reiterated your grievance
22  to him?
23      A   Yeah.  I believe so, yeah.
24      Q   Okay.  And his response was that --

---

Page 103

1   essentially what he said in his denial was that
2   he was going to defer to the medical providers
3   within the jail?
4       A   He was very arrogant about it.  Let me
5   kind of choose my words wisely here.  Let me
6   think about this.  He said something to the
7   effect this is my jail and I do what I want, and
8   you can do what you want.  It ain't going to do
9   you no good.
10      Q   Okay.
11      A   Are you not going to document that?
12      Q   After you made your Sick Call Request
13  Form, can we agree that you did see a medical
14  provider within the Fulton County Jail?
15      A   So you're not going to document that,
16  right?  Because it would be detrimental to your
17  case.
18      Q   There's a court reporter taking down
19  everything.
20      A   Oh, okay.
21      Q   Can we agree that after you filled out
22  your Sick Call Request Forms you saw a medical
23  provider within the Fulton County Jail?
24      A   There was a -- you know, there was a long

---

Page 104

1   period of time where I kept turning in sick call
2   request slips and I wasn't getting seen.
3       Q   Okay.  Can you identify a Sick Call
4   Request Form that you submitted that did not
5   result in a visit with the medical provider?
6       A   If they took them and threw them away,
7   then, no, I can't.
8       Q   Okay.  So, no, you cannot identify a Sick
9   Call Request Form that was submitted and then was
10  not followed up with a visit with a provider?
11      A   No.  That's how they hide and cover
12  things up.
13      Q   Okay.
14      A   Not everybody with a badge is honest.
15      Q   Sheriff Standard, can we agree, was never
16  present when the medical providers were
17  evaluating you and coming up with your treatment
18  plans?
19      A   No.
20      Q   Yes, he was never present?
21      A   No.  He was never present.
22      Q   And Sheriff Standard wasn't involved with
23  coming up with your treatment plans with the
24  medical providers, correct?

---

Richard Wooddell
10/28/2015

Page 105

1      A   Can you repeat that one more time?
2      Q   Sheriff Standard wasn't involved with the
3  treatment plans or the creation of the treatment
4  plans with medical providers, correct?
5      A   No, I guess not.
6      Q   Okay.
7      A   But he could have redirected me to an
8  outside source to another doctor.
9      Q   Okay.  Is it fair to say that the extent
10 of your grievance with Sheriff Standard is that
11 in response to your grievance he denied your
12 appeal to see an outside doctor to provide you
13 with medical treatment?
14     A   Yeah.
15     Q   Okay.
16     A   I was denied medical treatment all of the
17 way around.  The only time -- the only time I got
18 my medical treatment -- the only time they
19 decided to finally give me my medical treatment
20 for my mental health disabilities is when I hung
21 myself, and it shouldn't have got to that point.
22 That's why he's being held responsible, and
23 that's how I'm going to win my case.
24     Q   Okay.

Page 106

1      A   Plain and simple, slam dunk.
2      Q   Okay.
3      A   It's negligence.
4      Q   Can you repeat what my last question was?
5      A   You've got five other people --
6      Q   She can't look it up if you're talking,
7  so give her a second.
8      A   Yeah.
9          (Record read as follows:  "Question:
10 Is it fair to say that the extent of your
11 grievance with Sheriff Standard is that in
12 response to your grievance he denied your appeal
13 to see an outside doctor to provide you with
14 medical treatment?")
15         THE WITNESS:  Yes.
16 BY MS. CULLOM:
17     Q   And I want to go through your Rule 26
18 Disclosures.  You provided them to me twice
19 because there was a delay, I believe.
20     A   I sent one -- because he had two
21 different lawyers.
22     Q   Yes.  The lawyers did change during the
23 course of this lawsuit, so I appreciate you
24 sending both of them -- both of those to me.  I'm

Page 107

1  going to go over them in a second.
2          Okay.  So you have identified federal
3  inmate Joseph Jackson as a potential witness in
4  this case.  What information does he have
5  regarding the denial of medical treatment?
6      A   It should say in there, shouldn't it?
7      Q   You have filled out a Rule 26 Disclosure,
8  which is a very short paragraph, and I want to
9  know -- I'm asking you, not the document, what
10 does Joseph Jackson -- what knowledge does he
11 have that he would testify to at a trial?
12     A   Can I see the document?
13     Q   Sure.
14     A   Yeah.  Joseph Jackson can testify that on
15 November 11th, 2014, Katherine Rauen was passing
16 by H block cellblock, the cellblock we were in,
17 with the man nurse.  And I attempted to give them
18 a sick call slip for medical attention, and they
19 refused to take my sick call slip denying -- thus
20 denying me medical attention.
21     Q   Okay.  Does he have anything else to
22 testify to?
23     A   Yes, he does.  He can also testify to the
24 grievance that I filed on November 20th, 2014,

Page 108

1  titled denial of medical treatment.  He can also
2  testify to the fact that between November 6th,
3  2014, and December 21st, 2014, that despite
4  many -- many nurse sick call slips I turned in
5  that I never received any kind of medication for
6  my depression, anxiety, insomnia, or arthritis.
7  Because the officers pass out medication two
8  times a day, and I never received any medication
9  at any time while I was in H block from November
10 6th, 2014, to December 21st, 2014.
11     Q   Okay.  So I understand you're just
12 reading it from there.  But I'm asking you if
13 there's any other information that you believe he
14 would testify to if he were called as a witness
15 in trial?
16     A   It's all written down in the report
17 there.
18     Q   Nothing else?
19     A   No.
20     Q   Okay.  And he was a federal inmate in the
21 Fulton County Jail?
22     A   Yes.
23     Q   Okay.  And during what dates was he an
24 inmate there?

Richard Wooddell
10/28/2015

Page 109

1    A   He had been -- he had been there for
2    approximately two years.
3    Q   Okay.  And was he still present when you
4    left the Fulton County Jail?
5    A   Let's see.  I'm not sure if he left right
6    before I did or if I left right before he did.
7    Q   Okay.
8    A   I think -- he was present about -- I'm
9    pretty sure -- about up until the time I left.
10   Q   Okay.  And you indicate that he would be
11   able to testify that on November 11th, 2014, you
12   attempted to give a Sick Call Request Form and it
13   was -- and Officer Rauen refused to take it?
14   A   Yep.
15   Q   Okay.  I'm going to direct you to Exhibit
16   13.  Is that a Sick Call Request Form documenting
17   that you filled it out on November 11th, 2014?
18   A   Yeah.
19   Q   So was this the same Sick Call Request
20   Form that was initially refused by Officer Rauen?
21   A   Yes, it is.
22   Q   Okay.  So, ultimately, she did take it,
23   and it was provided to the nurse?
24   A   She didn't take it.  I had to turn it --

Page 110

1    I had to turn it in the next day to somebody
2    else.
3    Q   Okay.  And as a result of your November
4    11th, 2014, Sick Call Request Form, you were seen
5    on November 13th?  I would direct you to Exhibit
6    14.
7    A   Apparently.
8    Q   Okay.  You also state that Joseph Jackson
9    can testify to the grievance that you filled out
10   on November 20th.  To what extent would he
11   testify to the grievance that you filled out?  He
12   observed you fill it out?
13   A   Yeah.  He observed me fill it out, and he
14   observed what I wrote.  I let him read the
15   grievance.  He observed everything I wrote down
16   in the grievance.
17   Q   He observed you provide it to the
18   officer?
19   A   Yes.
20   Q   Okay.  Is there anything else that he
21   would be able to testify to regarding the
22   grievance?
23   A   I know he can -- he can testify to the --
24   some of these grievances that I wrote that I

Page 111

1    didn't get them back in a timely manner and that
2    nothing was done.  I still never received any
3    type of medical attention or anything from my
4    grievances.
5    Q   So in addition to the things that you
6    have identified as what Joseph Jackson can
7    testify to, he can also testify to the grievances
8    that are somehow missing from the discovery?
9    A   Uh-huh.
10   Q   Okay.  Was he present in cellblock H when
11   you attempted to hang yourself?
12   A   Yes.
13   Q   Okay.  And in here it says that he -- you
14   attempted to hang yourself on December 21st, 2014,
15   but that's not correct, correct?
16   A   It says December 21st, but that's
17   December 22nd.  I think it was the night -- I
18   think it might have been the night of December
19   21st and it was almost December 22nd.  I think
20   they actually got it wrong.
21   Q   Well, you believe that all of the reports
22   documenting your hanging are incorrect in that
23   they document that the incident with the inmates
24   and your refusing to go into your cell followed

Page 112

1    by your hanging occurred on a completely
2    different day?
3    A   It may be a day off or something or a few
4    hours off, because it happened late at night when
5    I hung myself.
6    Q   Okay.
7    A   And if Trevor was on duty -- if Trevor,
8    whatever his last name is, the officer that was
9    on duty, he comes on duty at 11 o'clock.  So if
10   he had to come and cut me down, it had to be
11   sometime after 11.
12   Q   Okay.  I don't feel like you understand
13   what Rule 26 Disclosures are.  You are limited to
14   what is in here.  Therefore, if you believe that
15   Joseph Jackson will testify to the fact that you
16   tried to hang yourself on December 21st, 2014,
17   then I need you to tell me that.  Do you believe
18   that he will testify to that fact?
19   A   Yeah.
20   Q   And as a result, you believe that you
21   attempted to hang yourself on December 21st,
22   2014?
23   A   Yes.
24   Q   Do you believe then that the reports of

Richard Wooddell
10/28/2015

Page 113

1 your hanging to be identified in discovery as
2 Sheriff 233 through 238 are incorrect in that
3 they identify that you attempted to your hang
4 yourself on December 22nd, 2014, at 2235, sorry,
5 2355?
6     **A   See, I can't be precise because we don't**
7 **have a watch in the cellblock.  All I know is it**
8 **happened on third shift, which happens -- which**
9 **starts at 11 o'clock and after midnight makes the**
10 **next day.  So whether they decided to write the**
11 **report up after 12 o'clock making it the 22nd --**
12     Q   I'm showing you what has been provided in
13 discovery as Sheriff 233 through 238.
14     **A   All I know is it happened.  It either**
15 **happened late night on the 21st or early morning**
16 **of the 22nd.**
17     Q   Okay. I'm showing you what has been
18 marked as those documents where it says report of
19 extraordinary or unusual occurrence, correct?
20     **A   Uh-huh.**
21     Q   And can we agree that this is documenting
22 your attempted suicide, correct?
23     **A   Uh-huh.**
24     Q   And that under date of occurrence it

Page 114

1 states 12/22/14, correct?
2     **A   Uh-huh.**
3     Q   And it states time of occurrence, 2355
4 p.m., correct?
5     **A   Okay.  1300 hours is one o'clock.**
6     Q   This happened about 11:55?
7     **A   Okay.  So that would have been on the**
8 **21st. So he's wrong.**
9     Q   No.  This would be 11:55 p.m. on the
10 22nd, according to this document.  Do you dispute
11 what this document is saying?
12     **A   Yes.  It was 11:55 on the 21st.**
13     Q   Okay.  So it is your testimony today that
14 the report of extraordinary or unusual
15 occurrences is incorrect?
16     **A   Yes.**
17     Q   And that Trevor Kelley when filling out
18 this report was lying?
19     **A   He got the date wrong.**
20     Q   Okay.  You've also identified Steve Bell
21 as a potential witness in this case.  What
22 information would he be testifying to or that he
23 has knowledge of relating to your denial of
24 medical care claim?

Page 115

1     **A   It's all -- it's all in the report.**
2     Q   Okay.  Is there anything in addition to
3 the five paragraphs in your Rule 26 Disclosures
4 that he will testify to?
5     **A   There's nothing additional, no.**
6     Q   Okay.  You've also identified an inmate
7 Lucious Turntine?
8     **A   Uh-huh.**
9     Q   Other than the paragraphs you identify
10 him as being able to testify to, is there
11 anything additional?
12     **A   No.**
13     Q   You identify an inmate, John Gossnell?
14     **A   Yes.**
15     Q   And you haven't numbered these
16 paragraphs, and they are in the first person so
17 I'm going to go through this with you.  It's your
18 testimony today that John Gossnell has knowledge
19 and will testify to the fact that you submitted
20 sick call slips between June 6th and June --
21 sorry, June 6th, 2014, and August 25th, 2014,
22 correct?
23     **A   Uh-huh.**
24     Q   And that some of the dates you were seen

Page 116

1 and not treated by the doctor or nurse, correct?
2     **A   Yes.**
3     Q   You believe -- was John Gossnell with you
4 when you were being examined by the doctor or
5 nurse?
6     **A   Was he -- I wasn't being -- if I wasn't**
7 **being seen, then how can he be with me if I was**
8 **examined if I wasn't examined?**
9     Q   Your allegation today, and please correct
10 me if I'm wrong, is that you were not provided
11 with treatment, not that you were not provided
12 with visits to the medical provider?
13     **A   Yeah.  I wasn't provided with treatment.**
14     Q   Okay.  Was John Gossnell present while
15 you were being evaluated and ostensibly treated,
16 although not to your standards, by the nurse or
17 doctor?
18     **A   I wasn't being seen.  It's got right**
19 **there them dates that I wasn't being seen.  He is**
20 **a witness to me turning in requests to be seen by**
21 **the nurse and being denied being seen.**
22     Q   Okay.  So he believes that -- he will be
23 able to testify to the fact that you were not
24 seen and not treated by the doctor or nurse on

Richard Wooddell
10/28/2015

Page 117

1  June 11th, 2014; July 1st, 2014; and July 3,
2  2014?
3      A   Yes.
4      Q   Are there any other witnesses that you
5  anticipate calling at trial?
6      A   Probably not.
7      Q   Okay.  Since your time in the Fulton
8  County Jail, have you spoken with Joseph Jackson?
9      A   No.
10     Q   Have you written him letters or received
11  letters from him?
12     A   No.  Correspondence between incarcerated
13  inmates is prohibited unless you're family.
14     Q   Since being -- since leaving the Fulton
15  County Jail, have you had any interactions with
16  federal inmate Steven Bell?
17     A   No.
18     Q   Okay.  Have you had any interactions with
19  Lucious Turntine?
20     A   No.
21     Q   Have you had any interactions with John
22  Gossnell?
23     A   No.
24     Q   What is your relationship with Joseph

Page 118

1  Jackson?
2      A   He was just another inmate in jail.
3      Q   Do you consider him a friend?
4      A   No.
5      Q   How about Steven Bell?
6      A   I would have to say none of them guys are
7  my friend.
8      Q   None of the inmates you've identified in
9  your Rule 26 Disclosures are your friends?
10     A   No.
11     Q   Okay.
12     A   Just bystanders.
13     Q   Do you know where Joseph W. Jackson is
14  currently held?
15     A   In a federal facility somewhere.
16     Q   Okay.  Do you know where inmate Steven
17  Bell is currently held?
18     A   Last time I knew, he was in the Fulton
19  County Jail.
20     Q   Okay.  Do you know his address?
21     A   No.
22     Q   Okay.  Do you know where inmate Lucious
23  Turntine is currently being held?
24     A   No.

Page 119

1      Q   Do you have his address?
2      A   No.
3      Q   Do you know where John Gossnell is
4  currently being held?
5      A   No.  In the Illinois Department of
6  Corrections somewhere.
7      Q   Okay.  And do you know his address?
8      A   No.  I could find it out.  So when I go
9  to send these subpoenas to people, I could send
10  them all to the Fulton County Jail because them
11  were their last known addresses and they will
12  forward those, correct?
13     Q   You're asking me a question?
14     A   Uh-huh.
15     Q   I don't know.
16     A   They will.  Because I almost kind of get
17  the sense that you're implying that means I don't
18  know where these guys's addresses are, I can't
19  get a hold of them and they ain't going to be
20  able to testify for you.  That's not going to
21  happen.
22     Q   I'm just asking you questions.
23     A   I know.  I know what the questions are
24  about.  I got a brother that's an attorney.

Page 120

1      Q   Okay.  I think I already asked this, but
2  I want to make sure that I did, and it's my final
3  question.
4          Do you have any documents in your
5  possession that you have not previously
6  disclosed?
7      A   Nope.
8          MS. CULLOM:  Okay.  That is it.  You
9  can get a copy of the deposition.  It will be
10  attached to our motion, but we will also send it
11  to you.  You can also -- you also have the option
12  of reviewing the document before it is finalized
13  for typos.  You can't change any of the substance
14  of it.  Most people waive.  It's up to you.
15         THE WITNESS:  I'm just going to sit
16  back and wait for my check.
17         MS. CULLOM:  I think we're done.
18  Thank you.
19                   12:55 p.m.
20         (Further deponent saith not;)
21         signature waived by agreement of counsel.)
22
23
24

Richard Wooddell
10/28/2015

Page 121

STATE OF ILLINOIS    )
                     )    ss.
COUNTY OF PEORIA     )

        I, BECKY J. GANTT, RPR and Illinois CSR
#084-003907, do hereby certify that heretofore,
to-wit, on Wednesday, October 28, 2015,
personally appeared before me at 2600 N. Brinton
Avenue, Dixon, Illinois:

        RICHARD WOODDELL, JR., a party herein.

        I further certify that the said witness
was by me first duly sworn to testify to the
truth, the whole truth and nothing but the truth
in the cause aforesaid; that the testimony then
given by said witness was reported
stenographically by me in the presence of said
witness and afterwards reduced to typewriting,
and the foregoing is a true and correct
transcript of the testimony so given by said
witness as aforesaid.

        I further certify that the signature of
the witness was waived.

        I further certify that I am not counsel
for nor in any way related to any of the parties
to this suit, nor am I in any way interested in
the outcome thereof.

Richard Wooddell
10/28/2015

Page 122

In witness whereof, I have hereunto set

my hand this 11th day of November, 2015.



_____
Becky J. Gantt
Illinois CSR #084-003907

**A**

ability 7:7 27:1,5 27:10,19,22
able 109:11 110:21 115:10 116:23 119:20
absence 14:9
accommodate 8:5
accurate 35:10 43:22 44:14 45:16 51:2,21 54:19 56:8 62:24 69:17 70:9 73:12,24
accurately 72:14 72:15,15
act 24:7
activities 58:21
activity 4:8 54:24 55:16,20 59:12 95:12,17 95:18 98:24 99:5
actual 77:2
add 35:15 37:1 44:4 47:22
added 36:24
addition 62:13 88:6 111:5 115:2
additional 115:5 115:11
address 118:20 119:1,7
addressed 31:16
addresses 119:11,18
administration 4:2,4
administrative 102:15
admission 33:22
admit 5:24 6:6

18:6
admitted 35:4 35:23
adopted 12:4
advanced 67:3 74:12
advice 102:5
affect 26:24 27:5
afford 35:20 36:4
aforesaid 121:12 121:18
ages 12:2
agree 25:11,14 37:24 70:22 77:20 88:21 89:3 90:15 95:11,16 96:16 96:20 97:1,21 98:13,22 99:2 99:8 103:13,21 104:15 113:21
agreed 91:16
agreement 120:21
aint 17:6 53:21 75:1 84:23 90:13 93:20 94:9 103:8 119:19
alcohol 34:24 35:19,21 36:2 36:5
allegation 42:19 116:9
allegations 75:15
allege 84:4
alleged 19:7
allergic 54:11 89:14
allergies 89:22 96:1
allergy 54:15

55:5 89:10,18
allow 71:18
ambiguous 7:13
amitriptyline 56:17 57:5
angry 33:20
answer 5:21 7:7 7:19 10:20,22 10:23 18:5,7 18:14,18 19:4 23:12 24:9,16 24:19 25:23 49:10 62:12 72:5,7,12,15 79:16 81:1,4 94:8,9 95:6,7
answered 5:24
answering 24:20 33:21 72:10 93:19
answers 7:14 72:9 77:1
anticipate 117:5
anxiety 20:1 22:17,19 23:2 24:6 25:2 34:10,19 35:5 35:18 36:1 56:3,17 57:7 58:17 80:2 88:3,7 108:6
anybody 64:7 81:18
apparently 110:7
appeal 67:4 73:21 74:4 102:20 105:12 106:12
appealed 71:12
appeals 77:11
appear 96:12
appearance 53:4
appearances 2:1

appeared 121:6
appears 36:12 46:20 61:7 92:21
applies 17:24
appointment 46:6,8,12,13 47:13,19
appreciate 106:23
approach 100:3
approximately 84:7 85:24 86:3 92:5,6 109:2
april 11:21
argument 39:8
arises 18:9
arrival 86:11
arrive 28:16
arrogant 103:4
arrow 46:17
arthritis 19:14 20:21,22 21:4 21:7 24:5 25:1 38:5 40:6 43:18 44:7 51:15 55:6,13 56:3 58:18 108:6
aside 59:5
asked 26:21 64:18 93:24 97:23 100:9 120:1
asking 19:3,4 24:15 29:3 30:7 34:18,19 58:8 85:21 93:2 94:4,6,7 94:20 107:9 108:12 119:13 119:22
asleep 91:1

ass 62:10,16 87:19 93:20 94:19
assaulted 6:19
assessment 47:3
assist 72:10
associates 9:23
assume 33:7
assumed 7:20
attached 4:10 53:2,7 72:23 75:13 120:10
attaching 75:14
attempt 60:24 63:13 64:1
attempted 86:3 87:24 99:9 107:17 109:12 111:11,14 112:21 113:3 113:22
attempting 86:7
attention 90:4 107:18,20 111:3
attitude 19:2
attorney 119:24
august 14:6 31:24 32:3,4 32:10 34:1 54:9,18 55:3 55:18 78:7,18 79:7 89:8 93:18,18 95:12 95:12 115:21
authorization 2:15,17 41:3 43:2,16 44:9 44:15
avenue 1:17 2:3 121:7
avoided 63:14
awake 91:1
aware 24:3,23

25:7 30:6

**B**

**back** 14:8 19:14
  21:2,5 23:20
  40:7 44:6
  69:14 72:18
  76:22,23 111:1
  120:16
**badge** 104:14
**balance** 69:9
**basically** 9:15,16
**beat** 33:16 85:3
  87:19
**becky** 1:15 121:3
  122:4
**began** 84:11
**beginning** 72:4
**behalf** 2:5 17:16
**belief** 23:24
  24:22 27:17
**believe** 11:21
  12:23 22:9
  31:16 32:5
  36:24 41:8
  46:7,14 57:9
  58:4,6,9,23
  78:20 79:2,6,7
  79:12 101:7,7
  101:12 102:23
  106:19 108:13
  111:21 112:14
  112:17,20,24
  116:3
**believed** 19:18
  19:21,24 20:3
  21:23 100:18
  101:15
**believes** 116:22
**bell** 114:20
  117:16 118:5
  118:17
**benadryl** 52:20
**best** 7:7 68:2
**better** 62:2,10,15

**big** 76:16
**birth** 8:13,15
  95:24 96:4,10
**bit** 38:8 66:14
**bitch** 84:15 85:8
**blatantly** 58:5
**bleeding** 45:11
**block** 32:3,5,5,8
  32:9,11,12,15
  33:1,1,5,8,11
  60:12 61:24
  62:2,9,15
  107:16 108:9
**blood** 19:7,9
  20:11,12,15,16
  20:19 24:4,24
  38:4,8,17
  40:13 41:18,23
  42:8,12,14,15
  42:20 46:16,21
  47:8,17 48:12
  48:23,23 49:1
  49:8,17,20
  50:13,13 51:15
  53:17 69:1
  70:17 101:9
**born** 12:5
**bottom** 35:14
  36:10 45:2,19
  52:24 63:3
  73:3,16 95:23
  96:3,7 97:9
**box** 46:15
**bp** 39:20 46:16
  47:4,12 48:16
  48:18,22
**break** 8:5 59:19
**brief** 14:7 59:21
**bring** 62:10,15
  71:18 82:7
**brinton** 1:16
  121:6
**brother** 119:24
**brought** 17:23

28:13 29:7,24
**bull** 89:12
**bullied** 6:17 80:7
  85:2
**bullshit** 99:1
**bullying** 61:24
**bunch** 76:23
**burglary** 14:17
  14:23 15:2,5,8
  16:1
**butler** 46:17
  50:3,4 69:4
  97:19 98:6
**bystanders**
  118:12

**C**

**c** 1:5,11 5:2
**caffeine** 53:23
**call** 2:12,18,23
  3:2,5,8,13
  12:16 17:10
  29:13 30:14
  31:8 34:9,17
  34:23 35:11
  36:16 37:1,2
  37:18,19 44:21
  45:15,17,21,23
  50:20 51:1,3,8
  51:14,21 52:2
  52:5 54:10,19
  54:20 56:2,7,9
  56:16 61:22
  62:14,24 63:3
  70:18 85:6
  101:2 103:12
  103:22 104:1,3
  104:9 107:18
  107:19 108:4
  109:12,16,19
  110:4 115:20
**called** 1:12 5:22
  108:14
**calling** 117:5
**calls** 84:15 85:8

**camera** 33:17
**cameras** 33:7
**canon** 21:20
**cant** 7:12 16:3,4
  23:10,11 25:14
  27:13 37:4
  40:7 57:2 64:3
  72:14,14 75:24
  80:14,15 81:9
  91:20,20 99:24
  104:7 106:6
  113:6 119:18
  120:13
**canton** 9:10,11
  69:11
**card** 68:4 100:11
**care** 6:12 25:9
  75:7 77:16,22
  77:23 78:1,6
  78:19 79:10,19
  81:7 93:15,16
  114:24
**cars** 10:7
**case** 76:11 90:13
  95:1 103:17
  105:23 107:4
  114:21
**cause** 121:12
**caused** 90:10
**cavities** 46:24
**ccing** 67:2
**ccullom** 2:4
**cell** 30:16 32:1
  64:19,22,24
  65:6,13 82:14
  84:9 86:10,11
  87:16,17 99:10
  111:24
**cellblock** 6:16,20
  32:2,7 80:8
  85:1 87:18,19
  91:19 92:6
  107:16,16
  111:10 113:7

**cellblocks** 91:8
**cells** 65:16,20
  84:22 85:13,17
  91:8,12
**center** 5:13 8:22
  8:23 13:7,8,18
  13:20 20:18,23
  21:14,20 22:3
  22:14,23 41:5
  43:8,9,10,19
  44:12 55:12
**central** 1:2
**certain** 72:23
**certify** 121:4,9
  121:19,21
**cerulo** 2:2
**change** 106:22
  120:13
**charge** 15:2,2,5
  16:10,12,13
  25:16,19 26:11
**charged** 14:13
**charges** 14:15,18
  14:22 69:8
**charles** 8:11
**chart** 89:11
**cheaper** 36:5
**check** 39:20
  40:18 42:5
  46:16 47:17
  120:16
**checked** 41:18
  41:23 42:1
  48:13
**checking** 42:20
  42:21
**chest** 38:5 39:4
**children** 11:22
  11:24
**childs** 12:8
**choose** 103:5
**christina** 2:2,8
**circles** 53:3
**circumstances**

99:22
**city** 21:20
**civil** 1:13 5:12
 78:13
**claim** 6:23 17:23
 18:9 20:21
 21:16 25:4
 26:17 114:24
**claimed** 22:17
 23:5 24:24
**claiming** 79:18
**claims** 68:21
**clarify** 10:19
 57:8
**clear** 59:10
**click** 32:21
**client** 18:3
**clinical** 23:18
**closed** 91:22
**college** 9:24
**colorado** 15:18
 20:18 21:20
 22:13,14,22
**com** 2:4
**come** 14:8 17:16
 18:18 31:8
 32:20,22 43:11
 62:3,17 75:3
 87:20 112:10
**comes** 31:10
 71:23 84:15
 85:5,9 112:9
**coming** 36:7
 75:4 104:17,23
**commencing**
 1:17
**comments** 94:24
**commissary**
 6:18
**commit** 60:4
 80:3 87:24
**community** 9:7
 9:8,14
**compare** 68:2

74:8
**complained**
 52:10 69:4
**complaining**
 56:2 60:9
**complains** 46:17
**complaint** 3:19
 17:8,20 26:18
 38:4 46:15
 47:8 48:5 49:7
 52:20 58:17
 70:2 72:20,22
 73:3,16 75:14
 75:15
**complaints**
 38:13 40:16
 50:21 51:15
 52:24 53:11
 55:20 60:3
 66:5 68:19
**completely**
 112:1
**complicated**
 11:4
**concerns** 71:6
**concurrent**
 16:11
**concussion**
 50:21
**condition** 31:15
**conditions** 19:7
 20:6 24:4,24
 25:8 26:5
 100:4
**confident** 75:11
**consider** 12:4
 118:3
**consistent** 26:8
 39:15
**constitute** 39:9
**construction**
 9:17
**contact** 94:11
 99:20

**contacting**
 101:23
**contained** 80:4
**contents** 56:15
**continue** 56:13
**continued** 55:6
 66:7,10
**contradicted**
 71:24
**contradictory**
 48:19
**control** 32:12,14
 33:2 91:24
 92:4,5,7,12
**conversation** 8:1
 84:13 101:18
**convicted** 15:4,9
 15:14 16:8,21
**cooperate** 24:16
 94:12
**copied** 82:24
**copies** 78:10
**copy** 35:11 40:2
 43:23 44:14
 45:16 51:2,21
 53:21 54:19
 56:8 62:24
 69:17 70:9
 73:12,24 83:1
 83:2,4,8 120:9
**correct** 10:14
 14:4 18:1,12
 19:8,19,22
 20:1,4 23:13
 27:1,6,7 29:16
 30:2 34:2,6,11
 35:6,7,22 36:6
 36:13,16,20
 37:13 38:6,13
 38:15,18,20
 39:15,21,24
 40:13,14,16,21
 40:24 41:8
 44:12,22 45:6

45:13,21 46:3
 46:6,18,21
 47:1,5,9,14,19
 48:7,10,13
 49:8 50:14,23
 51:8,10,18
 52:2,6,21 53:2
 53:7,12,15,17
 53:20,24 54:12
 54:16,24 55:6
 55:9,13,16,21
 56:5,13 57:22
 58:18,22 59:13
 60:3 61:8,12
 62:4,7,18,21
 64:15,22,23
 65:23 66:3,4,8
 66:16,17,19,22
 66:23 67:5,20
 68:10,22 69:2
 69:5,6,11,14
 70:16 71:7,10
 71:13 72:24
 73:7,10,13,17
 73:22 74:1,4,9
 74:13,16 76:4
 76:8,14,20
 77:8 83:17,18
 83:21,22 84:1
 84:22 85:17
 86:1,4,8,13,15
 87:9 89:11
 90:17,19 91:1
 91:4,8,12,16
 92:18 95:21,24
 96:4,8 97:6,9
 97:13 98:3,10
 104:24 105:4
 111:15,15
 113:19,22
 114:1,4 115:22
 116:1,9 119:12
 121:16

**correctional**
 5:13 8:22,23
 13:7,8,18,20
 20:17,23 21:14
 21:19 22:14,23
 32:11 33:12
 41:5 43:8,9,19
 44:12 55:12
 67:3 74:12
**corrections**
 119:6
**correspondence**
 117:12
**cos** 33:1 66:19
 91:7
**cost** 100:11
**couldnt** 36:4
**counsel** 120:21
 121:21
**counties** 16:7,18
 16:20
**county** 9:1 11:12
 13:15,17 14:1
 14:22 15:1
 18:11 19:6
 20:8,13,16
 22:12,13,21,22
 23:1,17 24:1
 24:23 25:7,13
 27:4 28:3,14
 28:19 29:8
 30:1,12 31:24
 34:1,5,17 35:1
 35:4,24 36:7
 44:18,21 49:7
 52:12 57:4,13
 57:14 67:18
 68:15 69:18
 74:8 75:19,22
 77:7 78:3
 88:16 89:9,15
 89:17,23 92:15
 99:15 103:14
 103:23 108:21

109:4 117:8,15
118:19 119:10
121:2
**couple** 20:14
43:4
**course** 99:18
106:23
**court** 1:1 7:8
18:23,23 19:16
52:13 64:8
103:18
**cover** 3:20 92:21
104:11
**covers** 8:3
**creation** 105:3
**credibility** 17:3
**credits** 9:22
**criminal** 17:2,4
**crook** 18:3
**csr** 1:15 121:3
122:4
**cullom** 2:2,8,9
5:6,10,16 50:5
50:8,10 59:19
59:23 106:16
120:8,17
**current** 35:5,24
36:6 67:24
**currently** 8:21
13:3 118:14,17
118:23 119:4
**cut** 60:13 86:14
86:18 112:10
**cv** 1:7

———————
**D**

**d** 2:6
**dark** 53:3
**date** 8:13,15
37:16 51:4,22
89:17 95:24
96:4,10 99:24
100:16 113:24
114:19
**dated** 70:3 73:20

**95**:12 97:2
**dates** 75:21 78:5
95:20 108:23
115:24 116:19
**day** 13:12 29:2
38:11 53:23
84:9 87:20
91:16,17 93:17
98:8 99:9
108:8 110:1
112:2,3 113:10
122:2
**days** 16:10 60:15
60:17,18 66:13
97:6 98:10
**december** 17:20
18:11 20:9
25:6 32:6 60:1
60:5 61:1,11
67:1,16 71:15
73:20 79:8,19
80:19 81:3,6
82:3,22 84:7
87:6 88:17
99:8,11,19
108:3,10
111:14,16,17
111:18,19
112:16,21
113:4
**decide** 57:3
**decided** 105:19
113:10
**decision** 66:15
66:21
**deducted** 69:9
**defendant** 1:9
2:5 76:11 77:8
82:11
**defendants**
81:13
**defer** 103:2
**defibrillator**
12:16

**definitely** 33:10
**degree** 9:23
**delay** 106:19
**deliberate** 17:24
**denial** 68:15
73:7,21 75:18
75:23 77:12,16
77:22,23 78:1
78:6,19 79:10
79:18 81:7
103:1 107:5
108:1 114:23
**denied** 74:3 90:4
102:19 105:11
105:16 106:12
116:21
**dental** 47:4,13
**dentist** 45:6
47:12,18 48:4
48:7 96:14
97:12,12,17,18
97:22
**denver** 22:13,13
22:22,22
**denying** 101:11
107:19,20
**department**
119:5
**deponent** 120:20
**deposition** 1:11
5:7,18 6:2 7:4
7:10,17 18:20
18:24 64:4,5,7
72:4 92:14
93:22 94:1,13
95:5 120:9
**depositions** 1:15
**depressed** 22:7
88:2
**depression**
19:22 21:23
22:1,10,11
24:6 25:2
34:10,19 35:6

**35**:18 36:1
56:2,17 57:7
58:17 80:2
88:6 108:6
**desired** 25:9
**despite** 86:20
108:3
**destination**
92:17
**deteriorating**
44:7
**deterioration**
21:1,5 44:5
**detrimental**
103:16
**diagnose** 21:3
26:4
**diagnosed** 20:12
20:22 21:4,13
21:17,24 22:10
22:18 23:2,7,8
23:13 57:10
**diagnosis** 23:18
26:8 43:18
44:11
**dictate** 63:22
**didnt** 13:18 21:3
21:9 24:14
26:14 37:1
43:11 65:7,16
71:18 97:17,19
102:2 109:24
111:1
**die** 60:16
**diet** 47:13,19
48:10 89:22
96:13
**different** 21:1
41:21 68:6
72:2 106:21
112:2
**difficult** 94:21
**digits** 8:18
**diploma** 10:1

**dipstick** 98:15
**direct** 101:2
109:15 110:5
**disabilities**
43:13 90:5
105:20
**disability** 12:20
12:24
**disagree** 70:23
70:24 71:2
97:14
**disappear** 78:9
**disappeared**
83:12
**disappearing**
79:14
**disappears** 83:7
**disclose** 76:3,6
78:13
**disclosed** 76:10
120:6
**disclosing** 17:11
**disclosure** 107:7
**disclosures** 5:23
6:5 76:3,7
106:18 112:13
115:3 118:9
**discontinue**
95:21
**discovery** 5:7,22
6:1,2 18:21
77:2,3 78:15
82:12,19 83:13
93:22 94:1,12
95:5 111:8
113:1,13
**discuss** 63:24
71:6 100:3
**discussed** 87:8
88:22
**discussion** 50:7
101:6
**dispute** 48:15
65:12 86:23

91:23 92:22
98:18 114:10
**disrespecting**
94:2
**district** 1:1,2
**division** 1:3
**dixon** 1:17 5:13
8:22,23 13:3,6
14:15 22:3
43:10 121:7
**doctor** 21:6,6,19
23:9,14,14
34:11,19 44:5
62:20 67:24
68:6,6,7,20
69:10 70:15,16
74:7,20 79:24
97:17 100:10
100:12,13,13
100:17,19,24
100:24 105:8
105:12 106:13
116:1,4,17,24
**doctors** 24:2,22
25:6 37:7
**document** 21:9
36:10 49:15,19
50:1 70:1 73:2
73:16 82:21
90:15 93:2,4,6
95:9 96:8,12
97:9,21 98:17
98:23 99:4
103:11,15
107:9,12
111:23 114:10
114:11 120:12
**documentation**
64:2 83:16,19
**documented**
38:3,17 47:8
47:12 49:7
50:12 52:19
55:5 58:16

66:6 89:1
97:15
**documenting**
53:9 98:14
109:16 111:22
113:21
**documents**
48:16 50:2
71:19 72:9,16
72:23 75:13
76:1,6,11,13
76:19,22 77:2
77:4 81:12
82:6,10,16,18
82:21 88:22
97:11 113:18
120:4
**doesnt** 23:9 39:8
52:21 75:10
80:21 82:22
**doing** 9:17 42:14
75:5 99:23
100:2,13
**dont** 6:4 10:11
10:18 11:3
12:23 16:4
18:13 19:1
24:9,18 26:12
28:10 30:15
32:15,16,20
36:17 37:5,18
40:20 46:7,14
48:14 49:14
52:15 53:5
57:16 60:22
62:17 64:20
69:24 75:7,20
76:1,5,9,12
77:5,13 78:11
79:6 81:23
83:23 91:13,18
93:5,7,15,16
94:5 95:13,15
101:4 102:11

112:12 113:6
119:15,17
**door** 86:11
**double** 32:21
**dr** 46:17 50:3,4
69:4 97:19
98:6
**drugs** 25:15
**due** 18:2
**duly** 5:3 121:10
**dunk** 106:1
**duty** 112:7,9,9

---

**E**

**e** 2:2,3,6,8 62:9
62:15
**early** 113:15
**easy** 16:7
**education** 9:21
53:22 58:22
59:13
**effect** 103:7
**effective** 95:20
**either** 83:13
93:16 113:14
**electronic** 42:5,8
42:9
**elevated** 47:4
48:18,22 49:8
49:17 50:13
**engaged** 5:22
**escape** 14:13,17
14:23 15:7,20
16:1
**esquire** 2:2
**essentially** 5:20
6:2 7:5 103:1
**evaluated** 39:5
116:15
**evaluating** 58:6
58:10 104:17
**evaluation** 29:4
66:7
**evaluations**
25:18,21 26:2

**eventually** 80:2
**everybody**
104:14
**exact** 13:11
**examination**
1:12 2:9 5:15
39:10
**examined** 5:4
39:5 68:20
69:5 116:4,8,8
**excessive** 66:14
**exercise** 39:20
40:7,9 41:11
41:12,14,16
53:23
**exercises** 41:7
**exhaust** 102:14
**exhibit** 2:12,13
2:15,16,18,19
2:21,22 3:2,3,5
3:6,8,9,11,12
3:14,15,17,18
3:20,21,23 4:2
4:3,5,6,8 34:12
35:14 38:7
39:15 40:10
41:3 43:20
44:23 45:19
46:3 49:5,20
50:19 51:13
52:18 54:9
55:3,24 58:15
60:1 61:18
63:10 67:1,10
68:14 69:17
72:19 89:8
90:12,15 92:11
92:21 93:9,12
95:9 96:7 97:1
98:13,22
109:15 110:5
**exhibits** 2:11 3:1
4:1,10 88:23
**exist** 80:21 82:20

82:22
**existed** 84:4
**explained** 72:3
**explicitly** 21:3
**extent** 105:9
106:10 110:10
**extraordinary**
113:19 114:14
**eye** 53:4
**eyes** 53:4 91:21
91:21

---

**F**

**facilities** 57:22
**facility** 22:4
118:15
**fact** 46:1 48:6,9
76:22 86:20
108:2 112:15
112:18 115:19
116:23
**facts** 33:22
**failed** 6:15 24:7
**failure** 26:23
27:3,8
**fair** 10:11 19:6
26:17 70:24
81:23 93:6
95:20 105:9
106:10
**fallen** 45:10
**family** 64:21
65:10 69:10
117:13
**fancy** 44:6
**favorite** 55:17
**fax** 3:20,23 89:9
89:17 92:21,24
93:1
**federal** 1:13 5:11
107:2 108:20
117:16 118:15
**feel** 66:14 72:12
112:12
**feelings** 88:7

feet 92:6
felonies 15:8
  16:1
felony 15:14,19
  15:22
female 12:10,11
file 27:22 29:12
  29:16 102:14
filed 5:21 17:20
  72:22 76:7
  77:15,18,23,24
  80:6 82:3
  102:9,18
  107:24
filing 101:24
  102:3,13
fill 6:4 29:19,22
  30:13 31:18,22
  76:23 110:12
  110:13
filled 30:18 34:8
  34:16 35:12
  36:19 37:19
  44:20 50:20
  51:14 54:9
  56:1 61:22
  97:23 103:21
  107:7 109:17
  110:9,11
filling 30:8
  114:17
fillings 45:9
  46:18 47:9
final 120:2
finalized 120:12
finally 61:15
  105:19
find 6:3 9:15,16
  119:8
fine 7:23
finish 62:8,11
  94:16
first 5:3 17:18
  67:7 80:17

115:16 121:10
fitting 94:24
five 106:5 115:3
fix 47:12,18
fixed 48:4
flat 21:6
focused 7:3
followed 104:10
  111:24
following 40:13
follows 5:4 106:9
followup 39:23
  46:5,8,12
food 60:15
force 18:23
foregoing
  121:16
forgery 15:10,24
form 2:12,18,23
  3:2,5,8,13 4:5
  6:1 29:20,21
  30:2,4,7,13,15
  34:9,17,23
  35:11 36:16,19
  44:21 45:16,17
  50:20 51:1,3
  51:14,21,22
  52:5 54:10,19
  54:20 56:2,8,9
  56:16 61:22
  62:14,24 63:1
  63:4 97:2 98:6
  101:3 103:13
  104:4,9 109:12
  109:16,20
  110:4
forms 53:2,7
  103:22
forward 63:19
  119:12
found 71:9 84:8
  86:6,17 89:11
  89:18
four 8:18 17:9

17:12 70:15
  83:11
free 72:13
frequently 38:6
friday 39:20
friend 118:3,7
friends 118:9
front 37:5 49:15
  49:19 76:1
  82:7
full 8:9 84:23,24
fulton 9:1 11:12
  13:15,17 14:1
  14:21 15:1
  16:15,16,17
  18:10 19:5
  20:8,13,16
  22:12,21 23:1
  23:17 24:1,23
  25:7,13 27:4
  28:3,14,19
  29:7 30:1,12
  31:23 33:24
  34:4,17 35:1,4
  35:24 36:7
  44:18,21 49:6
  52:12 57:3,13
  57:14 67:18
  68:15 69:18
  74:7 75:19,22
  77:7 78:3
  88:16 89:9,15
  89:16,23 92:15
  99:15 103:14
  103:23 108:21
  109:4 117:7,14
  118:18 119:10
furlough 14:8,12
further 59:11
  120:20 121:9
  121:19,21
furthermore
  7:19

——————
G

g 62:2
ganged 85:2
gantt 1:15 121:3
  122:4
ged 10:2,3,4
general 10:9
generally 17:4
gestures 7:12
getting 35:22
  75:4 79:13,14
  86:11 87:17
  101:9 104:2
give 24:18 27:14
  30:20 74:19
  78:24 105:19
  106:7 107:17
  109:12
given 5:18 38:11
  47:24 52:10
  53:20 80:1
  121:13,17
giving 12:24
  20:16,19 23:4
go 13:18,23
  17:17 18:22
  19:11,11 50:5
  50:8 52:13
  64:21,23 65:13
  65:16 68:5
  72:18 75:1
  84:9 89:13
  100:10,12,17
  102:12 106:17
  107:1 111:24
  115:17 119:8
goes 13:24 33:20
going 7:20 17:7
  25:22 27:14
  33:9 52:12,16
  58:11 59:9,16
  63:19 65:19
  74:24 75:8,8,9
  75:11 87:19
  94:10,12 103:2

103:8,11,15
  105:23 107:1
  109:15 115:17
  119:19,20
  120:15
good 75:12
  103:9
gossnell 115:13
  115:18 116:3
  116:14 117:22
  119:3
gotten 71:20
governed 18:21
gown 87:7
graham 3:20
  13:8,10,13,17
  13:20,24 14:19
  89:9
grievance 3:17
  67:4 68:9,15
  68:18 69:18,21
  71:9,13,20,23
  73:6,20,22
  75:22 77:7,15
  77:17,19,21,23
  78:5,17,21
  79:5,9,11
  80:18,20 81:2
  81:5,11,24
  82:5,20 83:6,7
  83:9,17,20
  102:10,13,18
  102:21 105:10
  105:11 106:11
  106:12 107:24
  110:9,11,15,16
  110:22
grievances 29:12
  29:16 64:1
  75:17 76:3,20
  77:11,24 78:10
  79:13,14,15,18
  79:23 80:5,6,7
  80:12 81:9,14

81:16,19 82:2
82:24 83:1,2
83:11,24 84:3
110:24 111:4,7
**group** 3:20
89:10
**guards** 30:17
**guess** 12:23
37:15 98:17
105:5
**guessing** 21:11
**gums** 45:11
**guns** 32:22
**guy** 70:5
**guys** 22:5,5
71:21 76:24
87:15,17,18
118:6
**guyss** 119:18

**H**

**h** 32:3,8 33:5,8
33:11 61:24
107:16 108:9
111:10
**hand** 7:12 29:21
30:1 37:3,4
42:10,18 122:2
**handed** 36:20
78:23
**handing** 41:2
49:4 50:18
51:12 52:17
54:8 55:2,24
58:14 59:24
61:17 63:9
66:24 68:13
89:7 90:11,14
92:10 96:24
98:12,21
**handwriting**
35:8 45:3
**handwritten**
77:3
**hang** 61:23 86:4

86:7 90:10
99:9 111:11,14
112:16,21
113:3
**hanging** 86:17
111:22 112:1
113:1
**happen** 119:21
**happened** 54:5
61:1 63:18,20
81:15,23 83:23
84:3 112:4
113:8,14,15
114:6
**happens** 113:8
**hard** 72:5
**harm** 64:18 65:2
66:3
**havent** 56:19
115:15
**head** 62:3,16
**health** 105:20
**healthcare** 67:4
74:13
**hearing** 87:21
88:9,13,14,15
88:24 89:5
**heart** 12:17 38:5
39:4
**held** 50:7 105:22
118:14,17,23
119:4
**help** 95:1
**henderson** 2:2
**heretofore** 121:4
**hereunto** 122:1
**hes** 52:16 75:8
105:22 114:8
**hide** 104:11
**high** 10:1 19:7,9
20:11,12,15,19
24:4,24 38:4,8
42:8 47:8
48:24 51:15

**highest** 9:20
**hired** 75:2
**histories** 17:4
**history** 16:5 17:3
52:20 76:19
77:7
**hold** 25:22
119:19
**holes** 6:5
**honest** 104:14
**honestly** 76:9
**hospital** 89:13
**hour** 1:17 32:21
**hours** 58:21 87:6
91:15,17,18
98:1 99:9
112:4 114:5
**huhuhs** 7:15
**hung** 60:7
105:20 112:5
**hunger** 60:14
**hurt** 88:5
**hurting** 62:18

**I**

**ibuprofen** 96:21
97:5,18,24
98:7
**identified** 2:11
3:1 4:1 24:4
71:17 73:16
107:2 111:6
113:1 114:20
115:6 118:8
**identify** 104:3,8
113:3 115:9,13
**ill** 7:23 11:4
19:11 22:4
40:23 62:3,11
62:11 77:20
90:1
**illinois** 1:2,17
2:3 9:2,10
13:16,22,22
15:12,15 16:2

16:8 119:5
121:1,3,7
122:4
**illnesses** 58:13
**im** 9:22 10:19
11:1,15 13:11
16:3,11 17:2,7
19:2,3,3 21:11
22:4,8 24:15
29:3 33:9,20
34:12 38:6
41:2 44:18
46:2 49:4
50:18 51:12
52:12,17 54:5
54:8 55:2,23
59:1,9,24
61:17,18,23
62:4 63:9,19
63:24 66:24
68:13 70:1
71:21 72:18
75:4,7,9,10
80:13 82:6,15
84:14 85:3,4,8
85:21,22 89:7
89:13 90:6,11
90:14 92:10,20
93:2,4,11,13
93:19 94:4,6
94:20 95:8
96:6,24 98:12
98:21 100:14
105:23 106:24
107:9 108:12
109:5,8,15
113:12,17
115:17 116:10
119:22 120:15
**imagine** 96:2
**immediately**
78:14
**impeachment**
17:5

**implying** 119:17
**imprisoned**
20:18
**incarcerated**
35:17 117:12
**incarceration**
14:10
**incarcerations**
57:16,21
**incident** 84:6
87:5 111:23
**included** 40:12
47:16 58:20
62:14 70:2
73:15 76:18
**incorrect** 111:22
113:2 114:15
**incorrectly**
42:21
**independent**
41:22
**indicate** 34:22
37:12 49:16,20
54:14 60:8
65:1,5,9
109:10
**indicated** 40:10
57:19 63:5
64:17 66:1
70:14 71:4
74:6,11 89:18
**indicates** 39:19
40:21 45:20
51:7 52:1,24
53:6 54:23
55:8,11,15
86:21 90:21
96:16 97:22
98:6
**indicating** 34:9
50:20 51:14
54:10 57:18
**indication** 46:24
**indifference**

Richard Wooddell
10/28/2015

Page 130

6:12,24 18:1
**individual** 31:10
**individuals**
26:20 65:17,20
**inform** 101:17
101:21
**information** 6:7
41:4,7,10,14
41:15 43:3,17
44:10 107:4
108:13 114:22
**informed** 67:16
101:19,22
**initial** 29:4 37:9
76:2
**initially** 109:20
**inmate** 8:21
18:10 19:5
20:7 24:1,11
24:21 25:5
28:3,19,24
29:5 30:5,13
31:23 33:24
34:4 45:2
84:20,20 88:16
90:16 107:3
108:20,24
115:6,13
117:16 118:2
118:16,22
**inmates** 6:17,19
61:24 62:2,9
62:15 85:13
87:24 88:8
111:23 117:13
118:8
**inside** 92:3,7,12
**insomnia** 20:4
23:5,7,8,9,10
23:13,15,19
24:6 25:2
51:16 52:20
56:3 108:6
**instructed** 84:21

85:13
**intake** 28:14,20
29:1 53:23
**intent** 66:3
**interactions**
117:15,18,21
**interested** 90:6
121:23
**interrogation**
8:1
**involve** 24:17,18
**involved** 104:22
105:2
**isnt** 10:24
100:13
**issue** 27:24 28:1
33:18
**issues** 7:2
**ive** 6:9 9:23 22:2
52:10 59:17
62:1 63:12
71:20 80:6
82:15 88:14

———————
**J**
**j** 1:15 32:5,5,9
33:1,7,11
121:3 122:4
**jackson** 107:3,10
107:14 110:8
111:6 112:15
117:8 118:1,13
**jail** 9:1 11:12
13:15,17 14:2
14:22 15:1
18:11 19:6
20:8,13,16
22:12,13,21,22
23:1,14,16,17
24:1,23 25:7
25:13 27:5
28:3,14,19
29:8,9 30:1,12
31:24 32:15
33:20 34:1,5

34:18 35:1,4
35:24 36:8
44:18,21 49:7
52:12 57:4,14
58:3,10,11
67:18 69:19
74:8 75:19,22
77:7 78:3,9
87:2 88:16
89:9,15,17,23
94:10 99:15
100:11,19
101:1 103:3,7
103:14,23
108:21 109:4
117:8,15 118:2
118:19 119:10
**january** 61:21
62:23 63:10,21
64:10 65:2,6
66:2,6
**jeff** 1:8
**jefferson** 2:3
**job** 26:12
**john** 115:13,18
116:3,14
117:21 119:3
**johnson** 84:20
**johnston** 2:2
**joke** 59:4
**joker** 52:15
**joseph** 107:3,10
107:14 110:8
111:6 112:15
117:8,24
118:13
**jr** 1:5,12 5:2
8:11 121:8
**judge** 24:17,18
94:11
**july** 13:5 45:21
45:22,23 46:2
46:9 47:13
48:6,13 49:2,5

49:12,16,21
50:11,19 51:2
51:13,20 52:5
52:18 53:10,10
53:11,14 54:5
90:22,22 91:3
91:3 92:15
96:20 97:22
117:1,1
**june** 14:6 18:11
20:8 22:8,18
23:6 24:2 25:5
28:2,23 30:5
31:24 32:3,4
32:10 34:1,8
34:16 37:20,21
38:2,12 39:14
40:10 41:7,17
41:24 42:23
43:15 44:8,20
45:5,15 63:20
78:7,7,18 79:5
79:6 88:17
98:13,19 99:19
115:20,20,21
117:1
**junk** 45:11

———————
**K**
**katherine**
107:15
**kathleen** 79:3
**keep** 50:1 82:14
85:21 94:2
**kelley** 86:6,21
87:3 114:17
**kept** 54:3 86:22
104:1
**kid** 12:4
**kids** 12:3
**kill** 61:16 88:20
**kills** 70:5
**kim** 89:11
**kind** 7:3 16:4,6
48:19 78:8

103:5 108:5
119:16
**knew** 118:18
**know** 6:4,4 7:22
8:4,5 16:4 19:2
23:1 25:24
28:10 29:22
33:19 37:7
41:21 42:11,11
42:12,13 44:4
52:15,21 60:23
63:13,19 71:19
71:21 75:3,6,8
78:11 79:1
81:23 82:23
82:23 85:3,4
88:4,5 91:6,10
91:19 93:9,23
94:7 95:13
102:12 103:24
107:9 110:23
113:7,14
118:13,16,20
118:22 119:3,7
119:15,18,23
119:23
**knowing** 27:17
**knowledge**
107:10 114:23
115:18
**known** 119:11
**knows** 7:15

———————
**L**
**lab** 4:7 98:14
**labeled** 22:6
**labor** 9:16 10:10
**lady** 24:13
**lafary** 67:3
69:23 70:11,13
70:20,22 71:4
73:5,10 78:22
**late** 21:24 79:14
87:6 99:9
112:4 113:15

law 101:11,20
lawrenceville
   2:15 20:23
   41:5 43:7,19
   55:12
lawsuit 5:21 6:9
   6:11 7:1 27:23
   33:18 102:1,3
   102:14 106:23
lawyer 75:12
   101:23
lawyers 106:21
   106:22
lead 30:23
leave 29:22
leaving 117:14
led 80:2
left 6:5 47:1
   85:20 87:14,15
   109:4,5,6,9
legal 102:5
lengthy 16:5
letter 3:20 67:2,8
   67:15 69:22
   70:3,7,10
   71:16 73:5,9
   73:13,19 74:1
letters 117:10,11
letting 94:23
level 9:21
lewistown 9:2
   13:15
licensed 68:2
lied 87:3
lieutenant 67:3
   69:23 70:10,13
   70:20,22 71:4
   73:5,10 78:22
limit 53:23
limited 12:17
   27:18,22
   112:13
line 55:17
little 37:8 38:8

42:4 94:24
live 9:9 60:11,15
lives 13:1
living 8:24 9:1
   60:10
load 89:12
located 32:11
lock 84:12,24
lockdown 84:8
locked 85:14,16
log 3:22 4:8
   53:20 54:3,24
   55:16,20 58:21
   59:12 90:19,21
   95:12,17,19
   96:17,17 98:24
   99:1
logged 91:4
logging 91:7,11
long 11:8 88:13
   92:6 103:24
longer 59:17
   66:2
look 40:2 41:19
   56:23 57:2
   91:20 93:2
   106:6
looking 58:9
   93:4
looks 95:18
lose 75:7
lost 46:18 47:9
lot 19:9 82:23
lower 21:2,5
   40:7 44:6 47:1
lucious 115:7
   117:19 118:22
lumbar 21:2,5
   44:6
lungs 39:4
lying 42:15 72:1
   114:18

───────────
M
───────────
m 1:18 38:2

47:14 59:20,22
   84:7 86:1
   114:4,9 120:19
maam 93:4,7
   96:9
machine 42:6,6
   42:8,10
machines 42:4
magically 43:11
mail 79:2
main 33:1
makeshift 86:23
making 113:11
male 12:10
man 24:13 25:22
   75:11 107:17
manner 111:1
manual 10:9
manually 42:18
march 11:10,16
marijuana 34:24
   35:19,21 36:3
   36:5
marked 34:12
   38:7 41:2
   43:20 44:22
   46:3 49:4
   50:19 51:13
   52:17 54:8
   55:3,24 58:15
   60:1 61:17
   63:9 67:1,10
   67:15 68:13
   72:19 89:8
   90:11,14 92:11
   92:20 93:12
   95:8 96:6,24
   98:12,21
   113:18
marriage 11:20
married 11:6,9
   11:13,15,16,17
matter 75:10,12
   76:22

mattress 69:13
mccormick
   84:11
mean 7:16 40:22
   48:23
means 119:17
med 31:2,11,17
medical 2:14,20
   2:21 3:4,7,10
   3:11,14,20
   6:12,24 10:12
   10:15,17,22,24
   11:2 18:1 19:6
   20:6,15 23:22
   24:3,3,24 25:8
   25:9,12,17,20
   26:1,5,21,24
   27:4,18,19
   28:14,20,24
   29:4,19,20,21
   30:1,4,7,11,14
   30:23 31:6,15
   31:19,22 39:12
   40:9,15,18
   41:18 42:24
   43:16,17 44:10
   47:23 48:1,3
   48:16 49:6,13
   54:15 56:18,22
   56:24 57:4,12
   57:14,20,21,24
   58:1,3,10 59:2
   60:2,19 64:11
   66:18 67:18,20
   68:1,4,8,16,19
   70:19 71:5
   73:7,21 75:3
   75:18,23 77:12
   77:15,16,22,23
   78:1,6,19
   79:10,19 80:1
   80:9 81:7
   88:12 89:10,21
   90:4 92:16

99:15 100:3,11
   100:14,19
   101:8,10,11,13
   101:14,20
   103:2,13,22
   104:5,16,24
   105:4,13,16,18
   105:19 106:14
   107:5,18,20
   108:1 111:3
   114:24 116:12
medicate 34:23
medicated 35:21
medicating 36:2
medication 4:2,4
   4:5 20:17,19
   23:4 27:1,6,10
   27:14,15,16
   31:3 34:10,18
   35:17,20 48:2
   52:11 61:15
   88:3 97:2,13
   97:16 98:5
   108:5,7,8
medications
   26:8 27:9 31:7
   57:11 58:8
   68:22 95:17
meds 31:9
memo 3:16
mental 43:13
   90:5 105:20
mentally 22:4,7
midnight 113:9
milligrams
   96:22 97:6,24
   98:7
mine 17:3
minutes 32:20
misdemeanor
   16:12,13
misdemeanors
   16:21
missing 111:8

**moment** 80:16
**monday** 47:13
**monitor** 56:13
**months** 14:9
  28:17 56:18
  57:20
**morning** 113:15
**motion** 120:10
**motions** 102:13
**motor** 15:20
**mouth** 47:1
**move** 6:20 84:21
  85:13 87:15,16
**moved** 6:16 85:1
**mysteriously**
  78:9

**N**

**n** 1:16 2:3,6
  121:6
**name** 8:9,10,12
  12:8,12 16:4
  27:8 31:8
  36:20 80:14
  90:16 95:24
  96:4,7 112:8
**names** 26:20,24
  27:3,18 80:15
  80:15 85:6
**narrated** 26:18
**nature** 79:22
**necessary**
  101:15
**neck** 86:17,23
**need** 8:5 18:1
  24:9 45:8
  67:13 94:23
  112:17
**needed** 34:9
  39:24
**needs** 31:16
**negatives** 11:5
**negligence** 106:3
**never** 28:18
  35:17 41:11

50:3 54:3
68:20 69:5
77:15,18 78:20
81:1,4,20,21
83:12 89:1
104:15,20,21
108:5,8 111:2
**new** 39:14
**night** 53:24
  111:17,18
  112:4 113:15
**nine** 9:22
**nope** 26:9 36:9
  80:10 99:17
  120:7
**notated** 73:2
**notation** 36:15
  36:18 37:13,22
  48:17 52:4
  53:1 88:23
**notations** 53:5
  90:24
**note** 2:14,20,21
  3:4,7,10,11,14
  48:16
**noted** 23:21
  60:22 89:4
**notes** 37:9 60:8
**notice** 1:13 5:11
  94:1
**noticing** 42:7
**november** 11:12
  14:3,10,24
  24:12,21 32:6
  34:5 55:23
  56:1,7 58:15
  59:10 68:14
  69:19 70:3
  77:16,21 79:8
  79:10,19 80:18
  81:3,6 82:3,4
  82:21 99:5,5
  102:10,18
  107:15,24

108:2,9 109:11
109:17 110:3,5
110:10 122:2
**number** 2:12,13
  2:15,16,18,19
  2:21,22 3:2,3,5
  3:6,8,9,11,12
  3:14,15,17,18
  3:20,21,23 4:2
  4:3,5,6,8 8:19
  92:17
**numbered**
  115:15
**numerous** 28:4
**nurse** 27:9 31:11
  31:13 34:11,20
  38:3 39:14
  40:11 46:5,7
  46:10 47:7
  50:4,12,22
  51:17 52:19
  53:12 54:12
  55:4 56:4
  58:16 62:7,21
  63:11 64:11
  65:1,5,9 66:2
  68:20 69:9
  70:14 107:17
  108:4 109:23
  116:1,5,16,21
  116:24
**nurses** 24:2,23
  25:6

**O**

**oath** 5:3
**observed** 86:7
  100:1 110:12
  110:13,14,15
  110:17
**obtain** 27:8
**obvious** 84:5
**obviously** 7:8
**occasionally**
  33:2

**occasions** 100:6
**occupation** 9:14
**occur** 21:10
**occurred** 85:24
  112:1
**occurrence**
  113:19,24
  114:3
**occurrences**
  114:15
**oclock** 112:9
  113:9,11 114:5
**october** 1:16
  5:13 82:19
  121:5
**office** 92:16
**officer** 85:5 86:6
  87:2 109:13,20
  110:18 112:8
**officers** 30:21
  32:11 33:13
  78:24 83:4
  86:16 87:21
  108:7
**oh** 11:15 15:10
  18:16 20:13
  22:2 23:3 28:1
  33:9 53:21
  64:5 80:14
  103:20
**okay** 5:6,10,20
  6:8,13,23 7:17
  7:19,23 8:1,3,7
  8:8,13,21 9:11
  9:13,18,20
  10:1,4,6,11,14
  10:19 11:5,11
  11:15,19,22
  12:7,12,19
  13:3,6,9,13
  14:11,21,24
  15:4,7,21,24
  16:15,17 17:1
  17:7,15,17,19

17:23 18:4,7,9
  19:1,4,12,14
  20:11,21 21:3
  21:8,10,13,16
  21:21,23 22:8
  22:17 23:5,21
  23:24 24:10
  25:4,11,17
  26:4,7,23
  27:21 28:11,13
  28:23 29:18,24
  30:5,15,18,22
  31:1,10,20
  32:6,9,18,24
  33:5,15,24
  35:8 42:22 35:8
  35:10,14 36:10
  36:23 37:12,21
  38:2,10,12,17
  39:7,11,13,19
  39:23 40:5,8
  40:10 41:6,13
  41:17 42:3,17
  42:19,23 43:2
  43:5,15,22
  44:3,8,14,18
  45:1,5,8,19
  46:1,12,15,23
  47:3,7,11,16
  47:21,22 48:5
  48:9,12,15
  49:1,4,11,15
  49:19,24 50:18
  51:1,6,12,20
  51:24 52:8,14
  52:17 53:14,19
  53:22 54:2,4,4
  54:14,18 55:2
  55:8,11,15,18
  55:23 56:11
  57:18 58:4,14
  58:20 59:3,5
  59:15,24 60:6
  60:8,21 61:5,6

61:11,14 62:11
62:23 63:3,7
63:18 64:14,21
64:23 65:1,9
65:12,15,19,19
66:1,5,10,12
66:15,21,24
67:7,15,22
68:18 69:7,16
69:21 70:1,6,9
70:13,20 71:4
71:12,20 72:18
72:21,22 73:2
73:15 74:3,18
74:21 75:1,17
75:21 76:2,6
76:10,13,16,18
77:6,10,14
78:16 79:22
80:4,11,22
81:18 82:17
83:5 84:2,6,11
84:20 85:12,16
85:19 86:10,20
87:11,23 88:6
88:11 89:7,20
89:24 92:3,10
93:5,7,11
94:16,18 95:14
96:6,20,24
97:11,21 98:12
98:18,21 99:14
100:1,15,21
101:12 102:4
102:24 103:10
103:20 104:3,8
104:13 105:6,9
105:15,24
106:2 107:2,21
108:11,20,23
109:3,7,10,15
109:22 110:3,8
110:20 111:10
111:13 112:6

112:12 113:17
114:5,7,13,20
115:2,6 116:14
116:22 117:7
117:18 118:11
118:16,20,22
119:7 120:1,8
**old** 12:6 58:9
**once** 30:18 42:1
42:2 100:7
**onion** 54:14 55:5
89:10,18,22
**onions** 54:11
89:23 96:1
**open** 84:22
**opened** 86:10
91:22
**opinion** 49:1
57:9 59:5
81:11
**option** 100:24
102:8 120:11
**options** 71:6
**order** 63:23
**ostensibly**
116:15
**outcome** 78:17
80:17,22,24
81:7,8 121:24
**outside** 9:6
15:15 32:12
60:11 68:6,7
74:20 77:2
91:19 100:10
100:17 105:8
105:12 106:13
**override** 67:19
74:15

_____
**P**

**p** 47:14 84:7
86:1 114:4,9
120:19
**pacemaker**
12:17

**page** 2:7 70:3
73:3,17 95:23
96:3
**pages** 98:22
**pain** 38:5 46:17
47:9 48:5 55:6
**palpitation** 38:5
**paper** 37:3,5
82:9
**paperwork** 82:8
**paragraph**
107:8
**paragraphs**
115:3,9,16
**part** 13:21,21
**parties** 82:19
121:22
**party** 1:12 83:13
121:8
**pass** 25:15 31:2
31:2,6,11,17
108:7
**passes** 31:6
**passing** 107:15
**patient** 53:1,22
**patients** 22:4
26:5
**patrol** 32:16,19
**pay** 75:11
**paychecks** 75:5
**pending** 15:2
**people** 22:20
25:19 26:11
28:17 33:16
60:15 69:14
74:22 75:2
80:16 95:2
106:5 119:9
120:14
**peoria** 1:3 2:3
13:22,23 16:9
16:16,17 121:2
**performed** 98:19
**period** 18:4,10

95:6 104:1
**permission**
74:19
**person** 40:6
97:14,15,16
115:16
**personal** 99:20
**personally** 78:23
121:6
**pertain** 1:14
**phony** 72:17
**physician** 21:14
50:22 51:17
54:12 56:4
62:7 68:1 74:8
74:13 97:8
**physicians** 67:19
68:2 74:16
**picked** 14:12
**picking** 60:10
**piece** 82:8
**place** 22:6
**placed** 87:7,7
**places** 43:4
57:24
**plain** 106:1
**plaintiff** 1:6
**plan** 39:19 40:12
40:12,18 47:11
47:16,17 53:19
55:8,18 58:20
58:21,24 59:3
59:7,8,11
61:11 66:7
**plans** 104:18,23
105:3,4
**please** 8:9 25:23
40:17 72:12
95:7 116:9
**pocket** 82:9
**point** 15:5 91:24
105:21
**pointed** 84:13
**possession** 76:4

120:5
**possible** 6:7
19:18 21:16,17
24:5 25:1 47:4
47:4 48:17,22
**potential** 107:3
114:21
**practices** 68:3
74:9
**practitioner**
38:3 47:7 50:4
50:12,22 51:17
52:19 54:12
55:4 56:4 62:7
63:11
**precise** 113:6
**prescribe** 97:17
**prescribed** 96:13
96:21 97:5,13
97:16,18
**prescription**
35:5 36:1,7
97:23,23
**presence** 121:14
**present** 36:19
99:16 104:16
104:20,21
109:3,8 111:10
116:14
**pressure** 19:8,10
20:11,12,15,17
20:19 24:5
25:1 38:4,8,18
40:13 41:18,23
42:9,13,14,16
42:20 46:16,21
47:8,17 48:12
48:23,24 49:2
49:8,17,20
50:13,14 51:16
53:17 69:1
70:17 101:9
**pretorius** 2:2
**pretty** 17:6

24:13 80:13
82:15 109:9
**previous** 22:12
22:21 46:13
52:5,11 53:9
54:15 57:21
78:14
**previously** 71:17
87:8 88:22
91:16 120:5
**prior** 8:22 13:6
13:13 14:24
22:10 28:2
34:24 35:16,23
36:7 77:16,21
84:8
**prison** 13:21
**probably** 7:1
37:13 101:22
102:11 117:6
**problem** 18:6
63:12
**problems** 58:2
69:14
**procedure** 1:14
5:12 29:11,15
29:19 30:11
31:6 78:13
**process** 30:6,23
31:2
**professionals**
47:24
**progress** 2:14,20
2:21 3:4,7,10
3:11,14 48:16
**prohibited**
117:13
**proof** 83:8
**protocol** 4:5
97:2 98:5
**prove** 52:13
71:19 90:1,3
**provide** 25:8,12
25:20 26:7,19

26:23 27:3
30:19 58:22
59:12 72:8,9
82:13 105:12
106:13 110:17
**provided** 28:20
29:8,11,15,18
41:6,9,13,15
57:10 81:13
82:11,15,18
83:13 93:24
98:7 106:18
109:23 113:12
116:10,11,13
**provider** 30:23
49:6,13 60:2
60:19 64:11
101:14 103:14
103:23 104:5
104:10 116:12
**providers** 26:24
27:4,18 66:19
67:18 99:15
103:2 104:16
104:24 105:4
**providing** 26:20
27:9 30:7 58:7
**ptsd** 22:7
**pulling** 97:19
**pulse** 38:20
**pump** 42:10,14
42:18
**pumpup** 42:6
**punishment**
66:20
**purports** 99:4
**purposes** 17:5
66:20
**pursuant** 1:13
5:10 78:12
**put** 47:18 48:9
57:6 60:12
61:12,15 79:2

---
**Q**
---

**question** 5:20
7:7,20,21,22
10:20 11:1
18:7 23:12
24:9,19 25:23
26:15 34:14
39:13 49:10
53:6 62:12
67:7 70:6 72:7
72:11,12 85:12
89:16 93:3
96:3 106:4,9
119:13 120:3
**questions** 6:3,8
7:6 8:4 11:5
17:18 18:5,14
18:19,22 19:3
19:4 24:15,20
63:23,24 64:3
64:6 72:8,10
72:16 85:21
90:8 93:20
94:4,6,15,20
95:3,6,7
119:22,23
**quinn** 2:2
**quinnjohnston**
2:4
**quit** 94:19
**quite** 66:14

---
**R**
---

**racist** 62:10,16
**raised** 7:2
**ran** 16:10
**rauen** 79:3,3
107:15 109:13
109:20
**razor** 60:13
**read** 106:9
110:14
**reading** 7:16
62:8 108:12
**real** 68:7
**really** 8:16 10:9

59:17
**reason** 91:6,10
**recall** 33:21
48:14 69:24
77:3,6 79:4
80:14 84:6
101:4
**receipt** 92:22,23
**receive** 28:24
67:8 68:22
69:22 70:6
76:13
**received** 39:12
48:1,2,3 67:2
68:24 69:1
70:10,15,17
71:15 73:9,13
74:1 83:20
89:9,17 108:5
108:8 111:2
117:10
**receiving** 13:21
71:1,2 77:6
100:14,18
101:8,13
**recess** 59:21
**recheck** 40:12
**recognize** 95:9
**recollection**
41:22
**recommendati...**
67:17,20 74:16
**recommendati...**
74:12
**record** 4:2,4 8:9
50:6,7,8 59:10
61:2 72:13
74:22,24 75:2
89:18 106:9
**records** 20:15
23:22 36:12
37:14 40:15,18
41:19 42:24
43:11,12,17

44:10 54:15,23
55:9,19 56:18
56:22 57:1,4
57:12,15,17,20
57:21,24 58:1
58:3,10 68:1
74:7 88:12
89:4,10,21
92:17
**redirected** 105:7
**reduced** 121:15
**refuse** 101:20
**refused** 6:20
58:5,13 68:5,7
100:23 107:19
109:13,20
**refusing** 56:22
56:23 84:9
111:24
**regarding** 6:12
6:24 62:2 67:4
68:15 73:6,21
75:18,22 77:11
77:22 78:18
79:9 81:6
90:24 107:5
110:21
**region** 21:2
**regular** 67:24
74:7
**reiterate** 34:14
**reiterated**
102:21
**related** 40:15
43:18 44:10
121:22
**relating** 114:23
**relationship**
117:24
**relaxation** 58:22
59:13
**release** 41:3 43:3
43:16,23 44:9
44:15 67:24

74:7
**relief** 69:7
**relies** 67:17
74:11
**remedies** 102:16
**remember** 32:1
49:14 76:5,9
76:12 77:5,13
80:15 102:11
**repeat** 31:4
105:1 106:4
**rephrase** 7:23
9:3 59:9 77:20
**report** 50:12
55:5 84:23,24
86:20 87:3
108:16 113:11
113:18 114:14
114:18 115:1
**reported** 49:17
89:4 121:13
**reporter** 7:8
19:16 103:18
**reports** 111:21
112:24
**request** 2:12,18
2:23 3:2,5,8,13
5:23 6:6 18:6
29:19 30:7,13
31:19,22 33:21
34:9,17,23
35:11 36:11,16
36:18 40:15,19
42:24 44:9,21
45:16,17,20
50:20 51:1,3,7
51:14,21,22
52:1,5 53:2,7
54:10,19,20
55:19 56:2,8,9
56:12 61:22
62:14,24 63:1
63:4,4 77:3
92:16 101:3

103:12,22
104:2,4,9
109:12,16,19
110:4
**requested** 45:6
62:6,20 64:14
68:5 69:7
**requesting** 34:11
43:17 44:10
50:21 51:16
54:11 56:3
**requests** 53:10
116:20
**resent** 55:11
**reside** 13:3
**residence** 9:5,6
**respect** 18:2
**respiration**
38:22
**responded** 83:12
**response** 60:2
66:5 69:16,21
71:23,23 78:20
81:21 90:8
100:22 102:24
105:11 106:12
**responses** 71:20
72:2 78:15
79:13,15
**responsibility**
26:13
**responsible**
105:22
**rest** 59:18 62:8
**result** 83:6 87:5
87:23 104:5
110:3 112:20
**results** 36:11,18
45:20 51:7
52:1 56:12
63:4 98:15
**resumed** 14:10
**return** 92:22
**reviewing** 77:10

120:12
**richard** 1:5,11
5:2,7 8:11
90:16 121:8
**right** 13:12 16:6
22:5 25:10
27:16 37:9,19
47:1 84:10
103:16 109:5,6
116:18
**ro** 84:13
**robbery** 15:10
15:24
**roi** 40:21,22,24
54:23 55:8,11
**room** 32:13,14
33:2 59:18
84:9 92:1,4,5,8
92:13
**rope** 86:8,14,18
86:23
**rpr** 1:15 121:3
**rude** 24:13
**rule** 5:23 6:5
76:2,7 106:17
107:7 112:13
115:3 118:9
**rules** 1:13 5:12
7:5 18:21 29:8
78:13 82:12

_____

**S**

**saith** 120:20
**sangamon** 16:9
16:10,16,17
**saw** 39:13 46:5
96:13 102:20
103:22
**saying** 11:1 19:2
36:17 44:7
57:8,9,19 59:1
62:2,9,15
63:20 65:15
71:21 75:4
85:3,4 87:22

114:11
**says** 39:21,23
40:20,24 45:2
50:1,2 51:10
53:1,3,19
56:12,16,16
67:23 82:9
90:19 95:17,18
95:23 96:1,4
98:17 99:2
111:13,16
113:18
**schedule** 95:4
**school** 10:1
**scoliosis** 19:19
21:17,18 24:5
25:1 38:4
44:11 51:15
**seasonal** 9:18,19
**second** 40:23
50:6 61:5,19
68:12 81:2
106:7 107:1
**security** 8:19
12:19
**see** 14:1,2 30:23
34:11,19 37:1
37:2,2 40:20
42:4,13 45:6
47:22 52:9
53:2,7 61:18
62:20 68:5,7
68:20 69:10
71:18 73:1
74:19 80:13
81:18 87:14
91:20,21,21,24
96:17 100:12
103:13 105:12
106:13 107:12
109:5 113:6
**seeing** 37:6,8
50:2 59:11
69:9

**seek** 27:19 29:20
102:5
**seeking** 30:11
57:11
**seen** 38:3 40:11
45:20,23 46:1
46:7 47:23
49:6,12,16
50:2,3,11 51:7
51:9 52:1,18
53:11 55:4
58:16 60:2
63:10 64:10
70:14 79:24
81:20 97:12
104:2 110:4
115:24 116:7
116:18,19,20
116:21,24
**self** 64:18
**send** 57:23 76:23
119:9,9 120:10
**sending** 17:12
77:4 106:24
**sense** 119:17
**sent** 48:4 55:9
56:20 57:12
76:21 92:16
106:20
**sentence** 16:11
**sergeant** 84:11
**serious** 18:1
**services** 35:20
**session** 5:21 72:8
**set** 122:1
**severe** 34:10,18
**sheet** 39:20
92:21 96:18
**sheets** 41:11
**shelby** 12:9
**sheriff** 1:8 6:11
17:24 25:11,15
25:17,20 26:1
26:4,7,19

66:19 67:2,11
67:16 71:16
73:19 74:3
83:20 99:16,20
100:2,16,21
101:6 102:7,19
102:20 104:15
104:22 105:2
105:10 106:11
113:2,13
**sheriffs** 92:16
**shes** 12:5,22
**shift** 113:8
**shit** 24:18 94:9
97:18
**short** 107:8
**shouldnt** 81:10
105:21 107:6
**show** 32:22
41:18
**showed** 43:12
**showing** 34:12
38:7 43:19
44:22 46:2
70:1 72:18
92:10,20 93:11
95:8 96:6
113:12,17
**shows** 71:24
**sic** 63:20 84:13
**sick** 2:12,18,23
3:2,5,8,13 34:9
34:17,22 35:11
36:16,24 37:2
37:18 44:21
45:15,17,20,23
50:20 51:1,3,8
51:14,20 52:1
52:5 54:10,18
54:20 56:1,7,8
56:16 61:22
62:14,24 63:3
101:2 103:12
103:22 104:1,3

104:8 107:18
107:19 108:4
109:12,16,19
110:4 115:20
**sign** 37:4,5 43:2
43:15
**signature** 36:13
37:3,4,5 45:2
51:6,24 54:22
56:11 120:21
121:19
**signed** 36:20
37:3 40:21,24
43:6,6,7,8,9,23
44:8 54:23
89:11 97:8
98:6
**simonds** 12:13
12:13
**simple** 106:1
**sir** 92:14 93:2,15
93:22
**sit** 18:13,18,22
18:24 32:12,14
32:15 33:1,2
75:9 120:15
**situations** 64:21
65:10
**six** 56:18 57:19
98:1
**skipped** 63:14
**slam** 106:1
**sleep** 3:22 23:10
23:11 52:21
53:20 54:3
56:17 90:19
91:4,7,11
96:17
**slip** 31:19,22
107:18,19
**slips** 104:2 108:4
115:20
**smart** 17:6 93:20
94:19

**snitch** 62:4
**snotty** 94:22
**social** 8:19 12:19
**soft** 47:13,18
48:10 96:13
**somebody** 59:2
110:1
**somebodys**
42:12
**someones** 95:4
**sorry** 11:16 40:3
44:19 60:18
61:18,21 69:16
70:20 72:7
77:15 85:21
113:4 115:21
**sort** 10:8
**sounds** 7:13
**source** 105:8
**speak** 71:5
**speaking** 84:11
**special** 22:3
43:10 69:13
**specialized** 10:7
**specific** 29:2
**specifically**
64:11
**speculating** 84:2
84:5
**spell** 8:10
**spelled** 8:12
**split** 62:3,16
**spoken** 117:8
**ss** 121:1
**stack** 76:16
**staff** 71:5
**stand** 95:3
**standard** 1:8
6:11 17:24
25:11,15,17,20
26:1,4,7,19
67:2,11,16
71:16 73:19
74:3 99:16,20

100:2,16,21
101:6 102:7,20
104:15,22
105:2,10
106:11
**standards**
116:16
**standing** 84:8
**started** 8:8 42:10
**starts** 113:9
**state** 8:9 15:11
15:15 60:18
72:13 84:18
110:8 121:1
**stated** 45:8 47:3
60:12,13 61:22
64:19,20 68:18
68:24 69:8
101:12
**statement** 70:24
100:22
**statements** 62:13
**states** 1:1 15:17
36:11 46:16
53:23 56:12
60:9 90:16
95:21 98:23
114:1,3
**stateville** 13:19
13:23
**stating** 89:10
**stay** 7:3 22:12,21
99:18
**stays** 52:11
**stenographica...**
121:14
**stepped** 86:12,22
**steve** 114:20
**steven** 117:16
118:5,16
**stopped** 42:9
**story** 86:24
**strength** 52:21
**strike** 44:19

60:14 70:21
**study** 98:14
**stuff** 33:19 75:3
76:23
**subject** 68:9
**subjective** 46:15
**submit** 78:5,21
80:11
**submitted** 35:12
36:16 44:16
45:17 51:3,22
54:20 56:9
63:1 69:18
75:18 83:8,11
104:4,9 115:19
**subpoena** 33:9
**subpoenas** 17:13
119:9
**subsequently**
102:19
**substance**
120:13
**sudden** 71:22
**suffered** 19:21
19:24 20:3,7
21:24 22:9,18
23:6,19
**suffering** 22:7
23:15
**sufficient** 101:1
**suggest** 67:23
**suicidal** 60:3,9
**suicide** 60:4,24
61:23 62:17
63:5,13 64:1
64:14 65:22
66:7,10 80:3
87:7,8 88:1
113:22
**suit** 121:23
**sunken** 53:4
**supplement**
78:14
**support** 83:16

83:19
**supported** 75:15
**supposed** 27:15
28:15 32:19
**supposedly**
56:20
**sure** 7:13 8:2
13:11 16:3,9
18:8 23:23
28:6 60:20
61:20 67:12
68:17 80:13
81:9 82:6,15
85:11,22 87:13
90:2 95:22
99:24 100:5
107:13 109:5,9
120:2
**surprised** 77:14
77:18
**surveillance**
33:12 91:15
**sworn** 5:1,3
121:10
**symptoms** 50:21
52:10 56:24
57:16

**T**

**tablets** 98:1
**take** 7:12 23:9
42:12 59:16,19
97:24 107:19
109:13,22,24
**taken** 5:10,17
38:15 46:21,21
49:2,21 53:15
59:21 61:8
69:2,2 70:17
70:18 101:9,10
**takes** 37:17,17
**talk** 6:24 17:7
27:13 61:4
68:12 85:6
**talking** 22:8 29:2

54:5 106:6
**taunted** 88:7
**taunting** 87:23
**tazewell** 16:22
**tear** 17:3
**technical** 10:8
47:18
**telephone** 92:17
**tell** 9:20 11:6
15:8 16:7
31:16,18,21
89:14 102:2
112:17
**telling** 63:24
88:5,19,20
93:13
**temperature**
38:24
**ten** 12:5 28:5
**territorial** 2:17
20:17 21:19
22:14,23 43:9
44:11
**test** 4:7 98:14,15
98:19
**testified** 5:4
**testify** 17:16
95:3,4 107:11
107:14,22,23
108:2,14
109:11 110:9
110:11,21,23
111:7,7 112:15
112:18 115:4
115:10,19
116:23 119:20
121:10
**testifying** 114:22
**testimony** 32:24
79:17 82:17
83:10 86:16
87:2 88:8 93:8
100:15 102:17

114:13 115:18
121:12,17
**texas** 12:24 13:1
**thank** 25:4 26:10
26:14 89:20
120:18
**thats** 14:8 16:24
18:20 25:10,22
27:7,24 29:13
33:18,20 35:22
39:9,21 42:5
44:6 48:19
51:10 58:23
59:1 63:14
64:23 84:10
86:14 87:14
89:12 95:20
98:17 99:2
100:23 102:8
104:11 105:22
105:23 111:15
111:16 119:20
119:24
**theft** 15:10,20,21
15:24 16:10
**theirselves** 57:6
**themself** 71:24
**thereof** 121:24
**theres** 7:8 53:1
60:11 82:23
83:16,19
103:18 108:13
115:5
**theyll** 31:18
33:16
**theyre** 7:16
28:15 42:13
56:21,22,24
72:1 87:19
91:12
**theyve** 32:22
52:10
**thing** 42:15 69:1
90:3

**things** 41:21
78:8 90:7
104:12 111:5
**think** 7:24 8:3
13:12 42:1
66:13 76:21,21
100:7 103:6
109:8 111:17
111:18,19
120:1,17
**thinks** 52:15
**third** 22:2 81:5
113:8
**thoughts** 60:3,9
**threatening**
65:17
**threats** 87:17
**three** 14:9 28:17
43:7 60:15
79:12,18 80:12
82:2 97:6,24
98:8,10
**threw** 81:17
104:6
**throat** 60:13
**throw** 57:17
81:18 94:10
**time** 9:3 11:11
11:13,18 19:12
22:2 35:3,23
50:3 68:4
75:24 84:15
85:5,9 89:12
93:14 95:5
104:1 105:1,17
105:17,18
108:9 109:9
114:3 117:7
118:18
**timely** 111:1
**times** 28:2 30:9
33:11 46:16
47:12 63:5
70:15 82:23

98:8 108:8
**timetable** 79:15
**tired** 60:10
84:14 85:2,2,8
**titled** 108:1
**today** 5:12 82:17
83:10,14 88:8
88:23 93:8
102:17 114:13
115:18 116:9
**toilet** 86:13,22
**told** 21:6,7 41:14
41:16 89:1
100:16 101:7
101:13,24
102:4
**tone** 94:2
**tooth** 46:17 47:9
48:4,5 97:19
**toothpaste** 45:10
**top** 89:14 98:23
**totally** 7:23
**touch** 7:1
**towit** 121:5
**training** 10:7,8
10:12,15,17,21
10:22,23,24
11:2
**transcript** 4:10
7:10,17 121:17
**transferred** 13:4
13:9
**treat** 24:7 56:22
56:23 57:3,6
**treated** 48:6
99:14 116:1,15
116:24
**treating** 58:12
59:1
**treatment** 22:3
25:12 26:21
27:19 29:20
30:11,14 35:20
38:11 39:9,12

40:9,12 43:10
45:9 47:16,24
48:1,2,3 55:18
58:5,20 59:2
59:11 67:20
68:3,8,16
70:15,19,23
71:1,3,6 73:7
73:22 74:9
75:19,23 77:12
80:1,9 100:14
100:19 101:8
101:10,11,14
101:20 104:17
104:23 105:3,3
105:13,16,18
105:19 106:14
107:5 108:1
116:11,13
**trevor** 86:21
87:3 112:7,7
114:17
**trial** 107:11
108:15 117:5
**trick** 11:1
**tried** 60:4 61:16
61:23 82:24
112:16
**true** 10:20 35:10
43:22 44:14
45:16 51:2,21
54:19 56:8
62:24 68:21
69:17 70:9
73:12,24
121:16
**truth** 121:11,11
121:11
**truthfully** 72:12
**try** 7:3 11:4 80:3
**trying** 6:3,16
10:19 27:14
**tucker** 84:21
**tuesday** 39:20

**turn** 83:6 90:9,9
90:9 109:24
110:1
**turned** 108:4
**turning** 104:1
116:20
**turntine** 115:7
117:19 118:23
**twice** 32:22 42:2
106:18
**two** 6:10,17,19
12:1 28:16
41:21 42:4
46:16 47:12,12
68:1 72:1
79:12,17 80:11
82:2 87:15
98:22 106:20
108:7 109:2
**type** 33:19 111:3
**typewriting**
121:15
**typos** 120:13

--- U ---

**uhhuh** 13:2
17:22 19:15
26:22 39:1,3,6
39:16 41:1
43:24 45:12
46:4,19,22
47:20 50:15
51:19 52:3,22
54:1,7 58:19
63:6 64:13
68:11 73:4
78:2 86:2
94:14 98:4,9
101:16 111:9
113:20,23
114:2 115:8,23
119:14
**uhhuhs** 7:15,16
**ultimately**
109:22

**underneath** 51:6
51:24 52:23
54:22 56:11
**understand** 7:22
36:17 72:11
93:5,7 95:15
108:11 112:12
**understanding**
30:10,22 31:1
31:5
**understood** 7:21
**unemployed**
12:22
**unfortunately**
11:7,8
**unfounded**
71:10
**united** 1:1
**unknown** 100:16
**unrolled** 86:10
**unusual** 113:19
114:14
**upper** 46:24
**urgency** 38:6
**urination** 38:6
**urine** 4:7 98:15
**use** 42:7 59:17
**usually** 37:1

--- V ---

**vehicle** 15:20
**verbal** 7:14
**verification** 4:5
97:2 98:5
**verify** 55:12,19
**view** 77:10
**violation** 82:12
**visit** 37:7,10
39:14 46:9
50:22 51:16
54:11 56:4
62:6 104:5,10
**visits** 116:12
**vitals** 38:15
46:20 53:15

61:8
**voice** 94:3
**voices** 88:4,9,13
88:14,15,19,24
89:5
**vs** 1:7
**vurget** 84:14,14
85:4,5,10

--- W ---

**w** 118:13
**wait** 30:14 32:4
32:4,4,4 57:12
120:16
**waiting** 36:11
37:14 56:18,21
56:24 57:19,23
**waive** 120:14
**waived** 120:21
121:20
**walk** 91:18
**walkarounds**
91:13 99:23
100:2
**walking** 99:23
**walkthrough**
33:3
**walkthroughs**
102:21
**want** 7:24 12:16
24:16 29:13
41:19 47:22
60:22 62:8,17
62:18 63:12
64:18 65:2,16
70:18 95:2
103:7,8 106:17
107:8 120:2
**wanted** 44:4
60:14 65:12,22
69:8,10,13
80:7 85:1
100:17
**wants** 85:6
**wasnt** 36:19

41:15 51:9
71:2 75:5
79:13 80:22
87:21 101:8
104:2,22 105:2
116:6,6,8,13
116:18,19
**wasting** 93:13
**watch** 33:16
61:23 62:17
63:5 64:15
65:22 66:7,10
87:8 113:7
**way** 21:1 44:7
105:17 121:22
121:23
**wednesday** 1:16
121:5
**week** 37:17
40:13 63:5
66:8
**weeks** 28:16
**weighed** 39:2
**weight** 35:22
69:2 70:18
101:10
**went** 14:7
**weve** 71:16
**whats** 41:2 44:22
46:2 49:4
52:17 58:11,14
61:17 63:9
72:19 80:14
90:11,14 92:11
92:20 96:6,24
98:12,21
**whatsoever** 48:1
**whereof** 122:1
**win** 52:16 75:7
105:23
**wisely** 103:5
**witness** 2:7 5:1,9
59:16 106:15
107:3 108:14

114:21 116:20
120:15 121:9
121:13,15,18
121:20 122:1
**witnesses** 17:9
17:12 117:4
**wont** 33:17
100:11
**wooddell** 1:5,11
5:2,7,8,17 8:11
8:12 26:14
63:22 72:3
82:10 90:6,16
95:2,16 121:8
**worded** 20:24
**words** 103:5
**work** 9:15,16,17
9:18 47:4
**worked** 64:21
65:10
**working** 74:23
**worry** 53:6
**worst** 47:12,18
**wouldnt** 82:7
83:1,2,4 84:24
**write** 37:8
113:10
**written** 108:16
117:10
**wrong** 43:14
111:20 114:8
114:19 116:10
**wrote** 110:14,15
110:24

———————
**X**
———————
**x** 2:6

———————
**Y**
———————
**yeah** 5:9 6:22,23
9:8,22 11:7,14
11:18 14:4,7
15:13,23 16:16
17:14 18:13,17
19:13 25:3

26:16 27:11,20
28:12,22 29:6
29:10,13,17
31:5,18 32:3
33:4,9,23
34:16 37:11
38:8,9,16,19
39:22 40:1,4
42:1 43:4 45:4
45:7,24 46:11
47:22,23 48:8
49:3,18 53:18
53:21 54:13,17
55:17 57:23,24
58:12 59:6,8
61:4,10,21
65:21,24 66:9
66:11 67:6,9
67:21 70:8,17
70:18 73:14
75:20 76:15,17
78:4 79:2,21
82:1 85:10
87:4 90:18
92:2 96:5,5
97:10 98:11
99:1,1,3 101:7
101:19 102:23
102:23 105:14
106:8,20
107:14 109:18
110:13 112:19
116:13
**years** 12:5 20:14
109:2
**yelling** 62:2
**yep** 16:14,19
18:2 21:15
24:7 30:9 33:6
33:14 34:3,7
38:14,21,23
44:24 48:11
51:9,11 61:13
64:16 65:4,8

65:11,14 70:12
75:16 83:15
85:15,18 86:5
86:9,19 88:2
90:20,23 91:2
100:20 102:6
109:14
**youre** 8:21 14:15
36:17 57:8,9
82:11 85:22
93:13,20 94:7
94:20,23,24
103:15 106:6
108:11 117:13
119:13,17
**youve** 7:6 15:9
16:8,21 19:7
23:10 24:4
102:12,12,14
106:5 114:20
115:6 118:8

———————
**Z**
———————
**zyprexa** 61:12

———————
**0**
———————
**084003907** 121:4
122:4

———————
**1**
———————
**1** 2:12 34:13
35:14 36:12
37:13 63:5
88:23 96:14
**10** 1:18 3:3
28:11 52:18
**11** 3:5 54:9
59:20,22 69:22
70:3 73:3,6
112:9,11 113:9
114:6,9,12
**111114** 3:8
**111314** 3:10
**112014** 3:17
**11th** 54:9,18

55:23 56:1,7
107:15 109:11
109:17 110:4
117:1 122:2
**12** 3:6 55:3
73:17 113:11
114:1 120:19
**1213** 3:13
**122** 49:21
**122314** 3:11
**126** 48:16,19
**12714** 3:16
**12th** 34:5 50:19
51:2 52:6
53:10
**13** 3:8 55:24
59:10 70:3
73:3,17 109:16
**130** 61:8
**1300** 114:5
**13033072227**
92:18
**137** 38:9
**13th** 51:13,20
53:10 58:15
99:5 110:5
**14** 1:7 3:9 36:12
37:13 51:8
52:2 54:24
58:15 73:6
97:3 110:6
114:1
**1474** 1:7
**14th** 13:5 79:19
**15** 3:11 14:3
28:9 32:19
34:5 51:8 52:2
54:24 60:1
95:12,21 96:17
**1500** 47:14
**15th** 13:12 52:18
53:11,14 54:6
55:3,19 93:18
99:6

**16** 3:12 61:18
90:22
**1615** 3:14
**16th** 17:21 91:3
**17** 3:14 63:10
66:13
**17th** 90:22 91:3
**18** 1:18 3:15
67:1,10 93:18
95:21 96:17
**18th** 95:12
**19** 3:17 68:14
69:17 89:8
**1974** 8:14
**1992** 10:5
**1997** 88:14
**1st** 45:21,22,23
46:2,9 48:6,13
49:2 92:15
117:1

———————
**2**
———————
**2** 2:13 38:7
39:15 40:10
**20** 3:18 23:3
28:7,11 69:22
72:19 88:23
**200** 97:24
**2000** 12:5
**20062007** 23:3
**2007** 23:20
**2010** 21:11
**2011** 21:11 22:16
**2012** 21:22 22:15
22:16
**2013** 11:21
**2014** 6:12,21
11:10,12,16
14:3,24 17:21
18:11,12 20:8
20:9 21:24
22:8,18 23:6
24:2,12,22
25:5,6 28:2,23
30:6 31:24

Richard Wooddell
10/28/2015

Page 140

32:1,6,7,10
34:1,2,5,8,16
38:12 39:14
40:11 41:7,17
41:24 42:23
43:15 44:8,20
45:5,15,21,23
46:2,9 48:6,13
49:2,5,12,16
49:21 50:11,19
51:2,13,20
52:6,18 53:14
54:6,9,18 55:3
55:19,23 56:1
56:7 58:15
59:10 60:1
61:12 67:1,16
68:14 69:19,22
70:4 71:15
73:20 77:17,21
79:8,9,20
80:19 81:3,3,6
82:4,19,21,22
84:7 87:6
88:17 89:8
90:22,22 92:15
97:22 98:14,19
99:5,6,19,19
102:10,18
107:15,24
108:3,3,10,10
109:11,17
110:4 111:14
112:16,22
113:4 115:21
115:21 117:1,1
117:2
**2015** 1:16 13:5
13:11 14:3
34:6 61:21
62:23 63:10
64:10 65:2,6
66:6 121:5
122:2

**20l4** 88:17
**20th** 68:14 69:19
77:17,21 79:11
82:5 102:10,18
107:24 110:10
**21** 3:20 12:3
73:6 89:8 97:3
111:14
**21st** 47:14 96:20
97:22 108:3,10
111:16,19
112:16,21
113:15 114:8
114:12
**21yearold** 12:7
**22** 3:21 87:6
90:12,15 114:1
**2235** 84:7 85:24
113:4
**227** 2:3
**22nd** 60:5 61:1
63:20 84:7
99:8,11 111:17
111:19 113:4
113:11,16
114:10
**23** 3:23 92:11,21
93:9
**233** 113:2,13
**2355** 86:3 113:5
114:3
**238** 113:2,13
**23rd** 60:1 61:7
61:11
**24** 4:2 91:15,17
93:12 95:9
**24th** 96:21
**25** 4:3 38:2 96:7
**25th** 34:1 115:21
**26** 4:5 5:23 6:5
8:14 76:2,7
97:1 106:17
107:7 112:13
115:3 118:9

**2600** 1:16 121:6
**26th** 78:8
**27** 4:6 98:13
**27th** 34:8,16
37:20,21 38:2
38:12 39:14
40:11 41:7,17
41:24 42:23
43:15,23 44:8
98:14,19
**28** 1:16 4:8
98:22 121:5
**28th** 5:13 44:20
45:5,15 70:3
82:19
**29** 59:20
**2nd** 61:21 62:23

———————
**3**
**3** 2:15 41:3
43:20 117:1
**30** 60:17,18
**309** 2:4
**33** 59:22 92:18
**34** 2:12
**38** 2:13
**3rd** 49:5,12,16
49:21 50:11

———————
**4**
**4** 2:16
**40** 92:6
**41** 2:15
**44** 2:16,18
**46** 2:19
**49** 2:21

———————
**5**
**5** 2:9,18 14:2
44:23 45:19
61:9
**50** 2:22
**51** 3:2
**52** 3:3
**54** 3:5

**55** 3:6,8 114:6,9
114:12 120:19
**58** 3:9
**5th** 11:21

———————
**6**
**6** 2:19 34:1 46:3
65:6
**60** 3:11
**61** 3:12
**61602** 2:3
**62714** 2:12,14
4:7
**62814** 2:18
**63** 3:14
**67** 3:15
**6741133** 2:4
**68** 3:17
**6th** 63:10,21
64:10 65:2
66:2,6 108:2
108:10 115:20
115:21

———————
**7**
**7** 2:21 8:14
36:12 37:13
49:5,20 51:8
52:2 67:16
96:14,17,17
97:3
**70** 61:8
**7114** 2:20 3:23
**71214** 2:23
**71314** 3:2
**71514** 3:4
**72** 3:18 58:21
**72degree** 95:18
**72hour** 3:22 4:8
53:19 54:23
55:15,20 59:12
90:19 95:11,17
96:17 98:23
**7314** 2:21
**7th** 67:1 71:15

73:20

———————
**8**
**8** 2:22 50:19
54:24 92:18
95:21,21
**800** 96:21 97:6
98:7
**81114** 3:5
**81514** 3:7
**84** 49:22
**8690** 8:20
**88** 48:17,21,22
**89** 3:20

———————
**9**
**9** 3:2 38:2 51:13
**90** 3:21 16:9
**92** 3:23
**93** 4:2
**96** 4:3
**97** 4:5 61:9
**98** 4:6,8