(PAGE 1)

STATEMENT: CASE NO. 14-CV-01474

I, Richard C. Wooddell JR. was incarcerated in the Fulton County Jail from the dates of June 6th, 2014 thru August 25th, 2014 and November 12th 2014 (R.W) thru May 15th, 2015. On many occasions during this time period, I filed many medical sick call requests due to the mental health illnesses that I suffer (R.W) from. I was seen by a nurse on several occasions who was not qualified to address the proper mental health treatment that I required.

During my incarceration in the Fulton County Jail there were never any mental health employees on staff at any time. I made several attempts to address this issue to the Sheriff by means of grievances which is the only formal method of complaint within the jail. Most of the grievances that I filed were disposed of and the two (2) that were responded to were denied. The nature of those grievances were that I required mental health treatment and that I wasn't receiving any and that this was a matter of life and death.

At one point I had an opportunity to speak with Sheriff Jeff Standard who is in charge of the Fulton County Jail, it deputies, and how the jail is operated and I made an urgent plea to

(PAGE 2)

Him to provide me with mental Health treatment and with a joyful expression on His face He stated that He will not seek mental Health treatment for me outside of the jail nor will he seek any means of medical mental Health treatment for me period, because I am already receiving mental Health treatment and if I don't like it then that's jus "tough shit", "This is not the Holiday Inn, you're a criminal, you don't have shit your way". "We are not going to give you medications because you want them, if I did I would Have to give them to everyone" and he made a statement referring to the drugs not being free of charge to the jail and the words bankrupt and being broke were used during his incessant rambling.

At this point I was shocked and unable to focus on all that He was saying. His response made me feel Helpless, hopeless, powerless, and victimized. I simply could not beleive or comprehend that this person who was in charge and in control of and responsible for my safety and medical needs was denying me access to medications and proper medical mental Health treatment that I needed, not what I wanted.

# PAGE 3

I then made a decision at that point and moment that when I got the chance I was going to end my suffering by ending my life. I truly beleive based on His response that he wished I would committ suicide and that I was a criminal worth nothing. Sometime after I had this conversation with Jeff Standard, I refused to go to my cell and lock up because I was being bullied and physically abused by the other inmates and I wanted to be placed in another cellblock (R.W) but, instead the Seargant Evicted two (2) inmates from their cell and he made me lock up in their cell all by myself and that's when I took the opportunity and chose to try and end my life.

Also to prove a custom and a widespread policy is ~~Jo~~ Joseph W. Jackson vs. Jeff Standard 2015, and Steven Bell vs. Jeff Standard 2015. Both these cases are similiar cases to mine which these 2 inmates Joseph Jackson and Steven Bell are suing sheriff Jeff Standard for denial of medical treatment.

Respectfully

Richard C. Woodell Jr.
plaintiff

December 28, 2015

Discovery From plaintiff
To Defendants Counsel

Witnesses and what they can testify to:
(PAGE 1 of 8)

#1) Federal Inmate: Joseph W. JACKSON
Fulton County JAIL Booking #42930
November 11th 2014 Officer Kathleen RAVEN is passing by H-Block with the man nurse and I attempt to give them a sick call slip for medical attention and they refuse to take my slip denying me medical attention.

#2) Can also testify to the grievance that I filed on November 20th, 2014 titled "Denial of Medical treatment"

#3) Can testify to the fact that between November 06th, 2014 and December 21st, 2014 that despite of many nurse sick call slips I turned in that I never received any kind of medication for my Depression, anxiety, insomnia or →

ARthRitus because the officers pass out medication 2 times a day and I never Received Any medication at Any time while I was in H-Block From November 6th, 2014 to December 21st 2014.

#4) CAN testify that AS A result of Not being treated for my physical and mental Health illnesses that I the plaintiff tried to Kill myself by Hanging myself on December 21st 2014

#5) The Cellblock H video camera will Also show that between November 6th 2014 and December 21st, 2014 that I never received any medication

(PAGE 3 of 8)

Federal inmate Steven Bell can testify to the following:

#1) November 11th 2014 Officer Kathleen Raven was passing by H-Block with the man nurse and saw me attempt to give to them a nurse sick call medical slip for medical attention and they refuse to take my slip denying me medical attention.

#2) Can also testify to the grievance that I filed on November 20th, 2014 titled "Denial of medical treatment"

#3) Can testify to the fact that between November 2014 - December 21st, 2014 that despite many nurse sick call slips that I turned in that I never received any kind of medication for my depression,

Mr. Steven Bell and I were in Cellblock H-Block together during the months of November to December 21st 2014.

#4) Can testify that as a result of not being treated for my physical and mental Health issues that I the plaintiff attempted to kill myself by Hanging myself on December 21st 2014.

#5) THE Cellblock-H video camera will also show that between November 6th, 2014 and December 21st 2014 that I never received any medication

(PAGE 5 of 8)

Federal Inmate LOUCIOUS TURNTINE can testify to the following:

#1) November 11th 2014 officer Kathleen RAUEN is passing by cellblock-H-block with the man nurse and I attempt to give them a sick call medical slip to receive medical attention and they refuse to take my slip thus denying me medical attention.

#2 can also testify that I filed a grievance on November 20th 2014 titled "Denial of Medical treatment"

#3) can also testify to the fact that I submitted many nurse sick call slips between November 6th, 2014 and December 21st, 2014 and that I never received any kind of medication

(PAGE 6 of 8)

Arthritus while I was in H-Block. From 11-06-2014 to 12-21-2014.

#4) Can testify that as a result of not being ~~treated~~ for my physical and mental Health ~~issues~~ Ritw illnesses that I the plaintiff tried to Kill myself by Hanging myself on December 21st 2014.

#5) The Cellblock-H video camera will also show that between November 6th 2014 and December 21st, 2014 that I Never received any medication

(PAGE 7 of 8)

State inmate JOHN GOSSNELL can testify to that between the Dates of June 6th, 2014 and August 25th, 2014 that I submitted many Nurse sick call slips to get treated for my Anxiety, insomnia, depression, and Arthritus and that some of the dates I was seen (R.W.) and not treated by the doctor/Nurse were 6-11-2014, 7-01-2014 & 7-03-2014. From the dates of ~~August 2~~ (R.W.) June 6th 2014 thru August 25th 2014 John Gossnell can testify that I Never received not even an aspirin for Any of these Illnesses. The F-Block Video camera can show that I Never received none of this. The only medicine that I ever received was for a tooth that

For which I received Ibuprofen for about 3 days

Because of the Nurse/Doctor (R.W.) & Officer Kathleen Raven ignoring my requests for medical treatment and mental health treatment, and because the Sheriff Jeff Standard did not make the officers and healthcare staff do their jobs, I have suffered in the following ways:

#1) Arthritus: it is in my medical records that I have arthritus in my back and because I have not received treatment I have not been able to stand or sit for long periods of time and have not been able to smile or enjoy life because I am always in pain

#2) Being denied mental health counseling and medication for my anxiety and depression deprived me of enjoyment of everyday basic life and caused me to attempt suicide by hanging myself. I request releif in the form of $500,000.00 (Five Hundred thousand dollars)

Plaintiff
Richard C. Wooddell Jr.